15-3463    **MULTI-CIRCUIT ORIGINAL PROCEEDING**

**15-XXXX-OP**

IN RE NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE ET AL.

RECEIVED
KL
OCT 13 2015
US. CA. 3rd

$500.00, Pd
Ck. # 2002

---

## IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

Clerk's Office: 215-597-2995

---

### ORIGINATING USCA3C APPEALS CASE 09-4209

### ORIGINATNG USDC-NJ District: 1-09-cv-00253

### Charles Kerchner, Jr., et al v. Barack Obama, et al

### &

### IN RE NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE ET AL

### USCA Fifth Circuit 15-41276-OP

### USCA-District of Columbia Circuit 15-5251-OP

---

(2016 CINC POTUS Party Rules

Senior Pre-2009 DATE OF RANK "Kerchner Rule" O5-O6 Retired US
Military Commissioned Constitutional Officers

2016 Electoral Collage NBCP-NC Party Candidate-Electors

Natural Born Citizen Party National Committee

CERTIFICATION OF SERVICE    10/9/2015

PRIORITY MAIL EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

EP13F July 2013  OD: 12.5 x 9.5

Handwritten (upper label):

15-XXXX-OP

In Re: Natural Born
Citizen Party National
Committee et al

Original App: 09-CO-00253
4 Rsecknee v Obama

Religion: 09-CO-00253

---

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

CUSTOMER USE ONLY

**FROM:** (PLEASE PRINT)
Natural Born Citizen & New Party
1st Vol. Cmn Allen
351 Mount Rd
Hurley NY 12443

PHONE: 845 389 4366

PAYMENT BY ACCOUNT (If applicable)
USPS Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)
Clerk of Court
US Court of Appeals Third Circuit
US Court House
601 Market St
Philadelphia, PA
19106

ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code     Scheduled Delivery Date (MM/DD/YY)     Postage

Date Accepted (MM/DD/YY)     Scheduled Delivery Time   ☐ 10:30 AM   ☐ 3:00 PM     Insurance Fee   COD Fee

Time Accepted   ☐ AM   ☐ PM     10:30 AM Delivery Fee     Return Receipt Fee   Live Animal Transportation Fee

Weight   ☐ Flat Rate     Sunday/Holiday Premium Fee     Total Postage & Fees

lbs.   ozs.     Acceptance Employee Initials

DELIVERY (POSTAL SERVICE USE ONLY)

Delivery Attempt (MM/DD/YY)   Time   ☐ AM   ☐ PM     Employee Signature

Delivery Attempt (MM/DD/YY)   Time   ☐ AM   ☐ PM     Employee Signature

UNITED STATES POSTAL SERVICE®

EK 944462385 US

PRIORITY MAIL EXPRESS™

LABEL 11-B, JANUARY 2014     FOR 16X6 OZ 01009000     1-800-PROMO POST OFFICE.COM

Case: 15-3463    Document: 003112101939    Page: 3    Date Filed: 10/15/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 1 of 36
USCA Case #15-5218    Document #1566491    Filed: 08/06/2015    Page 1 of 2

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT



**No. 15-5218**

**September Term, 2014**

**1:15-cv-01036-RJL**

**Filed On: August 6, 2015** [1566491]

Natural Born Citizen Party National
Committee and Harold W. Van Allen,

    Appellants

    v.

Federal Election Commission, et al.,

    Appellees



## O R D E R

It appearing that this case might be suitable for disposition without oral argument, see Fed. R. App. P. 34(a)(2) and D.C. Cir. Rule 34(j), it is

**ORDERED**, on the court's own motion, that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellants' Brief | October 5, 2015 |
| Appendix | October 5, 2015 |

This order does not preclude the court, after examining the briefs, from setting this case for oral argument. If the court resolves to decide the case without oral argument, an order will be issued disclosing the panel prior to issuance of a decision on the merits. All parties should include the following phrase on any subsequent pleading or brief filed in this case: "CASE BEING CONSIDERED FOR TREATMENT PURSUANT TO RULE 34(j) OF THE COURT'S RULES."

A request for appointment of counsel does not relieve appellants of the obligation to file responses to any motion filed by appellees or to comply with any order issued by the court, including a briefing schedule. Failure by appellants to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 15-5218**                                   **September Term, 2014**

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a).

The Clerk is directed to send a copy of this order to appellants by certified mail, return receipt requested, and by first class mail.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
John J. Accursio
Deputy Clerk

Case: 15-3463    Document: 003112101939    Page: 5    Date Filed: 10/15/2015
Case: 15-41270    Document: 00513204838    Page: 1    Date Filed: 09/23/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 3 of 36

# MULTI-CIRCUIT ORIGINAL PROCEEDING
# 15-XXXX-OP

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

### 333 Constitution Ave. NW Washington DC 20001

# 15-5251-OP
# 15-5218
# USDC-DCD 15-cv-1036-RJL



# &

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

### 600 S. Maestri Place New Orleans, LA 70130-3408

# 15-XXXX-OP
# 15-40238
# USDC-DCD 14-cv-254-ASH

**IN RE: NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE, ET AL.**

**Originating cases: USCA-DCC 15-5218, USDC-DCD 15-cv-1036-RJL**

The 2016 presidential election revolves around the seminal issue of an ineligible nomination and misprision of treason as chief executive and as the unconstitutionally

nominated executive agency heads under color of law and so
called executive agency actions or orders facilitating the mass
amnesty of illegal aliens and their non-14[th] amendment
"anchor babies" so as to dilute the constitutional redistricting
census and ultimate votes of natural born citizens of the
Republic of the United States.

The Natural Born Citizen Party National Committee, et
al., seeks an immediate mandamus creating multi-circuit
multi-state jurisdiction based at the United States Court of
Appeals for the Fifth Circuit for all underlying originating cases
and all related constitutional cases listed in the docket of the
originating cases Natural Born Citizen Party National
Committee et al v FEC et al USDC-DCD 15-cv-1036 RJL.

In addition, this mandamus seeks US Treasury
Department Secret Service as well as the Department of
Defense as necessary party agencies to be added to the multi-
circuit/ multi-state USCA-DCC and USCA-5C mandamus(s).

_____

And further, a mandamus including an immediate
consolidation before judgment with the pending SCOTUS
certiorari amnesty matter: "Arpaio v Obama" USCA DCC 14-
5325.

_____

Case: 15-3463   Document: 003112101939   Page: 7   Date Filed: 10/15/2015
Case: 15-41270   Document: 00513204838   Page: 3   Date Filed: 09/23/2015

USCA Case #15-5218     Document #1577344        Filed: 10/06/2015     Page 5 of 36

## Natural Born Citizen Party National Committee

## Party Rules

NBCP-NC "Party Vetters" must be sworn public officers themselves having currently affirmed or sworn an oath of office in loyalty to the US constitution including as well as the various state constitutions. (e.g. NBCP-NC National Notary Public Project "Rabenda Rule")

NBCP-NC "candidate-electors" must themselves have documentation proving both their birth parents themselves being natural born US citizens and NBCP-NC Candidate-Electors being otherwise NBC eligible to be elected CINC-POTUS (No person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty-five Years, and been fourteen Years a Resident within the United States.) Section 1 of Article Two of the United States Constitution sets forth the eligibility requirements for serving as president of the United States, under clause 5:

NBCP-NC 2016 "Party Members"

NBCP-NC 2016 "party voters" are that class of the general class of documented US citizens that will elect NBCP-NC 2016 presidential electors. Party Voters must be vetted by NBCP-NC electors as having both birth parents were US citizens at

NBCP-NC member's birth and otherwise including being of current federal election voting age before date of CINC-POTUS General Election November 2016.

NBCP-NC Party 2016 CINC-POTUS Candidates must be vetted by elected NBCP-NC Electors as being otherwise natural born citizens eligible to be elected CINC-POTUS. (e.g. "Trump Rule")

Errata signed Saturday, September 21, 2015

*Natural Born Citizen Party National Committee*
*Harold William Van Allen*
Co-Chairperson, Candidate-Elector 2016 POTUS/CINC
PO Box 312 (351 North Road) Hurley, NY 12443
845 389 4366 845 331 1925 Fax

Certification of electronic service US-DOJ / US-OAG USA/ NYSOAG Counsels for: Natural Born Citizen Party National Committee et al. v DOS, et al.
craig.lawrence@usdoj.gov;
Larry Klayman, Esq leklayman@gmail.com
Donald J. Trump info@donaldtrump.com;
Fairlene G Rabenda FRabenda@verizon.net;
'RABCEL@state.pa.us'; 'director@dcboee.org';
'angie.rogers@sos.la.gov'; 'christopherT@michigan.gov';
'corporations@dos.ny.gov'; 'DivElections@DOS.MyFlorida.com';
'elaine.manlove@state.de.us'; 'election@ohiosecretaryofstate.gov';
'Elections@sos.ca.gov'; 'elections@sos.state.co.us';
'elections@alaska.gov'; 'elections@sec.state.ma.us';

Case: 15-3463   Document: 003112101939   Page: 9   Date Filed: 10/15/2015
Case: 15-41276   Document: 00513204638   Page: 5   Date Filed: 09/23/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 7 of 36

'elections@state.sd.us'; 'elections@elections.sc.gov';
'elections@hawaii.gov'; 'elections.sos@state.or.us';
'feedback@sos.nj.gov'; 'gary.poser@state.mn.us';
'info@elections.ok.gov'; 'info@elections.ny.gov';
'info.sbe@maryland.gov'; 'john.merrill@sos.alabama.gov';
'kari.fresquez@state.nm.us'; 'kim.strach@ncsbe.gov';
'kim.turner@sos.ms.gov'; 'lkimmet@mt.gov'; 'nvelect@sos.nv.gov';
'rob.hammons@sos.arkansas.gov'; 'secretaryofstate@nebraska.gov';
'SEEC@ct.gov'; 'sos@sos.ga.gov'; 'sosadmin@azsos.gov';
'soselect@nd.gov'; 'SOSmain@sos.mo.gov'

- Clerks of Court and 50 state election officers and counsels for party states and amici as well as State of Texas et al v USA et al. defendants USDC-TXSD 14-cv-254-ASH.
- related cases
  o USCA-DCC 14-5325, 14-5327, 15-5218, 12-5414, 10-5092, 10-5082
  o USDC-DCD 14-cv-995-SH, 14-cv-1966-RJL, 08-cv-2234, 09-1295
  o USDC-TXSD (Brownsville) 14-cv-254-ASH
  o USCA-5th Circuit 15-40238
  o NYSUCS Appellate Div. 2nd Dept. 14-10489
  o NYSUCS Kings Civil Supreme 08-29642, 12-21948
  o NYSUCS Albany Civil Supreme 12-1787, 12-1433

Case: 15-3463    Document: 003112101939    Page: 10    Date Filed: 10/15/2015
Case: 15-41276    Document: 00513204641    Page: 1    Date Filed: 09/23/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 8 of 36

## United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 23, 2015

Mr. Harold William Van Allen
351 North Road
Hurley, NY 12443

No. 15-41276    In re: Harold Van Allen
USDC No. 1:14-CV-254

Dear Mr. Van Allen,

We have docketed the petition for writ of mandamus, and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of Appellate Procedure. We cannot accept motions submitted under the Federal Rules of Civil Procedure. We can address only those documents the court directs you to file, or proper motions filed in support of the appeal. See FED R. APP. P. and 5TH CIR. R. 27 for guidance. Documents not authorized by these rules will not be acknowledged or acted upon.

Attention Attorneys: Direct access to the electronic record on appeal (EROA) for pending appeals will be enabled by the U S District Court on a per case basis. Counsel can expect to receive notice once access to the EROA is available. Counsel must be approved for electronic filing and must be listed in the case as attorney of record before access will be authorized. Instructions for accessing and downloading the EROA can be found on our website at www.ca5.uscourts.gov/attorneys/attorney-forms/eroa_downloads. Additionally, a link to the instructions will be included in the notice you receive from the district court.

Sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA. Access to sealed documents will continue to be provided by the district court only upon the filing and granting of a motion to view same in this court.

ATTENTION ATTORNEYS: Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing. The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

Case: 15-3463    Document: 003112101939    Page: 11    Date Filed: 10/15/2015
Case: 15-41276    Document: 00513204841    Page: 2    Date Filed: 09/23/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 9 of 36

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

# MULTI-CIRCUIT ORIGINAL PROCEEDING

## 15-XXXX-OP

## IN RE NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE ET AL

---

## IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

Clerk's Office: 215-597-2995

---

## ORIGINATING USCA3C APPEALS CASE 09-4209

## ORIGINATNG USDC-NJ District: 1-09-cv-00253

## Charles Kerchner, Jr., et al v. Barack Obama, et al

## &

## IN RE NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE ET AL

## USCA Fifth Circuit 15-41276-OP

## USCA-District of Columbia Circuit 15-5251-OP

---

## (2016 CINC POTUS Party Rules

## Senior Pre-2009 DATE OF RANK "Kerchner Rule" O5-O6 Retired US Military Commissioned Constitutional Officers

## 2016 Electoral Collage NBCP-NC Party Candidate-Electors

## Natural Born Citizen Party National Committee

Federal Bureau of Investigation
*Washington, D.C. 20535*

September 28, 2015

MR. HAROLD WILLIAM VAN ALLEN
351 NORTH ROAD
HURLEY, NY 12443

FOIPA Request No.: 1337093-000
Subject:  SOETORO, BARRY (1957-1963
DESTRUCTION OF PASSPORT
RECORDS)

Dear Mr. Van Allen:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI.  The
FOIPA number listed above has been assigned to your request.

You have requested records concerning one or more third party individuals.  The FBI recognizes an
important privacy interest in the requested information.  You may receive greater access to these records if
they exist by providing one of the following: (1) an authorization and consent from the individual(s) (*i.e.*,
express authorization and consent of the third party); (2) proof of death (*i.e.*, proof that your subject is
deceased); or (3) a justification that the public interest in disclosure outweighs personal privacy (*i.e.*, a clear
demonstration that the public interest in disclosure outweighs personal privacy interests).  In the absence of
such information, the FBI can neither confirm nor deny the existence of any records responsive to your
request, which, if they were to exist, would be exempt from disclosure pursuant to FOIA Exemptions (b)(6) and
(b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C).

Express authorization and consent.  If you seek disclosure of any existing records on this basis,
enclosed is a Certification of Identity form.  You may make additional copies of this form if you are requesting
information on more than one individual.  The subject of your request should complete this form and then sign
it.  Alternatively, the subject may prepare a document containing the required descriptive data and have it
notarized.  The original certification of identity or notarized authorization with the descriptive information must
contain a legible, original signature before FBI can conduct an accurate search of our records.

Proof of death.  If you seek disclosure of any existing records on this basis, proof of death can be a
copy of a death certificate, Social Security Death Index, obituary, or another recognized reference source.
Death is presumed if the birth date of the subject is more than 100 years ago.

Public Interest Disclosure.  If you seek disclosure of any existing records on this basis, you must
demonstrate that the public interest in disclosure outweighs personal privacy interests.  In this regard, you
must show that the public interest sought is a significant one, and that the requested information is likely to
advance that interest.

Fax your request to the Work Process Unit at (540) 868-4997, or mail to 170 Marcel Drive,
Winchester, VA 22602.  If we do not receive a response from you within 30 days from the date of this letter,
your request will be closed.  You must include the FOIPA request number with any communication regarding
this matter.

For your information, Congress excluded three discrete categories of law enforcement and national
security records from the requirements of the FOIA.  See 5 U.S.C. § 552(c).  As such, this response is limited
to those records, if any exist, that are subject to the FOIA.  This is a standard notification that is given to all our
requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department
of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an
appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html.  Your appeal to OIP must
be postmarked or transmitted within sixty (60) days from the date of this letter in order to be considered timely.
The envelope and the letter should be clearly marked "Freedom of Information Appeal."  Please cite the
FOIPA Request Number in any correspondence to us for proper identification of your request.

For questions on how to reasonably describe your request, please email us at foipaquestions@ic.fbi.gov. You may also visit www.fbi.gov and select "Stats and Services," "FOIA/Records Requests," and "Requesting FBI Records" for additional guidance.

Enclosed for your information is a copy of the FBI Fact Sheet and a copy of the Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure(s)

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

September 25, 2015

MR. HAROLD WILLIAM VAN ALLEN
351 NORTH ROAD
HURLEY, NY 12443

FOIPA Request No.: 1336979-000
Subject: OSWALD, LEE HARVEY

Dear Mr. Van Allen:

This is in response to your Freedom of Information (FOIA) request.

A search of the Central Records System maintained at FBI Headquarters indicated that records responsive to the FOIA have been transferred to the National Archives and Records Administration (NARA) pursuant to the President John F. Kennedy Assassination Records Collection Act of 1992 (The JFK Act), 44 U.S.C. § 2107, and are no longer in our possession.   Transmission of these records is mandated by The JFK Act and public access to them is available through NARA.

If you wish to review all FBI documents pertaining to your subject, send your request to NARA at the following address:

National Archives and Records Administration
Special Access and FOIA Staff
8601 Adelphi Road
College Park, MD   20740-6001

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.   See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010).   This response is limited to those records that are subject to the requirements of the FOIA.   This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request.   Please use this number in all correspondence concerning your request.   Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html.   Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely.   The envelope and the letter should be clearly marked "Freedom of Information Appeal."   Please cite the FOIPA Request Number in any correspondence to us for proper identification of your request.

Enclosed for your information is a copy of the FBI Fact Sheet and Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

RECEIVED
Mail Room

APR 3 0 2015

United States Court of Appeals
District of Columbia Circuit

# 14-5327

## United States Court of Appeals
## For The Washington District Of Columbia Circuit

### CHRISTOPHER EARL STRUNK, and
### HAROLD WILLIAM VAN ALLEN

*Plaintiffs-Appellants,*

v.

### U.S. DEPARTMENT OF STATE , CENTRAL INTELLIGENCE
### AGENCY, BARACK HUSSEIN OBAMA II, U.S. COPYRIGHT OFFICE,
### ERIC HOLDER, US ATTORNEY GENERAL, and NEW YORK STATE
### BOARD OF ELECTIONS

Defendants - Appellees

---

Orders of Hon. Richard J, Leon USDJ No. 14-cv-995 on Appeal from the
United States District Court for Washington District of Columbia

---

# APPELLANTS' BRIEF

---

Harold William Van Allen
in esse surety for
HAROLD WILLIAM VAN ALLEN
351 North Road
Hurley, New York 12443
Ph: 845-389-4366 Email
hvanallen@hvc.rr.com

Christopher Earl Strunk
in esse sui juris agent for
™CHRISTOPHER EARL STRUNK©
593 Vanderbilt Avenue PMB 281
Brooklyn, New York 11238
Ph: 718-414-3760 Email:
suretynomore@gmail.com

Case: 15-3463    Document: 003112101939    Page: 18    Date Filed: 10/15/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 16 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 2 of 22

## APPELLANTS /PLAINTIFFS

H. WILLIAM VAN ALLEN
351 North Road Hurley New York 12443
(845) 389-4366 FAX (845) 339-2835

CHRISTOPHER EARL STRUNK
593 Vanderbilt Avenue PMB 281,
Brooklyn, New York 11238
(718) 414-3760

## APPELLEES –DEFENDANTS

Solictor General
R. Craig Lawrence
Email craig.lawrence@usdoj.gov
[LD NTC Gvt Atty USAO/AUSA]
U.S. Attorney's Office
(USA) Civil Division
Firm 202-252-2500
555 4th Street, NW
Washington, DC 20530

U.S. DEPARTMENT OF STATE by
JOHN F. KERRY at 2201 C Street NW
Washington, DC 20520 TTY 1-800-877-8339

CENTRAL INTELLIGENCE AGENCY
by JOHN O. BRENNAN
Washington, D.C. 20505 fax (571) 204-3800

BARACK HUSSEIN OBAMA II
1600 Pennsylvania Ave. NW Washington DC 20500

U.S. COPYRIGHT OFFICE
101 Independence Avenue SE
Washington, DC 20559-6000 (202) 707-3000

i

Case: 15-3463   Document: 003112101939   Page: 19   Date Filed: 10/15/2015

USCA Case #15-5218   Document #1577344   Filed: 10/06/2015   Page 17 of 36
USCA Case #14-5327   Document #1550157   Filed: 04/30/2015   Page 3 of 22

ERIC HOLDER, US ATTORNEY GENERAL
950 Pennsylvania Ave NW Washington DC 20530

THE NEW YORK STATE BOARD
OF ELECTIONS by its agents at
40 NORTH PEARL STREET, SUITE 5
ALBANY, NY 12207-2729 FAX (518) 486-4068

Case: 15-3463    Document: 003112101939    Page: 20    Date Filed: 10/15/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 18 of 36
    USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 4 of 22

## TABLE OF CONTENTS

Page

STATEMENT CONCERNING JURISDICTION.......................................1
CORPORATE DISCLOSURE STATEMENT ...........................................1
STATEMENT REGARDING ORAL ARGUMENT .................................1
INTRODUCTION..........................................................................................2
STATEMENT OF THE CASE ...................................................................3
QUESTIONS PRESENTED ....................................................................... 8

**Issue   1:** No Court has ever heard and cross examined evidence of the defacto POTUS ineligibility.

**Issue   2:** No Court has ever heard and cross examined evidence of the forged instrument alleged to be the Long Form Birth Certificate on 27 April 2011 in conspiracy with NBC News personnel and others.

**Issue 3:** No Court has ever heard and cross examined evidence of the tampering with US Government Records at the US Copyright Office involving Random House Publications and it agents, and or the spoliation and concealment of records regarding Stanley Ann Dunham at the US Department of State with John O. Brennan and others

**Issue 4:** That Strunk and Van Allen are directly effected and damage worsened by the District Court refusal to hear and cross examine evidence of bad faith fraud with spoliation, concealment misrepresentation that are high crimes and treason.

**Issue 5:** That Strunk is no longer the surety indenture for the debt under 12 USC 95 with 50 US App. 5(b) *noncombatant* pre-1933 Private National Citizen of the United States, is the duly recorded Executor for the Republic of the United States of America challenges the Corporate occupation of the Territories under a continuing time of war or emergency illegally with an ineligible POTUS commander-in- chief.

**Issue 6:** Appellants are entitled to equity review of bad faith fraud.

ARGUMENT.......................................................................................................7
CONCLUSION..............................................................................................16

Case: 15-3463    Document: 003112101939    Page: 21    Date Filed: 10/15/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 19 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 5 of 22

## TABLE OF AUTHORITIES

The Constitution for the United States of America

The Express Deed in Trust To the United States of America

12 USC 95 with 50 USC App. 5(b) and Executive Order 2040

**Other Authorities:**

1. Perry, Jairus Ware, *A Treatise on the Law of Trusts and Trustees* (Boston: Little, Brown and Company, 1882) Vols. I-II.

2. Story, Joseph, *Commentaries on Equity Pleadings and the Incidents Thereof According to the Practice of the Courts of Equity of England and America* (Boston: Little, Brown and Company, 1892).

3. Pomeroy, Jr., John Norton, *Pomeroy's Equity Jurisprudence* (San Francisco: Bancroft-Whitney Co., 1905) Vols. I-IV.

4. Gibson, Henry R., *A Treatise on Suits in Chancery* (Knoxville, Tennessee: Gaut-Ogden Company, Printers and Binders, 1907).

5. Lewin, Frederick Albert, *A Practical Treatise on the Law of Trusts* (Boston: Charles H. Edson and Co., 1888) Vols. I-II, Eighth Edition.

6. Phelps, Charles E., *Juridical Equity Abridged for the Use of Students* (Baltimore: M. Curlander, 1894).

7. *Library of American Law and Practice; "Equity," Equity procedure* (American Technical Society, 1919) p. 64, Sect. 81.

Case: 15-3463    Document: 003112101939    Page: 22    Date Filed: 10/15/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 20 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 6 of 22

## STATEMENT CONCERNING JURISDICTION

This Court has jurisdiction because the final related sua sponte order to

dismiss by Richard J. Leon District Court Judge in Case No. 14 Civ.

0995 from the United States District Court (U.S.D.C.) for Washington

District of Columbia (DCD) on 16 June 2014 (**APX 006**); then on 10

November 2014 by minute order (**APX 005**) denied the Motion to

Reargue and Supplement, and then on 4 March 2015 by minute order

denied the Motion to Seal as Moot, are appealable per 28 U.S.C. § 1291.

## CORPORATE DISCLOSURE STATEMENT & CERTIFICATE OF INTERESTED PERSONS

This statement is made pursuant to Federal Rule of Appellate

Procedure 26.1. Appellants are natural person Harold William Van

Allen in esse is surety for HAROLD WILLIAM VAN ALLEN (Appellant,

Van Allen) and natural person Christopher-Earl: Strunk in esse Sui

Juris Agent for ™CHRISTOPHER EARL STRUNK© (Appellant,

Strunk), and neither is represented by an attorney.

## STATEMENT REGARDING ORAL ARGUMENT

Appellants request oral argument because such argument would

significantly assist this Court in its decision-making process as provided

Case: 15-3463    Document: 003112101939    Page: 23    Date Filed: 10/15/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 21 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 7 of 22

by Rule 34 of the Federal Rules of Appellate Procedure and Rule 34 of the Rules of this Court.

## INTRODUCTION

The Clerk of the Washington District of Columbia Circuit Court has ordered that the Appellants Brief and Appendix be filed by April 29, 2015 (see **APX 001**) regarding the Notice of Appeal of Van Allen and Strunk (see **APX 003**) accepted and duly acted upon and docketed by the Clerk of the Washington District of Columbia Circuit Court on 10 December 2014 (see the docket printout at **APX 431**).

That the Original Complaint (see **APX 0100** through **APX 237**) was filed 10 June 2014 as 14-cv-0995 with the Summonses issued as to Defendants on 10 June 2014 (duly served) along with a motion in support of an Order to Show Cause relief (see **APX 420**), to which the motion and case were dismissed sua sponte.

Then on 30 June 2015, Strunk filed a motion to reargue and supplement (see **APX 15**) with the proposed First Supplement to the Complaint affirmed 24 June 2014 (see **APX 029**) also thereafter denied, and then on 8 November 2014 with motion to seal and protect material witnesses (**APX 238**) denied as moot held sealed in chambers.

- 2 -

Case: 15-3463   Document: 003112101939   Page: 24   Date Filed: 10/15/2015

USCA Case #15-5218   Document #1577344   Filed: 10/06/2015   Page 22 of 36
USCA Case #14-5327   Document #1550157   Filed: 04/30/2015   Page 8 of 22

## STATEMENT OF THE CASE

That Plaintiffs / Appellants are and were residents in New York

who have challenged the eligibility of the defacto President of the

United States (POTUS) Barack Hussein Obama II since October 2008

to no avail; and however, with the exception that New York State

Supreme Court Justice Arthur M. Schack went to the merits of the

definition of what *Natural Born Citizen* as mandated in the

Constitution for the United States Article 2 Section 1 Clause 5 means,

and by his error got it wrong, in case *Strunk v NYS Board of Elections*

*et al* with Index 6500-2011; that as a cover-up of major proportions the

New York States Board of Elections has committed spoliation and

concealment in the evidence of its changing of the eligibility

qualifications for a POTUS candidate to "born a Citizen" from "Natural-

born citizen" and both Strunk and Van Allen have never been afforded a

hearing in State Court in that regard, and that the offering of a forged

instrument by the Defacto POTUS and his agents at his White House

Press Conference on 27 April 2011 was used to mislead and

misrepresent a false instrument in conspiracy with NBC News Attorney

Savannah Guthrie and others affirming that Defendant Obama's forged

Case: 15-3463   Document: 003112101939   Page: 25   Date Filed: 10/15/2015

USCA Case #15-5218   Document #1577344   Filed: 10/06/2015   Page 23 of 36
USCA Case #14-5327   Document #1550157   Filed: 04/30/2015   Page 9 of 22

long form birth Certificate were real, was done to misdirect the challenge by Donald Trump who remains unconvinced as to the defacto POTUS eligibility.

That if Strunk's open State case 29642-2008 still remains open had obtained the testimony of British Barrister Michael Shrimpton (see Affidavit **APX 140**) that Defendant Obama was born in Kenya secured his testimony in Brooklyn Supreme Court before Justice David I. Schmidt in June 2014 would involve the Intelligence Community and Hillary Clinton and others in a major act of treason and perfidy, However, Mr. Shrimpton's temporary Visa application (see **APX 137**) was denied and he could not testify; and then as of right in conjunction with the presentment of evidence at trial, Strunk hired a Copyright Patent Attorney to obtain a certified copy of the book *"Dreams from my Father"* published by Random House from the US Copyright Office, whose efforts were stymied by the US Copyright Office and effect was denied by the US Copyright Office.

To the extent that Mr. Shrimpton has been barred from testimony and that there is a serious spoliation and concealment of the actual forgery and false instrument used at the US Copyright Office with

- 4 -

personal having tampered with government records in conjunction with a person associated with Random House are the book "*Dreams from my Father*" supposed Copy right is a forgery and false instrument.

As a result, NO COURT anywhere in the country has ever heard the evidence under cross examination that the defacto President is ineligible to the office of POTUS and committed high crimes; and no one until this submission shown starting at the motion to Seal Exhibit 22 (see **APX 253**) has given a chance for Random House to respond to the forgery (have not responded); and that the incontrovertible evidence of high crimes from **APX 266** through **APX 291** remains to be heard.

## QUESTIONS PRESENTED

**Issue   1:** No Court has ever heard and cross examined evidence of the defacto POTUS ineligibility.

**Issue   2:** No Court has ever heard and cross examined evidence of the forged instrument alleged to be the Long Form Birth Certificate on 27 April 2011 in conspiracy with NBC News personnel and others.

**Issue 3:** No Court has ever heard and cross examined evidence of the tampering with US Government Records at the US Copyright Office involving Random House Publications and it agents, and or the

Case: 15-3463    Document: 003112101939    Page: 27    Date Filed: 10/15/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 25 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 11 of 22

spoliation and concealment of records regarding Stanley Ann Dunham

at the US Department of State with John O. Brennan and others

**Issue 4:** That Strunk and Van Allen are directly effected and damage

worsened by the District Court refusal to hear and cross examine

evidence of bad faith fraud with spoliation, concealment

misrepresentation that are high crimes and treason.

**Issue 5:** That Strunk is no longer the surety indenture [1] for the debt

under 12 USC 95 with 50 US App. 5(b) *noncombatant* pre-1933 Private

National Citizen of the United States, is the duly recorded Executor for

the Republic of the United States of America (**APX 196 thru APX 234**)

challenges the Corporate occupation of the Territories under a

continuing time of war or emergency illegally with an ineligible POTUS

commander-in- chief.

---

[1] **1 . Suretyship.** *Uberrima fides* (most perfect good faith) is the phrase used to
express the measure of good faith required of a creditor toward his debtor's surety;
and Story says that:

> "if he conceals from him facts which go to increase his risk. . . . . . such
> concealment will amount to fraud," and will, of course, furnish ground to
> invalidate the contract. 19 Out of this relation of suretyship, and conduct or
> neglect, which had caused or was likely to cause loss or damage, or imperil
> his property and rights, many and various remedies in chancery accrued to
> the surety; such as a bill *quia timet* (because he fears) to compel payment, a
> bill to be judicially discharged, a suit for exoneration, or contribution, or
> subrogation, or marshalling of securities, in concurrence with legal remedies
> generally not so efficacious

Case: 15-3463   Document: 003112101939   Page: 28   Date Filed: 10/15/2015

USCA Case #15-5218   Document #1577344   Filed: 10/06/2015   Page 26 of 36
USCA Case #14-5327   Document #1550157   Filed: 04/30/2015   Page 12 of 22

**Issue 6:** Appellants are entitled to equity review of bad faith fraud.

## ARGUMENT

Equity will Undo What Fraud has Done.—Fraud, in the sight of a Court of Equity, vitiates every contract or transaction into which it enters, at the election of the injured party; and the Court will not only undo what fraud has done, but will treat acts as done which fraud prevented from being done.

All Courts require good faith in dealings between men, and reprobate bad faith. But as the Courts of common law respected forms and ceremonies, and would not look beneath a seal, nor behind a writing, nor beyond the verdict of a jury, nor allow a judgment to be questioned, fraud took advantage of these rules, and made forms, writings, seals, verdicts, and judgments its instrumentalities and agencies in effecting its nefarious schemes for the undoing of the weak, the inexperienced, the trusting and the needy. When, however, Equity established her Courts, she disregarded forms, discredited ceremonies, peered beneath the seal, looked behind writings, questioned the verdicts of juries, and did not hesitate to set aside the solemn judgments of Courts, when found to be unjust and procured by fraud.

Case: 15-3463    Document: 003112101939    Page: 29    Date Filed: 10/15/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 27 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 13 of 22

Strunk is the only one in the country that since 20 January 2009 has sought personal available remedy, and as such Equity Aids the Vigilant, not Those who sleep upon their Rights. This maxim is designed to promote diligence on the part of suitors. Equity requires a party to assert his rights in a reasonable time after he discovers that he has been wronged. A person who delays suit, not only by his negligence makes the proof of his wrongs more difficult, but induces the other party to believe that he acquiesces in the situation. Besides, if Courts allow suits to be delayed, a party may wait until an adverse witness dies, or moves away, before he brings suit. A party in the wrong may be so misled by the non-action of the party wronged as do such acts, and otherwise so change his situation, that it would embarrass the Court in granting relief. He who seeks equity must keep himself in a condition to do equity; and if, by his own delay; he is disabled from doing equity he will be debarred from receiving equity. It is bad faith for a party wronged to delay suit until the wrong cannot be righted without doing another wrong. Good conscience requires a party to do no act that will mislead another to his detriment, even though that other may have done him wrong. Hence, it has been said that "nothing can call a Court

Case: 15-3463   Document: 003112101939   Page: 30   Date Filed: 10/15/2015

USCA Case #15-5218   Document #1577344   Filed: 10/06/2015   Page 28 of 36
USCA Case #14-5327   Document #1550157   Filed: 04/30/2015   Page 14 of 22

of Chancery into activity but conscience, good faith and reasonable diligence."

## FRAUD

The Definition and Distinction of Fraud, in the eye of the civil law was declared to include every species of cunning, deception, or artifice, used to circumvent, cheat, or deceive another. And this may suffice for the common law or even for the actual fraud of equity; but it does not embrace that large class of cases within the remedial power of equity, which are known as cases of constructive fraud.

For this purpose it is better to employ the more comprehensive conception that *Fraud*, indeed, in the sense of a court of equity, properly includes all acts, omissions, and concealments which involve a breach of legal or equitable duty, trust, or confidence, justly reposed, and are injurious to another, or by which an undue and unconscientious advantage is taken of another. And courts of equity will not only interest in cases of fraud to set aside acts done, but they will also, if acts have by fraud been prevented from being done by the parties, interfere and treat the case in exactly the same manner as if the acts had been committed.

Case: 15-3463   Document: 003112101939   Page: 31   Date Filed: 10/15/2015

USCA Case #15-5218   Document #1577344      Filed: 10/06/2015   Page 29 of 36
USCA Case #14-5327   Document #1550157      Filed: 04/30/2015   Page 15 of 22

There is a distinction also between the proof required at law and

in equity which is thus expressed by Judge Story quote:

> "But courts of equity will act upon circumstances as presumptions
> of fraud, where courts of law would not deem them satisfactory
> proof. In other words court of equity will grant relief upon the
> ground of fraud established by presumptive evidence, which
> evidence courts of law would not always deem sufficient proof to
> justify a verdict at law. It is in this sense that the remark of Lord
> Hardwicke is to be understood, when he said that ' fraud may be
> presumed from the circumstances and condition of the parties
> contracting; and this goes farther than the rule of law, which is
> that fraud must be proved, not presumed'.

> And Lord Eldon has illustrated the same proposition by
> remarking that a court of equity will, as it ought, in many cases
> order an instrument to be delivered up as unduly obtained, which
> a jury would not be justified in impeaching by the rules of law,
> which require fraud to be proved, and are not satisfied though it
> may be strongly presumed."

In fine we may say that equity not only takes cognizance of all

cases of fraud, but that in cases of concurrent jurisdiction it searches for

it with keener eye, and finds it more readily than does the law. This

follows necessarily from the very nature of fraud, which is rarely proven

by direct evidence. As said in an old case:

> "The law requires fraud to be proved; yet in most instances the
> evidence of it must be gathered more from the circumstances
> attending the transaction, than upon tangible proof. Being
> hatched in secret or in a hollow tree, it has to be ferreted out by
> carefully following its marks and signs; for in most instances,
> though ever so artfully and secretly contrived, it will, like a snail

in its passage, leave its slime by which it may be traced." (28 Floyd v. Goodwin, 8 Per. (Tenn) 484.)

In the matter of Defendant Obama's statement published in *"Dreams from my Father"* and in regard to his belief that his father is Foreign National not a US Citizen, is barred by estoppel, and that Chancellor Gibson describes the essential elements of estoppel in *pais.*

(1) "The conduct creating the estoppel must be something which amounts either to a representation or a concealment of the existence of facts; and these facts must be material to the rights or interests of the party affected by the representation or concealment, and who claims the benefit of the estoppel. The conduct may consist of external acts, of language written or spoken, or of silence; and the facts represented or concealed must, in general, be either existing or past, or so represented; a statement concerning future facts would be either a mere expression of opinion, or would constitute a contract, and be governed by the rules applicable to contracts.

(2) "The truth concerning these material facts, represented or concealed, must be known to the party at the time when his conduct, which amounts to a representation or a concealment, takes place; or else the circumstances must be such that a knowledge of the truth: is necessarily imputed to him. Actual knowledge of the truth is not always necessary, except in cases where the estoppel grows out of silence or acquiescence. Where the facts are such that the party, from his position, ought to have known them, the knowledge will be imputed to him. Nor is actual knowledge necessary where a party has misled another by active affirmative conduct; nor where ignorance is occasioned by culpable negligence.

(3) "The truth concerning the material facts must be unknown to the other party claiming the benefit of the estoppel, not only at the

Case: 15-3463   Document: 003112101939   Page: 33   Date Filed: 10/15/2015

USCA Case #15-5218   Document #1577344   Filed: 10/06/2015   Page 31 of 36
USCA Case #14-5327   Document #1550157   Filed: 04/30/2015   Page 17 of 22

time of the conduct which amounts to a representation or concealment, but also at the time when that conduct is acted upon by him.

(4) "While, ordinarily, the conduct must be with the expectation that it will be acted upon by the other party, or must be under such circumstances that it is both natural and probable that it will be so acted on, nevertheless it is not always necessary that the conduct amounting to a representation, in order to constitute an estoppel, should be done with the expectation that it should be acted on by the person claiming the benefit of the estoppel, or by any other person. If the representations are such, and made under such circumstances, that all persons have the right to rely on them as true, they will constitute an estoppel in favor of anyone who has trusted to them and acted on them.

(5) "Whatever may be the real intention of the party making the representation, whether consisting of words, acts, or silence, should be believed and relied upon as the inducement for action by the party who claims the benefit of the estoppel; and that, so relying upon it, and induced by it, he should take some action. The cases all agree that there can be no estoppel, unless the party who alleges it relied upon the representation, was induced to act by it, and thus relying and induced, did take some action.

(6) "The party relying on the estoppel must, in fact, act upon it in such a manner as to change his position for the worse; in other words, he must so act that he would suffer a loss if he were compelled to surrender or forego, or alter what he has done by reason of the first party being permitted to deny the truth of his representation, or to repudiate his conduct and to assert rights inconsistent with it. Although this action is usually affirmative, yet such affirmative action is not indispensable. It is enough if the party has been induced to refrain from using such means, or taking such action as lay in his power, by which he might have retrieved his position and saved himself from loss.

Case: 15-3463   Document: 003112101939   Page: 34   Date Filed: 10/15/2015

USCA Case #15-5218   Document #1577344   Filed: 10/06/2015   Page 32 of 36
USCA Case #14-5327   Document #1550157   Filed: 04/30/2015   Page 18 of 22

In effect notwithstanding the Quo Warranto case by Strunk previously before Judge Lamberth 10-cv-486, because Mr. Obama is occupying a corporate capacity not that of the Republic of the United States of America as existed before 9 March 1933, this suit is against the Trustee of the Corporation who as a Public Trustee is a Usurper acting as if with the Republic Constitution for the Untied States were in full force, which it is not true as long as we remain with the continuing Executive Orders 2039 and 2040 operation of law under 12 USC 95 with 50 USC App. 5(b), as explained at **APX 204**.

As such this Court were it to provide exclusive equity review as a Chancery Court, both inherently and by statute, has extensive jurisdiction over corporations, and also over persons acting as officials without authority. A bill will lie against the person or corporation offending in the following cases:

1. "Whenever any person unlawfully holds, or exercises, any public office or franchise within this State, or any office in any corporation created by the laws of this State;

2. "Whenever any public officer has done, or suffered to be done, any act which works a forfeiture of his office;

Case: 15-3463   Document: 003112101939   Page: 35   Date Filed: 10/15/2015

USCA Case #15-5218   Document #1577344   Filed: 10/06/2015   Page 33 of 36
USCA Case #14-5327   Document #1550157   Filed: 04/30/2015   Page 19 of 22

3. "When any persons act as a corporation within this State without being authorized by law;

4. "Or, if being incorporated, they do or omit acts which amount to a surrender or forfeiture of their rights and privileges as a corporation;

5. "Or exercise powers not conferred by law;

6. "Or fail to exercise powers conferred by law, and essential to the corporate existence.

In order to protect the interests of all parties, to not commingle the primary rights of a Pre-1933 Private American National Citizen of the United States with the privileges of "enemies," to secure Complainant Strunk's private, civilian due process rights and that the public may not be alarmed, and the Court knows they would be, Strunk as the Complainant has shown cause by the following facts:

• Complainant Strunk's civilian due process rights as a Pre-1933 Private American National  Citizen of the United States secured by both the Fifth and Fourteenth Amendments to the Constitution of the United States of America are not cognizable in courts of law, federal  and state, sitting in temporary emergency war powers since March 9, 1933;

Case: 15-3463    Document: 003112101939    Page: 36    Date Filed: 10/15/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 34 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 20 of 22

- Complainant Strunk's equitable rights as a beneficiary of two grantor / express trusts, as well as private and proprietary documents concerning one of the trusts which only parties to the trust are authorized to review in Chambers, are not cognizable in courts of law, federal and state, sitting in temporary emergency war powers since March 9, 1933;

- Complainant Strunk, in exclusive English/American Equity as a matter of *de jure*, Pre-1933 Private American National Citizenship status, has a conflict with the rules of law, specifically, the Federal Rules of Civil Procedure (1938) authorized by section 17 of the "Trading with the Enemy Act" (1917), through section 5(b) of said Act as amended by the "Emergency Banking Relief Act" (1933).

Therefore, pursuant to the maxim of English Equity fully recognized in American federal and state courts, said maxim first set forth in the English Judicature Act of 1873, as amended in 1875, where *"generally in all matters in which there is a conflict or variance, between the rules of Equity and the rules of the common law with reference to the same subject matter, the rules of Equity shall prevail,"*

- 15 -

Case: 15-3463    Document: 003112101939    Page: 37    Date Filed: 10/15/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 35 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 21 of 22

## CONCLUSION

That Plaintiffs / Appellants be granted a remand for equity review in the matter of the bad faith actual fraud by the U.S. Copyright Office its agents with others in the malfeasance complained of with further evidence held by the Trial Judge, and that Plaintiffs are entitled to other and different relief deemed necessary for complete justice.

The undersigned, **Harold William Van Allen** in esse surety for HAROLD WILLIAM VAN ALLEN and **Christopher-Earl: Strunk** in esse sui juris agent for ™CHRISTOPHER EARL STRUNK©, make this appellant brief under penalty of perjury pursuant to 28 USC §1746. The same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge.

Dated: April 27, 2015
   Hurley, New York

for HAROLD WILLIAM VAN ALLEN
351 North Road
Hurley, New York 12443
845-389-4366 Email hvanallen@hvc.rr.com

Dated: April 26, 2015
   Brooklyn, New York

AGENT

for ™CHRISTOPHER EARL STRUNK©
593 Vanderbilt Avenue – PMB 281
Brooklyn, New York 11238
718-414-3760 Email: suretynomore@gmail.com

- 16 -

Case: 15-3463    Document: 003112101939    Page: 38    Date Filed: 10/15/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 36 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 22 of 22

## CERTIFICATE OF COMPLIANCE
## PURSUANT TO FED. R. APP. P.

### 32(A)(7)(C) FOR CASE NUMBER NO. 10-822

I certify that: Pursuant to Fed. R. App. P. 32 (a)(7)(C), the foregoing

Appellant brief is proportionately spaced, has a typeface of 14 points or

more and contains  3772 words within the 14,000 words allowable.


The Appellant Filing of 29 April 2015 are respectfully submitted and

certified to be true under penalty of perjury,

Dated:  April 28, 2015
        Brooklyn, New York

for ™CHRISTOPHER EARL STRUNK©
593 Vanderbilt Avenue – PMB 281
Brooklyn, New York 11238
(718) 414-3760
Email: suretynomore@gmail.com

$19.99

UNITED STATES POSTAL SERVICE
1007
00137463-01

# PRIORITY ★ MAIL ★ EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

15- XXXX -OP

IN RE: NATURAL BORN
CITIZEN PARTY NATIONAL
COMMITTEE ET AL

ORIGINATING : 09-CD-00253
CASE "KERCHNER V OBAMA"

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

≡EMS≡

EP13F July 2013   OD: 12.5 x 9.5

PS10001000006

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE 845 389-4366
NATURAL BORN CITIZEN PARTY
H.W. VAN ALLEN
351 NORTH RD
HURLEY NY 12443

EK 944462385 US

UNITED STATES POSTAL SERVICE®    PRIORITY ★ MAIL ★ EXPRESS™

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)
☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)
CLERK OF COURT
US COURT OF APPEALS THIRD CIRCUIT
US COURT HOUSE
601 MARKET ST.
PHILADELPHIA, PA
19106-

(U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.



RECEIVED OCT 13 2015 U.S. C.A. 3

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)    Postage
12443          10/10/15                              19.99

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
10/9/15                     ☐ 10:30 AM  ☐ 3:00 PM
                            ☒ 12 NOON

Time Accepted    ☐ AM    10:30 AM Delivery Fee    Return Receipt Fee    Live Animal Transportation Fee
                 ☐ PM

                 Sunday/Holiday Premium Fee    Total Postage & Fees
                                               $ 19.99

Weight    Flat Rate    Acceptance Employee Initials
lbs. ozs.

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time    ☐ AM  ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time    ☐ AM  ☐ PM    Employee Signature

LABEL 11-B, JANUARY 2014    PSN 7690-02-000-9996    1-ORIGIN POST OFFICE COPY



## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

This envelope is made from post-consumer waste. Please recycle again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.