*ERRATA + SUPPLEMENT + JUDICIAL NOTICE*

*USCA3C-15-3463-OP*



IN THE UNITED STATES COURT OF APPEALS FOR THE

## THIRD CIRCUIT

601 Market Street
Philadelphia, PA 19106
215-597-2995

# 15-3463-OP

### "In re: Natural Born Citizen Party National Committee et al"

https://www.scribd.com/doc/285284988/USCA3C-15-3463-In-re-Natural-Born-Citizen-Party-National-Committee-et-al-filed-Original-Petition-for-Mandamus

**ORIGINATNG CASE: USDC-NJ District: 1-09-cv-00253**
**Charles Kerchner, Jr., et al v. Barack Obama, et al**
**Senior Pre-2009 DATE OF RANK "Kerchner Rule"**
**O5-O6 Retired US Military Commissioned Constitutional Officers**

IN THE UNITED STATES COURT OF APPEALS FOR THE

## FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, VA 23219
PHONE: (804) 916-2700

# 15-XXXX-OP

### "In re: Natural Born Citizen Party National Committee et al."

IN THE UNITED STATES COURT OF APPEALS FOR THE

## FIFTH CIRCUIT

# 15-41276-OP

600 S. Maestri Place
New Orleans, LA 70130-3408
Telephone number:
(504) 310-7700

### "In re: Natural Born Citizen Party National Committee et al."

https://www.scribd.com/doc/285694617/USCA5C-Doc-15-41276-in-Re-Natural-Born-Citizen-Party-National-Committee-Petition-for-Mandamus

**Originating Case:**
**USDC TXSD (Brownsville) 1:14-cv-254 "State of Texas et al v USA et al"**

# UNITED STATES COURTS OF APPEAL

## MULTI-CIRCUIT
## MULTI-STATE

### CONSOLIDATED ORIGINAL PROCEEDING(S)

# 15-XXXX-OP

### IN RE: NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE ET AL.

P.O. Box 312 (351 North Road) Hurley, NY 12443 845-389-4366

https://www.scribd.com/doc/285695187/USCA-all-Multi-Circuit-Original-Proceedings-NBCP-NC-2016-Election-CINC-POTUS

---

### IN THE UNITED STATES COURT OF APPEALS FOR THE

## FIRST CIRCUIT

1 Courthouse Way, Suite 2500
Boston, MA 02210
(617) 748-9057

## 15-XXXX-OP

**"In re: Natural Born Citizen Party National Committee et al."**

---

IN THE UNITED STATES COURT OF APPEALS FOR THE

# SECOND CIRCUIT

40 Foley Square
New York, New York 10007
212-857-8585

# 15-XXXX-OP

## "In re: Natural Born Citizen Party National Committee et al"

### Originating Case: USDC-NYND 1:07-cv-00943-LEK-DRH

https://www.scribd.com/doc/285038043/USDC-NYND-1-07-Cv-00943-LEK-DRH-Schulz-Et-Al-v-State-of-New-York-Et-Al

### USCA2C 08-00002-cv USCA2C 11-04894

**"Schulz et al v State of New York et al "constitutional principle of the public nature of elections" multi-state hand counting of 2016 CINC POTUS ballots"**

IN THE UNITED STATES COURT OF APPEALS FOR THE

# SIXTH CIRCUIT

# 15-XXXX-OP

100 E. Fifth Street
Cincinnati, Ohio 45202-3988
Phone: (513) 564-7000

**"In re: Natural Born Citizen Party National Committee et al."**

---

IN THE UNITED STATES COURT OF APPEALS FOR THE

# SEVENTH CIRCUIT

# 15-XXXX-OP

Room 2722
219 S. Dearborn Street
Chicago, IL 60604
(312) 435-5850

**"In re: Natural Born Citizen Party National Committee et al."**

---

IN THE UNITED STATES COURT OF APPEALS FOR THE

# EIGHTH CIRCUIT

# 15-XXXX-OP

111 South 10th Street
St. Louis, MO. 63102
PHONE: (314) 244-2400

**"In re: Natural Born Citizen Party National Committee et al."**

---

IN THE UNITED STATES COURT OF APPEALS FOR THE
## NINTH CIRCUIT
P.O. Box 193939
San Francisco, CA 94119-3939
(415) 355-8000

## 15-XXXX-OP

**"In re: Natural Born Citizen Party National Committee et al."**

---

IN THE UNITED STATES COURT OF APPEALS FOR THE
## TENTH CIRCUIT
1823 Stout Street Denver, CO 80257-1823.
303-844-3157

## 15-XXXX-OP

**"In re: Natural Born Citizen Party National Committee et al."**

---

IN THE UNITED STATES COURT OF APPEALS FOR THE
## ELEVENTH CIRCUIT
56 Forsyth Street, N.W.
Atlanta, GA 30303
PHONE: (404) 335-6100

## 15-XXXX-OP

**"In re: Natural Born Citizen Party National Committee et al."**

---

**IN THE UNITED STATES COURT OF APPEALS FOR THE**

# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Ave. N.W.
Washington, DC 20001
202-216-7000

# 15-5251-OP

## Originating Case: USDC-DCD 15-cv-1036

https://www.scribd.com/doc/284156157/USCA-DCC-15-5218-Document-1577344-Appellant-Brief-In-Re-Natural-Born-Citizen-Party-NC

## "Natural Born Citizen Party National Committee et al v FEC et al"

## Originating Case: USDC-DCD 14-cv-995

## "Strunk et al v DOS et al"

https://www.scribd.com/doc/263769795/USCA-DCC-14-5327-Strunk-Et-Al-v-DOS-Et-Al-Appellate-Brief-Filed-4-30-2015

---

**IN THE UNITED STATES COURT OF APPEALS FOR THE**

# FEDERAL CIRCUIT

717 Madison Pl N.W.
Washington, DC 20005
202-275-8000

# 15-XXXX-OP

## "In re: Natural Born Citizen Party National Committee et al."

---

Certification of Service

Clerks of US Courts of Appeals 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 11th,
District of Columbia Circuit, Federal Circuit
Originating Case District Judges:
USDC TXSD 14-cv-254-ASH (Andrew S. Hanen) Brownsville, TX
USDC DCD 15-cv-1036-RJL (Richard J. Leon) Washington DC
USDC NJ 09-cv-253-JBS Simandle New Jersey
USDC NYND 07-cv-943-LEK Kahn Albany, NY

All 50 state election offices and state attorney general offices et al
US DOJ-FBI, DOD, DVA, DOS, DOC, DHS, CIA, Treasury Dept. (IRS, Secret Service),
FEC, USPTO
R. Craig Lawrence Esq, AUSA USDOJ
Robert L Schulz
Larry Klayman Esq. / Joe Arpaio
Mario Apuzzo, Esq. / Charles Kerchner CDR (Ret)
FEC filed exploratory candidates for election 2016 CINC-POTUS
Theodore Cruz (US Senator TX)
Bobby Jindal (Governor LA)
Marco Rubio (US Senator FL)
Rick Santorum (former US Senator PA)
Christopher E Strunk (candidate)
Donald J Trump (candidate)

Dated October 19, 2015

_____/s/_____
Harold William Van Allen
Natural Born Citizen Party National Committee
Co-Chairpersons 2016 CINC-POTUS Candidate-Elector
P.O. Box 312 (351 North Road) Hurley, NY 12443
845-389-4366  845-331-1925 fax  hvanallen@hvc.rr.com



Natural Born Citizen Party National Committee
Harold W. Van Allen
Ph: 845-389-4500
551 North Road
Hurley, NY 12443

2003

PO #312

OCT 11th 2015
Date

Pay to the
Order of  CLERK OF COURT
US COURT OF APPEALS FIRST CIRCUT  $ 500 xx

FIVE HUNDRED + 00/100 ——————— Dollars

IN RE NATURAL BORN CITIZEN PARTY NATIONAL COMM
MHV ORIGINAL PROCESSING 2016 CINC-POTUS
www.mhvfcu.com
USCA  MULTI-CIRCUIT
For 15-XXXX-OP                    CO-CHAIRMAN

---

Natural Born Citizen Party National Committee
Harold W. Van Allen
Ph: 845-389-4500
551 North Road
Hurley, NY 12443

2004

PO #312

OCT 11th, 2015
Date

Pay to the
Order of  CLERK OF COURT
US COURT OF APPEALS SECOND CIRCU $ 500 xx

FIVE HUNDRED & 00/100 Dollars

IN RE NATURAL BORN CITIZEN PARTY NATIONAL COMM
MHV ORIGINAL PROCESSING 15-XXXX-OP
www.mhvfcu.com
USCA  MULTI-CIRCUIT 2016 CINC-POTUS
For 15-XXXX-OP



Natural Born Citizen Party National Committee

2005

Harold W. Van Allen

PO BX 312    751 North Road
Hurley NY 12443

Oct 11th 2015
Date

Pay to the
Order of
CLERK OF COURT
US COURT OF APPEALS FOURTH CIRCUIT $ 500 XX

FIVE HUNDRED & 00/100 ———— Dollars

IN RE NATURAL BORN CITIZEN PARTY NATC

MHV
www.mhvfcu.com
USCA4 1-800-451-8373

15-XXXX-OP MULTI-CIRCUIT
ORIGINAL PROC.

---

NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE
HAROLD W. VAN ALLEN
351 NORTH ROAD
HURLEY NY 12443

1002

Date

Pay to the
order of
CLERK OF COURT
US COURT OF APPEALS FOR FIFTH CIRS $ 500

FIVE HUNDRED & 00/100 ———— Dollars

MID-HUDSON VALLEY FEDERAL CREDIT UNION

1003

---

Natural Born Citizen Party National Committee

2006

Harold W. Van Allen

PO BOX 312    751 North Road
Hurley NY 12443

Oct 11, 2015
Date

Pay to the
Order of
CLERK OF COURT SIXTH CIRCUIT
US COURT OF APPEALS & 00/100 $ 500 XX

FIVE HUNDRED & 00/100 ———— Dollars
IN RE NATURAL BORN CITIZEN PARTY - NC

MHV 2016 CINC-POTUS ELECTION
www.mhvfcu.com    MULTI-CIRCUIT

For USCA6 15-XXXX-OP    2006





Case: 15-3463    Document: 003112109238    Page: 12    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 1 of 36
USCA Case #15-5218    Document #1566491    Filed: 08/06/2015    Page 1 of 2

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 15-5218**



RECEIVED
Mail Room

OCT – 6 2015

United States Court of Appeals
District of Columbia Circuit

**September Term, 2014**

**1:15-cv-01036-RJL**

**Filed On: August 6, 2015** [1566491]

Natural Born Citizen Party National
Committee and Harold W. Van Allen,

      **Appellants**

    v.

Federal Election Commission, et al.,

      **Appellees**

OCT 06 2015

CLERK

## O R D E R

    It appearing that this case might be suitable for disposition without oral argument, see Fed. R. App. P. 34(a)(2) and D.C. Cir. Rule 34(j), it is

    **ORDERED**, on the court's own motion, that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellants' Brief | October 5, 2015 |
| Appendix | October 5, 2015 |

    This order does not preclude the court, after examining the briefs, from setting this case for oral argument. If the court resolves to decide the case without oral argument, an order will be issued disclosing the panel prior to issuance of a decision on the merits. All parties should include the following phrase on any subsequent pleading or brief filed in this case: "CASE BEING CONSIDERED FOR TREATMENT PURSUANT TO RULE 34(j) OF THE COURT'S RULES."

    A request for appointment of counsel does not relieve appellants of the obligation to file responses to any motion filed by appellees or to comply with any order issued by the court, including a briefing schedule. Failure by appellants to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

Case: 15-3463    Document: 003112109238    Page: 13    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 2 of 36
USCA Case #15-5218    Document #1566491    Filed: 08/06/2015    Page 2 of 2

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 15-5218**                                    **September Term, 2014**

     Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. <u>See</u> Fed. R. App. P. 25(a).

     The Clerk is directed to send a copy of this order to appellants by certified mail, return receipt requested, and by first class mail.

                             **FOR THE COURT:**
                             Mark J. Langer, Clerk

          BY:    /s/
                  John J. Accursio
                  Deputy Clerk

Case: 15-3463   Document: 003112109238   Page: 14   Date Filed: 10/22/2015
Case: 15-41276   Document: 00513204638   Page: 1   Date Filed: 09/23/2015

USCA Case #15-5218   Document #1577344   Filed: 10/06/2015   Page 3 of 36

# MULTI-CIRCUIT ORIGINAL PROCEEDING
## 15-XXXX-OP

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

### 333 Constitution Ave. NW Washington DC 20001

## 15-5251-OP
## 15-5218
## USDC-DCD 15-cv-1036-RJL



## &

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

### 600 S. Maestri Place New Orleans, LA 70130-3408

## 15-XXXX-OP
## 15-40238
## USDC-DCD 14-cv-254-ASH

**IN RE: NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE, ET AL.**

**Originating cases: USCA-DCC 15-5218, USDC-DCD 15-cv-1036-RJL**

**The 2016 presidential election revolves around the seminal issue of an ineligible nomination and misprision of treason as chief executive and as the unconstitutionally**

nominated executive agency heads under color of law and so called executive agency actions or orders facilitating the mass amnesty of illegal aliens and their non-14[th] amendment "anchor babies" so as to dilute the constitutional redistricting census and ultimate votes of natural born citizens of the Republic of the United States.

The Natural Born Citizen Party National Committee, et al., seeks an immediate mandamus creating multi-circuit multi-state jurisdiction based at the United States Court of Appeals for the Fifth Circuit for all underlying originating cases and all related constitutional cases listed in the docket of the originating cases Natural Born Citizen Party National Committee et al v FEC et al USDC-DCD 15-cv-1036 RJL.

In addition, this mandamus seeks US Treasury Department Secret Service as well as the Department of Defense as necessary party agencies to be added to the multi-circuit/ multi-state USCA-DCC and USCA-5C mandamus(s).

---

And further, a mandamus including an immediate consolidation before judgment with the pending SCOTUS certiorari amnesty matter: "Arpaio v Obama" USCA DCC 14-5325.

---

Case: 15-3463    Document: 003112109238    Page: 16    Date Filed: 10/22/2015
Case: 15-41276    Document: 00513204638    Page: 3    Date Filed: 09/23/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 5 of 36

## Natural Born Citizen Party National Committee

## Party Rules

**NBCP-NC "Party Vetters" must be sworn public officers themselves having currently affirmed or sworn an oath of office in loyalty to the US constitution including as well as the various state constitutions. (e.g. NBCP-NC National Notary Public Project "Rabenda Rule")**

**NBCP-NC "candidate-electors" must themselves have documentation proving both their birth parents themselves being natural born US citizens and NBCP-NC Candidate-Electors being otherwise NBC eligible to be elected CINC-POTUS (No person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty-five Years, and been fourteen Years a Resident within the United States.) Section 1 of <u>Article Two of the United States Constitution</u> sets forth the eligibility requirements for serving as president of the United States, under clause 5:**

**NBCP-NC 2016 "Party Members"**

**NBCP-NC 2016 "party voters" are that class of the general class of documented US citizens that will elect NBCP-NC 2016 presidential electors. Party Voters must be vetted by NBCP-NC electors as having both birth parents were US citizens at**

Case: 15-3463    Document: 003112109238    Page: 17    Date Filed: 10/22/2015
Case: 15-41276    Document: 00513204638    Page: 4    Date Filed: 09/23/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 6 of 36

NBCP-NC member's birth and otherwise including being of current federal election voting age before date of CINC-POTUS General Election November 2016.

NBCP-NC Party 2016 CINC-POTUS Candidates must be vetted by elected NBCP-NC Electors as being otherwise natural born citizens eligible to be elected CINC-POTUS.   (e.g. "Trump Rule")

Errata signed Saturday, September 21, 2015

*Natural Born Citizen Party National Committee*
*Harold William Van Allen*
Co-Chairperson, Candidate-Elector 2016 POTUS/CINC
PO Box 312 (351 North Road) Hurley, NY 12443
845 389 4366 845 331 1925 Fax

Certification of electronic service US-DOJ / US-OAG USA/ NYSOAG
Counsels for: Natural Born Citizen Party National Committee et al. v DOS, et al.
craig.lawrence@usdoj.gov;
Larry Klayman, Esq leklayman@gmail.com
Donald J. Trump info@donaldtrump.com;
Fairlene G Rabenda FRabenda@verizon.net:
'RABCEL@state.pa.us'; 'director@dcboee.org';
'angie.rogers@sos.la.gov'; 'christopherT@michigan.gov';
'corporations@dos.ny.gov'; 'DivElections@DOS.MyFlorida.com';
'elaine.manlove@state.de.us'; 'election@ohiosecretaryofstate.gov';
'Elections@sos.ca.gov'; 'elections@sos.state.co.us';
'elections@alaska.gov'; 'elections@sec.state.ma.us';

'elections@state.sd.us'; 'elections@elections.sc.gov';
'elections@hawaii.gov'; 'elections.sos@state.or.us';
'feedback@sos.nj.gov'; 'gary.poser@state.mn.us';
'info@elections.ok.gov'; 'info@elections.ny.gov';
'info.sbe@maryland.gov'; 'john.merrill@sos.alabama.gov';
'kari.fresquez@state.nm.us'; 'kim.strach@ncsbe.gov';
'kim.turner@sos.ms.gov'; 'lkimmet@mt.gov'; 'nvelect@sos.nv.gov';
'rob.hammons@sos.arkansas.gov'; 'secretaryofstate@nebraska.gov';
'SEEC@ct.gov'; 'sos@sos.ga.gov'; 'sosadmin@azsos.gov';
'soselect@nd.gov'; 'SOSmain@sos.mo.gov'

- Clerks of Court and 50 state election officers and counsels for
  party states and amici as well as State of Texas et al v USA et al.
  defendants USDC-TXSD 14-cv-254-ASH.
- related cases
  - USCA-DCC 14-5325, 14-5327, 15-5218, 12-5414, 10-5092,
    10-5082
  - USDC-DCD 14-cv-995-SH, 14-cv-1966-RJL, 08-cv-2234,
    09-1295
  - USDC-TXSD (Brownsville) 14-cv-254-ASH
  - USCA-5th Circuit 15-40238
  - NYSUCS Appellate Div. 2nd Dept. 14-10489
  - NYSUCS Kings Civil Supreme 08-29642, 12-21948
  - NYSUCS Albany Civil Supreme 12-1787, 12-1433

Case: 15-3463   Document: 003112109238   Page: 19   Date Filed: 10/22/2015
Case: 15-41276   Document: 00513204641   Page: 1   Date Filed: 09/23/2015

USCA Case #15-5218   Document #1577344   Filed: 10/06/2015   Page 8 of 36

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 23, 2015

Mr. Harold William Van Allen
351 North Road
Hurley, NY 12443

No. 15-41276   In re: Harold Van Allen
USDC No. 1:14-CV-254

Dear Mr. Van Allen,

We have docketed the petition for writ of mandamus, and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of Appellate Procedure. We cannot accept motions submitted under the Federal Rules of Civil Procedure. We can address only those documents the court directs you to file, or proper motions filed in support of the appeal. See FED R. APP. P. and 5ᵀᴴ CIR. R. 27 for guidance. Documents not authorized by these rules will not be acknowledged or acted upon.

Attention Attorneys: Direct access to the electronic record on appeal (EROA) for pending appeals will be enabled by the U S District Court on a per case basis. Counsel can expect to receive notice once access to the EROA is available. Counsel must be approved for electronic filing and must be listed in the case as attorney of record before access will be authorized. Instructions for accessing and downloading the EROA can be found on our website at www.ca5.uscourts.gov/attorneys/attorney-forms/eroa_downloads. Additionally, a link to the instructions will be included in the notice you receive from the district court.

Sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA. Access to sealed documents will continue to be provided by the district court only upon the filing and granting of a motion to view same in this court.

ATTENTION ATTORNEYS: Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing. The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

Case: 15-3463   Document: 003112109238   Page: 20   Date Filed: 10/22/2015
Case: 15-41276   Document: 00513204641   Page: 2   Date Filed: 09/23/2015

USCA Case #15-5218      Document #1577344         Filed: 10/06/2015      Page 9 of 36

Sincerely,

LYLE W. CAYCE, Clerk

By:
Monica R. Washington, Deputy Clerk
504-310-7705

# MULTI-CIRCUIT ORIGINAL PROCEEDING

# 15-XXXX-OP

# IN RE NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE ET AL

---

# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

Clerk's Office: 215-597-2995

---

## ORIGINATING USCA3C APPEALS CASE 09-4209

## ORIGINATNG USDC-NJ District: 1-09-cv-00253

# Charles Kerchner, Jr., et al v. Barack Obama, et al

# &

# IN RE NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE ET AL

## USCA Fifth Circuit 15-41276-OP

## USCA-District of Columbia Circuit 15-5251-OP

---

## (2016 CINC POTUS Party Rules

## Senior Pre-2009 DATE OF RANK "Kerchner Rule" O5-O6 Retired US Military Commissioned Constitutional Officers

## 2016 Electoral Collage NBCP-NC Party Candidate-Electors

## Natural Born Citizen Party National Committee

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 28, 2015

MR. HAROLD WILLIAM VAN ALLEN
351 NORTH ROAD
HURLEY, NY 12443

FOIPA Request No.: 1337093-000
Subject: SOETORO, BARRY (1957-1963
DESTRUCTION OF PASSPORT
RECORDS)

Dear Mr. Van Allen:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIPA number listed above has been assigned to your request.

You have requested records concerning one or more third party individuals. The FBI recognizes an important privacy interest in the requested information. You may receive greater access to these records if they exist by providing one of the following: (1) an authorization and consent from the individual(s) (*i.e.*, express authorization and consent of the third party); (2) proof of death (*i.e.*, proof that your subject is deceased); or (3) a justification that the public interest in disclosure outweighs personal privacy (*i.e.*, a clear demonstration that the public interest in disclosure outweighs personal privacy interests). In the absence of such information, the FBI can neither confirm nor deny the existence of any records responsive to your request, which, if they were to exist, would be exempt from disclosure pursuant to FOIA Exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C).

Express authorization and consent. If you seek disclosure of any existing records on this basis, enclosed is a Certification of Identity form. You may make additional copies of this form if you are requesting information on more than one individual. The subject of your request should complete this form and then sign it. Alternatively, the subject may prepare a document containing the required descriptive data and have it notarized. The original certification of identity or notarized authorization with the descriptive information must contain a legible, original signature before FBI can conduct an accurate search of our records.

Proof of death. If you seek disclosure of any existing records on this basis, proof of death can be a copy of a death certificate, Social Security Death Index, obituary, or another recognized reference source. Death is presumed if the birth date of the subject is more than 100 years ago.

Public Interest Disclosure. If you seek disclosure of any existing records on this basis, you must demonstrate that the public interest in disclosure outweighs personal privacy interests. In this regard, you must show that the public interest sought is a significant one, and that the requested information is likely to advance that interest.

Fax your request to the Work Process Unit at (540) 868-4997, or mail to 170 Marcel Drive, Winchester, VA 22602. If we do not receive a response from you within 30 days from the date of this letter, your request will be closed. You must include the FOIPA request number with any communication regarding this matter.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c). As such, this response is limited to those records, if any exist, that are subject to the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal to OIP must be postmarked or transmitted within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Request Number in any correspondence to us for proper identification of your request.

For questions on how to reasonably describe your request, please email us at foipaquestions@ic.fbi.gov. You may also visit www.fbi.gov and select "Stats and Services," "FOIA/Records Requests," and "Requesting FBI Records" for additional guidance.

Enclosed for your information is a copy of the FBI Fact Sheet and a copy of the Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

Federal Bureau of Investigation

*Washington, D.C. 20535*

September 25, 2015

MR. HAROLD WILLIAM VAN ALLEN
351 NORTH ROAD
HURLEY, NY 12443

FOIPA Request No.: 1336979-000
Subject: OSWALD, LEE HARVEY

Dear Mr. Van Allen:

This is in response to your Freedom of Information (FOIA) request.

A search of the Central Records System maintained at FBI Headquarters indicated that records responsive to the FOIA have been transferred to the National Archives and Records Administration (NARA) pursuant to the President John F. Kennedy Assassination Records Collection Act of 1992 (The JFK Act), 44 U.S.C. § 2107, and are no longer in our possession. Transmission of these records is mandated by The JFK Act and public access to them is available through NARA.

If you wish to review all FBI documents pertaining to your subject, send your request to NARA at the following address:

National Archives and Records Administration
Special Access and FOIA Staff
8601 Adelphi Road
College Park, MD   20740-6001

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Request Number in any correspondence to us for proper identification of your request.

Enclosed for your information is a copy of the FBI Fact Sheet and Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure(s)

Case: 15-3463     Document: 003112109238     Page: 26     Date Filed: 10/22/2015

USCA Case #15-5218 . Document #1577344      Filed: 10/06/2015     Page 15 of 36
USCA Case #14-5327     Document #1550157      Filed: 04/30/2015     Page 1 of 22

RECEIVED
Mail Room

APR 30 2015

United State. Court of Appeals
District of Columbia Circuit

# 14-5327

## United States Court of Appeals
## For The Washington District Of Columbia Circuit

### CHRISTOPHER EARL STRUNK, and
### HAROLD WILLIAM VAN ALLEN

*Plaintiffs-Appellants,*

**v.**

### U.S. DEPARTMENT OF STATE , CENTRAL INTELLIGENCE AGENCY, BARACK HUSSEIN OBAMA II, U.S. COPYRIGHT OFFICE, ERIC HOLDER, US ATTORNEY GENERAL, and NEW YORK STATE BOARD OF ELECTIONS

**Defendants - Appellees**

---

Orders of Hon. Richard J, Leon USDJ No. 14-cv-995 on Appeal from the
United States District Court for Washington District of Columbia

---

# APPELLANTS' BRIEF

---

**Harold William Van Allen**
in esse surety for
HAROLD WILLIAM VAN ALLEN
351 North Road
Hurley, New York 12443
Ph: 845-389-4366 Email
hvanallen@hvc.rr.com

**Christopher Earl Strunk**
in esse sui juris agent for
™CHRISTOPHER EARL STRUNK©
593 Vanderbilt Avenue PMB 281
Brooklyn, New York 11238
Ph: 718-414-3760 Email:
suretynomore@gmail.com

Case: 15-3463    Document: 003112109238    Page: 27    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 16 of 36
   USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 2 of 22

## APPELLANTS /PLAINTIFFS

### H. WILLIAM VAN ALLEN
351 North Road Hurley New York 12443
(845) 389-4366 FAX (845) 339-2835

### CHRISTOPHER EARL STRUNK
593 Vanderbilt Avenue PMB 281,
Brooklyn, New York 11238
(718) 414-3760

## APPELLEES –DEFENDANTS

Solictor General
R. Craig Lawrence
Email  craig.lawrence@usdoj.gov
[LD NTC Gvt Atty USAO/AUSA]
U.S. Attorney's Office
(USA) Civil Division
Firm  202-252-2500
555 4th Street, NW
Washington, DC 20530

U.S. DEPARTMENT OF STATE by
JOHN F. KERRY at 2201 C Street NW
Washington, DC 20520 TTY 1-800-877-8339

CENTRAL INTELLIGENCE AGENCY
by JOHN O. BRENNAN
Washington, D.C. 20505  fax  (571) 204-3800

BARACK HUSSEIN OBAMA II
1600 Pennsylvania Ave. NW Washington DC 20500

U.S. COPYRIGHT OFFICE
101 Independence Avenue SE
Washington, DC 20559-6000 (202) 707-3000

i

Case: 15-3463    Document: 003112109238    Page: 28    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 17 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 3 of 22

ERIC HOLDER, US ATTORNEY GENERAL
950 Pennsylvania Ave NW Washington DC 20530

THE NEW YORK STATE BOARD
OF ELECTIONS by its agents at
40 NORTH PEARL STREET, SUITE 5
ALBANY, NY 12207-2729 FAX (518) 486-4068

Case: 15-3463    Document: 003112109238    Page: 29    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 18 of 36
  USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 4 of 22

## TABLE OF CONTENTS

Page

STATEMENT CONCERNING JURISDICTION..............................1
CORPORATE DISCLOSURE STATEMENT ......................................1
STATEMENT REGARDING ORAL ARGUMENT ...............................1
INTRODUCTION..............................................................................2
STATEMENT OF THE CASE ...............................................................3
QUESTIONS PRESENTED ................................................... 8

**Issue  1:** No Court has ever heard and cross examined evidence of the defacto POTUS ineligibility.

**Issue  2:** No Court has ever heard and cross examined evidence of the forged instrument alleged to be the Long Form Birth Certificate on 27 April 2011 in conspiracy with NBC News personnel and others.

**Issue 3:** No Court has ever heard and cross examined evidence of the tampering with US Government Records at the US Copyright Office involving Random House Publications and it agents, and or the spoliation and concealment of records regarding Stanley Ann Dunham at the US Department of State with John O. Brennan and others

**Issue 4:** That Strunk and Van Allen are directly effected and damage worsened by the District Court refusal to hear and cross examine evidence of bad faith fraud with spoliation, concealment misrepresentation that are high crimes and treason.

**Issue 5:** That Strunk is no longer the surety indenture for the debt under 12 USC 95 with 50 US App. 5(b) *noncombatant* pre-1933 Private National Citizen of the United States, is the duly recorded Executor for the Republic of the United States of America challenges the Corporate occupation of the Territories under a continuing time of war or emergency illegally with an ineligible POTUS commander-in- chief.

**Issue 6:** Appellants are entitled to equity review of bad faith fraud.

ARGUMENT.................................................................................7
CONCLUSION...............................................................................16

Case: 15-3463    Document: 003112109238    Page: 30    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 19 of 36
  USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 5 of 22

## TABLE OF AUTHORITIES

The Constitution for the United States of America

The Express Deed in Trust To the United States of America

12 USC 95 with 50 USC App. 5(b) and Executive Order 2040

**Other Authorities:**

1. Perry, Jairus Ware, *A Treatise on the Law of Trusts and Trustees* (Boston: Little, Brown and Company, 1882) Vols. I-II.

2. Story, Joseph, *Commentaries on Equity Pleadings and the Incidents Thereof According to the Practice of the Courts of Equity of England and America* (Boston: Little, Brown and Company, 1892).

3. Pomeroy, Jr., John Norton, *Pomeroy's Equity Jurisprudence* (San Francisco: Bancroft-Whitney Co., 1905) Vols. I-IV.

4. Gibson, Henry R., *A Treatise on Suits in Chancery* (Knoxville, Tennessee: Gaut-Ogden Company, Printers and Binders, 1907).

5. Lewin, Frederick Albert, *A Practical Treatise on the Law of Trusts* (Boston: Charles H. Edson and Co., 1888) Vols. I-II, Eighth Edition.

6. Phelps, Charles E., *Juridical Equity Abridged for the Use of Students* (Baltimore: M. Curlander, 1894).

7. *Library of American Law and Practice; "Equity," Equity procedure* (American Technical Society, 1919) p. 64, Sect. 81.

Case: 15-3463    Document: 003112109238    Page: 31    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 20 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 6 of 22

## STATEMENT CONCERNING JURISDICTION

This Court has jurisdiction because the final related sua sponte order to

dismiss by Richard J. Leon District Court Judge in Case No. 14 Civ.

0995 from the United States District Court (U.S.D.C.) for Washington

District of Columbia (DCD) on 16 June 2014 (**APX 006**); then on 10

November 2014 by minute order (**APX 005**) denied the Motion to

Reargue and Supplement, and then on 4 March 2015 by minute order

denied the Motion to Seal as Moot, are appealable per 28 U.S.C. § 1291.

## CORPORATE DISCLOSURE STATEMENT & CERTIFICATE OF INTERESTED PERSONS

This statement is made pursuant to Federal Rule of Appellate

Procedure 26.1. Appellants are natural person Harold William Van

Allen in esse is surety for HAROLD WILLIAM VAN ALLEN (Appellant,

Van Allen) and natural person Christopher-Earl: Strunk in esse Sui

Juris Agent for ™CHRISTOPHER EARL STRUNK© (Appellant,

Strunk), and neither is represented by an attorney.

### STATEMENT REGARDING ORAL ARGUMENT

Appellants request oral argument because such argument would

significantly assist this Court in its decision-making process as provided

Case: 15-3463    Document: 003112109238    Page: 32    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344        Filed: 10/06/2015    Page 21 of 36
USCA Case #14-5327    Document #1550157        Filed: 04/30/2015    Page 7 of 22

by Rule 34 of the Federal Rules of Appellate Procedure and Rule 34 of the Rules of this Court.

## INTRODUCTION

The Clerk of the Washington District of Columbia Circuit Court has ordered that the Appellants Brief and Appendix be filed by April 29, 2015 (see **APX 001**) regarding the Notice of Appeal of Van Allen and Strunk (see **APX 003**) accepted and duly acted upon and docketed by the Clerk of the Washington District of Columbia Circuit Court on 10 December 2014 (see the docket printout at **APX 431**).

That the Original Complaint (see **APX 0100** through **APX 237**) was filed 10 June 2014 as 14-cv-0995 with the Summonses issued as to Defendants on 10 June 2014 (duly served) along with a motion in support of an Order to Show Cause relief (see **APX 420**), to which the motion and case were dismissed sua sponte.

Then on 30 June 2015, Strunk filed a motion to reargue and supplement (see **APX 15**) with the proposed First Supplement to the Complaint affirmed 24 June 2014 (see **APX 029**) also thereafter denied, and then on 8 November 2014 with motion to seal and protect material witnesses (**APX 238**) denied as moot held sealed in chambers.

Case: 15-3463    Document: 003112109238    Page: 33    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 22 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 8 of 22

## STATEMENT OF THE CASE

That Plaintiffs / Appellants are and were residents in New York
who have challenged the eligibility of the defacto President of the
United States (POTUS) Barack Hussein Obama II since October 2008
to no avail; and however, with the exception that New York State
Supreme Court Justice Arthur M. Schack went to the merits of the
definition of what *Natural Born Citizen* as mandated in the
Constitution for the United States Article 2 Section 1 Clause 5 means,
and by his error got it wrong, in case *Strunk v NYS Board of Elections
et al* with Index 6500-2011; that as a cover-up of major proportions the
New York States Board of Elections has committed spoliation and
concealment in the evidence of its changing of the eligibility
qualifications for a POTUS candidate to "born a Citizen" from "Natural-
born citizen" and both Strunk and Van Allen have never been afforded a
hearing in State Court in that regard, and that the offering of a forged
instrument by the Defacto POTUS and his agents at his White House
Press Conference on 27 April 2011 was used to mislead and
misrepresent a false instrument in conspiracy with NBC News Attorney
Savannah Guthrie and others affirming that Defendant Obama's forged

- 3 -

Case: 15-3463    Document: 003112109238    Page: 34    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 23 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 9 of 22

long form birth Certificate were real, was done to misdirect the

challenge by Donald Trump who remains unconvinced as to the defacto

POTUS eligibility.

That if Strunk's open State case 29642-2008 still remains open

had obtained the testimony of British Barrister Michael Shrimpton (see

Affidavit **APX 140**) that Defendant Obama was born in Kenya secured

his testimony in Brooklyn Supreme Court before Justice David I.

Schmidt in June 2014 would involve the Intelligence Community and

Hillary Clinton and others in a major act of treason and perfidy,

However, Mr. Shrimpton's temporary Visa application (see **APX 137**)

was denied and he could not testify; and then as of right in conjunction

with the presentment of evidence at trial, Strunk hired a Copyright

Patent Attorney to obtain a certified copy of the book *"Dreams from my

Father"* published by Random House from the US Copyright Office,

whose efforts were stymied by the US Copyright Office and effect was

denied by the US Copyright Office.

To the extent that Mr. Shrimpton has been barred from testimony

and that there is a serious spoliation and concealment of the actual

forgery and false instrument used at the US Copyright Office with

Case: 15-3463    Document: 003112109238    Page: 35    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 24 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 10 of 22

personal having tampered with government records in conjunction with
a person associated with Random House are the book *"Dreams from my
Father"* supposed Copy right is a forgery and false instrument.

As a result, NO COURT anywhere in the country has ever heard
the evidence under cross examination that the defacto President is
ineligible to the office of POTUS and committed high crimes; and no one
until this submission shown starting at the motion to Seal Exhibit 22
(see **APX 253**) has given a chance for Random House to respond to the
forgery (have not responded); and that the incontrovertible evidence of
high crimes from **APX 266** through **APX 291** remains to be heard.

## QUESTIONS PRESENTED

**Issue 1**: No Court has ever heard and cross examined evidence of the
defacto POTUS ineligibility.

**Issue 2:** No Court has ever heard and cross examined evidence of the
forged instrument alleged to be the Long Form Birth Certificate on 27
April 2011 in conspiracy with NBC News personnel and others.

**Issue 3:** No Court has ever heard and cross examined evidence of the
tampering with US Government Records at the US Copyright Office
involving Random House Publications and it agents, and or the

Case: 15-3463    Document: 003112109238    Page: 36    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 25 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 11 of 22

spoliation and concealment of records regarding Stanley Ann Dunham

at the US Department of State with John O. Brennan and others

**Issue 4:** That Strunk and Van Allen are directly effected and damage

worsened by the District Court refusal to hear and cross examine

evidence of bad faith fraud with spoliation, concealment

misrepresentation that are high crimes and treason.

**Issue 5:** That Strunk is no longer the surety indenture [1] for the debt

under 12 USC 95 with 50 US App. 5(b) *noncombatant* pre-1933 Private

National Citizen of the United States, is the duly recorded Executor for

the Republic of the United States of America **(APX 196 thru APX 234)**

challenges the Corporate occupation of the Territories under a

continuing time of war or emergency illegally with an ineligible POTUS

commander-in- chief.

---

[1] **. Suretyship.** *Uberrima fides* (most perfect good faith) is the phrase used to express the measure of good faith required of a creditor toward his debtor's surety; and Story says that:

> "if he conceals from him facts which go to increase his risk. . . . . . such concealment will amount to fraud," and will, of course, furnish ground to invalidate the contract. 19 Out of this relation of suretyship, and conduct or neglect, which had caused or was likely to cause loss or damage, or imperil his property and rights, many and various remedies in chancery accrued to the surety; such as a bill *quia timet* (because he fears) to compel payment, a bill to be judicially discharged, a suit for exoneration, or contribution, or subrogation, or marshalling of securities, in concurrence with legal remedies generally not so efficacious

Case: 15-3463    Document: 003112109238    Page: 37    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 26 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 12 of 22

**Issue 6:** Appellants are entitled to equity review of bad faith fraud.

## ARGUMENT

Equity will Undo What Fraud has Done.—Fraud, in the sight of a Court of Equity, vitiates every contract or transaction into which it enters, at the election of the injured party; and the Court will not only undo what fraud has done, but will treat acts as done which fraud prevented from being done.

All Courts require good faith in dealings between men, and reprobate bad faith. But as the Courts of common law respected forms and ceremonies, and would not look beneath a seal, nor behind a writing, nor beyond the verdict of a jury, nor allow a judgment to be questioned, fraud took advantage of these rules, and made forms, writings, seals, verdicts, and judgments its instrumentalities and agencies in effecting its nefarious schemes for the undoing of the weak, the inexperienced, the trusting and the needy. When, however, Equity established her Courts, she disregarded forms, discredited ceremonies, peered beneath the seal, looked behind writings, questioned the verdicts of juries, and did not hesitate to set aside the solemn judgments of Courts, when found to be unjust and procured by fraud.

Case: 15-3463    Document: 003112109238    Page: 38    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 27 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 13 of 22

Strunk is the only one in the country that since 20 January 2009 has sought personal available remedy, and as such Equity Aids the Vigilant, not Those who sleep upon their Rights. This maxim is designed to promote diligence on the part of suitors. Equity requires a party to assert his rights in a reasonable time after he discovers that he has been wronged. A person who delays suit, not only by his negligence makes the proof of his wrongs more difficult, but induces the other party to believe that he acquiesces in the situation. Besides, if Courts allow suits to be delayed, a party may wait until an adverse witness dies, or moves away, before he brings suit. A party in the wrong may be so misled by the non-action of the party wronged as do such acts, and otherwise so change his situation, that it would embarrass the Court in granting relief. He who seeks equity must keep himself in a condition to do equity; and if, by his own delay; he is disabled from doing equity he will be debarred from receiving equity. It is bad faith for a party wronged to delay suit until the wrong cannot be righted without doing another wrong. Good conscience requires a party to do no act that will mislead another to his detriment, even though that other may have done him wrong. Hence, it has been said that "nothing can call a Court

- 8 -

Case: 15-3463    Document: 003112109238    Page: 39    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 28 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 14 of 22

of Chancery into activity but conscience, good faith and reasonable diligence."

## FRAUD

The Definition and Distinction of Fraud, in the eye of the civil law was declared to include every species of cunning, deception, or artifice, used to circumvent, cheat, or deceive another. And this may suffice for the common law or even for the actual fraud of equity; but it does not embrace that large class of cases within the remedial power of equity, which are known as cases of constructive fraud.

For this purpose it is better to employ the more comprehensive conception that *Fraud*, indeed, in the sense of a court of equity, properly includes all acts, omissions, and concealments which involve a breach of legal or equitable duty, trust, or confidence, justly reposed, and are injurious to another, or by which an undue and unconscientious advantage is taken of another. And courts of equity will not only interest in cases of fraud to set aside acts done, but they will also, if acts have by fraud been prevented from being done by the parties, interfere and treat the case in exactly the same manner as if the acts had been committed.

Case: 15-3463    Document: 003112109238    Page: 40    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 29 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 15 of 22

There is a distinction also between the proof required at law and

in equity which is thus expressed by Judge Story quote:

> "But courts of equity will act upon circumstances as presumptions
> of fraud, where courts of law would not deem them satisfactory
> proof. In other words court of equity will grant relief upon the
> ground of fraud established by presumptive evidence, which
> evidence courts of law would not always deem sufficient proof to
> justify a verdict at law. It is in this sense that the remark of Lord
> Hardwicke is to be understood, when he said that ' fraud may be
> presumed from the circumstances and condition of the parties
> contracting; and this goes farther than the rule of law, which is
> that fraud must be proved, not presumed'.

> And Lord Eldon has illustrated the same proposition by
> remarking that a court of equity will, as it ought, in many cases
> order an instrument to be delivered up as unduly obtained, which
> a jury would not be justified in impeaching by the rules of law,
> which require fraud to be proved, and are not satisfied though it
> may be strongly presumed."

In fine we may say that equity not only takes cognizance of all

cases of fraud, but that in cases of concurrent jurisdiction it searches for

it with keener eye, and finds it more readily than does the law. This

follows necessarily from the very nature of fraud, which is rarely proven

by direct evidence. As said in an old case:

> "The law requires fraud to be proved; yet in most instances the
> evidence of it must be gathered more from the circumstances
> attending the transaction, than upon tangible proof. Being
> hatched in secret or in a hollow tree, it has to be ferreted out by
> carefully following its marks and signs; for in most instances,
> though ever so artfully and secretly contrived, it will, like a snail

Case: 15-3463    Document: 003112109238    Page: 41    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 30 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 16 of 22

in its passage, leave its slime by which it may be traced." (28 Floyd v. Goodwin, 8 Per. (Tenn) 484.)

In the matter of Defendant Obama's statement published in

*Dreams from my Father*" and in regard to his belief that his father is

Foreign National not a US Citizen, is barred by estoppel, and that

Chancellor Gibson describes the essential elements of estoppel in *pais.*

(1) "The conduct creating the estoppel must be something which amounts either to a representation or a concealment of the existence of facts; and these facts must be material to the rights or interests of the party affected by the representation or concealment, and who claims the benefit of the estoppel. The conduct may consist of external acts, of language written or spoken, or of silence; and the facts represented or concealed must, in general, be either existing or past, or so represented; a statement concerning future facts would be either a mere expression of opinion, or would constitute a contract, and be governed by the rules applicable to contracts.

(2) "The truth concerning these material facts, represented or concealed, must be known to the party at the time when his conduct, which amounts to a representation or a concealment, takes place; or else the circumstances must be such that a knowledge of the truth: is necessarily imputed to him. Actual knowledge of the truth is not always necessary, except in cases where the estoppel grows out of silence or acquiescence. Where the facts are such that the party, from his position, ought to have known them, the knowledge will be imputed to him. Nor is actual knowledge necessary where a party has misled another by active affirmative conduct; nor where ignorance is occasioned by culpable negligence.

(3) "The truth concerning the material facts must be unknown to the other party claiming the benefit of the estoppel, not only at the

- 11 -

Case: 15-3463    Document: 003112109238    Page: 42    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 31 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 17 of 22

time of the conduct which amounts to a representation or concealment, but also at the time when that conduct is acted upon by him.

(4) "While, ordinarily, the conduct must be with the expectation that it will be acted upon by the other party, or must be under such circumstances that it is both natural and probable that it will be so acted on, nevertheless it is not always necessary that the conduct amounting to a representation, in order to constitute an estoppel, should be done with the expectation that it should be acted on by the person claiming the benefit of the estoppel, or by any other person. If the representations are such, and made under such circumstances, that all persons have the right to rely on them as true, they will constitute an estoppel in favor of anyone who has trusted to them and acted on them.

(5) "Whatever may be the real intention of the party making the representation, whether consisting of words, acts, or silence, should be believed and relied upon as the inducement for action by the party who claims the benefit of the estoppel; and that, so relying upon it, and induced by it, he should take some action. The cases all agree that there can be no estoppel, unless the party who alleges it relied upon the representation, was induced to act by it, and thus relying and induced, did take some action.

(6) "The party relying on the estoppel must, in fact, act upon it in such a manner as to change his position for the worse; in other words, he must so act that he would suffer a loss if he were compelled to surrender or forego, or alter what he has done by reason of the first party being permitted to deny the truth of his representation, or to repudiate his conduct and to assert rights inconsistent with it. Although this action is usually affirmative, yet such affirmative action is not indispensable. It is enough if the party has been induced to refrain from using such means, or taking such action as lay in his power, by which he might have retrieved his position and saved himself from loss.

Case: 15-3463    Document: 003112109238    Page: 43    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 32 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 18 of 22

In effect notwithstanding the Quo Warranto case by Strunk previously before Judge Lamberth 10-cv-486, because Mr. Obama is occupying a corporate capacity not that of the Republic of the United States of America as existed before 9 March 1933, this suit is against the Trustee of the Corporation who as a Public Trustee is a Usurper acting as if with the Republic Constitution for the Untied States were in full force, which it is not true as long as we remain with the continuing Executive Orders 2039 and 2040 operation of law under 12 USC 95 with 50 USC App. 5(b), as explained at **APX 204**.

As such this Court were it to provide exclusive equity review as a Chancery Court, both inherently and by statute, has extensive jurisdiction over corporations, and also over persons acting as officials without authority. A bill will lie against the person or corporation offending in the following cases:

1. "Whenever any person unlawfully holds, or exercises, any public office or franchise within this State, or any office in any corporation created by the laws of this State;

2. "Whenever any public officer has done, or suffered to be done, any act which works a forfeiture of his office;

Case: 15-3463    Document: 003112109238    Page: 44    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 33 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 19 of 22

3. "When any persons act as a corporation within this State without being authorized by law;

4. "Or, if being incorporated, they do or omit acts which amount to a surrender or forfeiture of their rights and privileges as a corporation;

5. "Or exercise powers not conferred by law;

6. "Or fail to exercise powers conferred by law, and essential to the corporate existence.

In order to protect the interests of all parties, to not commingle the primary rights of a Pre-1933 Private American National Citizen of the United States with the privileges of "enemies," to secure Complainant Strunk's private, civilian due process rights and that the public may not be alarmed, and the Court knows they would be, Strunk as the Complainant has shown cause by the following facts:

• Complainant Strunk's civilian due process rights as a Pre-1933 Private American National  Citizen of the United States secured by both the Fifth and Fourteenth Amendments to the Constitution of the United States of America are not cognizable in courts of law, federal  and state, sitting in temporary emergency war powers since March 9, 1933;

- 14 -

Case: 15-3463    Document: 003112109238    Page: 45    Date Filed: 10/22/2015

USCA Case #15-5218    Document #1577344    Filed: 10/06/2015    Page 34 of 36
USCA Case #14-5327    Document #1550157    Filed: 04/30/2015    Page 20 of 22

- Complainant Strunk's equitable rights as a beneficiary of two grantor / express trusts, as well as private and proprietary documents concerning one of the trusts which only parties to the trust are authorized to review in Chambers, are not cognizable in courts of law, federal and state, sitting in temporary emergency war powers since March 9, 1933;

- Complainant Strunk, in exclusive English/American Equity as a matter of *de jure*, Pre-1933 Private American National Citizenship status, has a conflict with the rules of law, specifically, the Federal Rules of Civil Procedure (1938) authorized by section 17 of the "Trading with the Enemy Act" (1917), through section 5(b) of said Act as amended by the "Emergency Banking Relief Act" (1933).

Therefore, pursuant to the maxim of English Equity fully recognized in American federal and state courts, said maxim first set forth in the English Judicature Act of 1873, as amended in 1875, where *"generally in all matters in which there is a conflict or variance, between the rules of Equity and the rules of the common law with reference to the same subject matter, the rules of Equity shall prevail,"*

Case: 15-3463     Document: 003112109238     Page: 46     Date Filed: 10/22/2015

USCA Case #15-5218     Document #1577344     Filed: 10/06/2015     Page 35 of 36
  USCA Case #14-5327     Document #1550157     Filed: 04/30/2015     Page 21 of 22

## CONCLUSION

That Plaintiffs / Appellants be granted a remand for equity review

in the matter of the bad faith actual fraud by the U.S. Copyright Office

its agents with others in the malfeasance complained of with further

evidence held by the Trial Judge, and that Plaintiffs are entitled to

other and different relief deemed necessary for complete justice.

The undersigned, **Harold William Van Allen** in esse surety for

HAROLD WILLIAM VAN ALLEN and **Christopher-Earl: Strunk** in

esse sui juris agent for ™CHRISTOPHER EARL STRUNK©, make this

appellant brief under penalty of perjury pursuant to 28 USC §1746. The

same is true to my own knowledge, except as to the matters therein

stated to be alleged on information and belief, and as to those matters I

believe it to be true. The grounds of my beliefs as to all matters not

stated upon information and belief are as follows: 3rd parties, books and

records, and personal knowledge.

Dated: April 27, 2015
      Hurley, New York

for HAROLD WILLIAM VAN ALLEN
351 North Road
Hurley, New York 12443
845-389-4366 Email hvanallen@hvc.rr.com

Dated: April 26, 2015
      Brooklyn, New York

for ™CHRISTOPHER EARL STRUNK©
593 Vanderbilt Avenue – PMB 281
Brooklyn, New York 11238
718-414-3760 Email: suretynomore@gmail.com

- 16 -

Case: 15-3463   Document: 003112109238   Page: 47   Date Filed: 10/22/2015

USCA Case #15-5218   Document #1577344   Filed: 10/06/2015   Page 36 of 36
USCA Case #14-5327   Document #1550157   Filed: 04/30/2015   Page 22 of 22

# CERTIFICATE OF COMPLIANCE
# PURSUANT TO FED. R. APP. P.

## 32(A)(7)(C) FOR CASE NUMBER NO. 10-822

I certify that: Pursuant to Fed. R. App. P. 32 (a)(7)(C), the foregoing

Appellant brief is proportionately spaced, has a typeface of 14 points or

more and contains 3772 words within the 14,000 words allowable.

The Appellant Filing of 29 April 2015 are respectfully submitted and

certified to be true under penalty of perjury,

Dated: April **28**, 2015
        Brooklyn, New York

for ™CHRISTOPHER EARL STRUNK©
593 Vanderbilt Avenue – PMB 281
Brooklyn, New York 11238
(718) 414-3760
Email: suretynomore@gmail.com

- 17 -

# An Open Letter
# to Barack Obama:

## Are you a Natural Born Citizen of the U.S.?
## Are you legally eligible to hold the Office of President?

December 1, 2008

Mr. Barack Obama
Barack Obama Transition Office
Kluczynski Federal Building
230 So. Dearborn St.
Chicago, Illinois 60604

Dear Mr. Obama:

Representing thousands of responsible American citizens who have also taken an oath to defend the Constitution of the United States of America, I am duty bound to call on you to remedy an apparent violation of the Constitution.

Compelling evidence supports the claim that you are barred from holding the Office of President by the "natural born citizen" clause of the U.S. Constitution. For instance:

- You have posted on the Internet an unsigned, forged and thoroughly discredited, *computer-generated* birth form created in 2007, a form that lacks vital information found on any original, hand signed Certificate of Live Birth, such as hospital address, signature of attending physician and age of mother.

- Hawaii Dept of Health will not confirm your assertion that you were born in Hawaii.

- Legal affidavits state you were born in Kenya.

- Your grandmother is recorded on tape saying she attended your birth in Kenya.

- U.S. Law in effect in 1961 denied U.S. citizenship to any child born in Kenya if the father was Kenyan and the mother was not yet 19 years of age.

- In 1965, your mother legally relinquished whatever Kenyan or U.S. citizenship she and you had by marrying an Indonesian and becoming a naturalized Indonesian citizen.

You have repeatedly refused to provide evidence of your eligibility when challenged to do so in a number of recent lawsuits. Instead, you have been successful in having judges declare that they are powerless to order you to prove your eligibility to assume the Office of President.

Incredibly, the judge in Hawaii actually said it would be an invasion of your privacy for him to order access to your original birth certificate in order to prove your eligibility to hold the Office of President.

Before you can legitimately exercise any of the powers of the President you must meet all the criteria for eligibility established by the Constitution. You are under a moral, legal, and fiduciary duty to proffer such evidence. Should you assume the office as anyone but a *bona fide* natural born citizen of the United States who has not relinquished that citizenship, you would be inviting a national crisis that would undermine the domestic peace and stability of the Nation. For example:

- You would always be viewed by many Americans as a poseur - a *usurper*.

- As a *usurper*, you would be unable to take the required "Oath or Affirmation" on January 20 without committing the crime of perjury or false swearing, for being ineligible you cannot faithfully execute the Office of the President of the United States.

- You would be entitled to no allegiance, obedience or support from the People.

- The Armed Forces would be under no legal obligation to remain obedient to you.

- No civilian in the Executive Branch would be required to obey any of your proclamations, Executive Orders or directives, as such orders would be legally void.

- Your appointments of Judges to the Supreme Court would be void.

- Congress would not be able to pass any needed legislation because it would not be able to acquire the signature of a *bona fide* President.

- Congress would be unable to remove you, a *usurper*, from the Office of the President on impeachment, inviting certain chaos including a potential for armed conflicts within the General Government or among the States and the People to effect the removal of such a *usurper*.

In consideration of the escalating constitutional crisis brought on by the total lack of evidence needed to conclusively establish your eligibility, I am compelled to serve you with this First Amendment Petition for a Redress of this violation of the Constitution.

With all due respect, I ask that you immediately direct the appropriate Hawaiian officials to allow access to the vault copy of your birth certificate by our forensic scientists on Friday, Saturday and Sunday, December 5, 6 and 7, 2008.

In addition, I ask that you deliver the following documentary evidence to the National Press Club in Washington DC by 10 am on December 8, 2008, marked for my attention:

- A certified copy of your original, signed "vault" birth certificate.

- Certified copies of your reissued and sealed birth certificates in the names Barack Hussein Obama, Barry Soetoro, Barry Obama, Barack Dunham and Barry Dunham.

- A certified copy of your Certification of Citizenship.

- A certified copy of your Oath of Allegiance taken upon age of maturity.

- Certified copies of your admission forms for Occidental College, Columbia University and Harvard Law School.

- Certified copies of any legal documents changing your name.

Each member of the Electoral College, who is committed to casting a vote on December 15, has a constitutional duty to make certain you are a natural-born citizen. As of today, there is no evidence in the public record (nor have you provided any) that defeats the claim that you are barred by law from assuming the Office of President because you fail the Constitution's eligibility requirements.

All state Electors are now on Notice that unless you provide documentary evidence before December 15, that conclusively establishes your eligibility, they cannot cast a vote for you without committing treason to the Constitution.

"*In a government of laws, the existence of the government will be imperiled if it fails to observe the law scrupulously. Our government is the potent, the omnipresent teacher. For good or for ill, it teaches the whole people by its example. Crime is contagious. If the government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy.*" Olmstead v. U.S., 277 U.S. 438

Thank you for your understanding and cooperation in this urgent matter.

Sincerely,

Robert L. Schulz
Chairman

We The People Foundation
For Constitutional Education, Inc.

www.WeThePeopleFoundation.org

2458 Ridge Road  Queensbury, NY 12804
info@GiveMeLiberty.org



CLOSED,PRO SE

# U.S. District Court
# Northern District of New York - Main Office (Syracuse) [LIVE - Version 6.1] (Albany)
# CIVIL DOCKET FOR CASE #: 1:07-cv-00943-LEK-DRH

Schulz et al v. State of New York et al
Assigned to: Senior Judge Lawrence E. Kahn
Referred to: Magistrate Judge David R. Homer
Case in other court: 2nd Circuit, 08-00002-cv
                2nd Circuit, 11-04894
Cause: 28:1343 Violation of Civil Rights

Date Filed: 09/12/2007
Date Terminated: 07/07/2011
Jury Demand: Plaintiff
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

## Plaintiff

**Robert L. Schulz**
*New York*

represented by **Robert L. Schulz**
2458 Ridge Road
Queensbury, NY 12804
518-656-3578
Email: bob@givemeliberty.org
PRO SE

## Plaintiff

**Doug Bersaw**
*New Hampshire*

represented by **Doug Bersaw**
139 Tully Brook Road
Richmond, NH 03470
603-239-6671
PRO SE

## Plaintiff

**Amanda Moore**
*South Carolina*

represented by **Amanda Moore**
2117 Savannah Highway
Charleston, SC 29414
843-571-4192
PRO SE

## Plaintiff

**Arthur Groveman**
*Florida*

represented by **Arthur Groveman**
4521 Hidden River Road
Sarasota, FL 34240
941-322-2408
PRO SE

## Plaintiff

**James Condit, Jr.**
*Ohio*

represented by **James Condit, Jr.**
4575 Farview Lane
Cincinnati, OH 45247
513-602-0627
PRO SE

**Plaintiff**

**Fred Smart**
*Illinois*

represented by **Fred Smart**
3242 Harrison St.
Evanston, IL 60201
312-602-2568
PRO SE

**Plaintiff**

**Pam Wagner**
*Iowa*

represented by **Pam Wagner**
2556 Johnson Iowa Road
Homestead, IA 52236
319-530-7171
PRO SE

**Plaintiff**

**Troy D. Reha**
*Iowa*

represented by **Troy D. Reha**
2525 County Line Road 356
Des Moines, IA 50321
515-554-3418
PRO SE

**Plaintiff**

**Gregory Gorey**
*Texas*

represented by **Gregory Gorey**
3828 Arrow Drive
Austin, TX 78749
512-626-5133
PRO SE

**Plaintiff**

**Susan Marie Weber**
*California*

represented by **Susan Marie Weber**
43-041 Buttonwood Dr.
Palm Desert, CA 92260
PRO SE

**Plaintiff**

**Mary D. Farrell**
*Oregon*

represented by **Mary D. Farrell**
1117 Northeast Hancock St.
Portland, OR 97212
503-288-5846
PRO SE

**Plaintiff**

**Brian L. Roberts**
*Alabama*

represented by **Brian L. Roberts**
755 Roberts St.
Leesburg, AL 35983
PRO SE

**Plaintiff**

**Jean C. Allen**
*Alabama*

represented by **Jean C. Allen**
4140 Hillsboro Dr.
Tuscaloosa, AL 35404
PRO SE

**Plaintiff**

**Charles D. Roberts**
*Alabama*

represented by **Charles D. Roberts**
755 Roberts St.
Leesburg, AL 35983
PRO SE

**Plaintiff**

**Brent Cole, Sr.**
*Alaska*

represented by **Brent Cole, Sr.**
P. O. Box 312
Craig, AK 99921
PRO SE

**Plaintiff**

**Duane F. Andress**
*Alaska*

represented by **Duane F. Andress**
1504 W. 47th Ave.
Unit B
Anchorage, AK 99503
PRO SE

**Plaintiff**

**Henry Ayre**
*Alaska*

represented by **Henry Ayre**
398 West Redoubt Ave
Soldotna, AK 99669
PRO SE

**Plaintiff**

**David Johnson**
*Arizona*

represented by **David Johnson**
11649 N. 86th Ln
Peoria, AZ 85345
PRO SE

**Plaintiff**

**Stuart Kevin Cole**
*Arizona*

represented by **Stuart Kevin Cole**
545 E. Bennett Dr.
Flagstaff, AZ 86001
PRO SE

**Plaintiff**

**Mark J. Yannone**
*Arizona*

represented by **Mark J. Yannone**
2 W Pershing Ave
Phoenix, AZ 85029
PRO SE

**Plaintiff**

**Tom Mayfield**
*Arkansas*

represented by **Tom Mayfield**
10258 Thunder Rd
WC46
Fayetteville, AR 72701
PRO SE

**Plaintiff**

**Lynne Baker**
*Arkansas*

represented by **Lynne Baker**
120 E. Main St.
Heber Springs, AR 72543
PRO SE

**Plaintiff**

**Glenda Middlebrook**
*Arkansas*

represented by **Glenda Middlebrook**
17025 Becton Lane
Fayetteville, AR 72701
PRO SE

**Plaintiff**

**Matthew Pitagora**
*California*

represented by **Matthew Pitagora**
3263 Janelle Dr
San Jose, CA 95148
PRO SE

**Plaintiff**

**Mychal R. Schillaci**
*California*

represented by **Mychal R. Schillaci**
1221 East Ave
Burbank, CA 91504
PRO SE

**Plaintiff**

**Lorraine Lunnon**
*Colorado*

represented by **Lorraine Lunnon**
540 Vance Street
Lakewood, CO 80226

PRO SE

**Plaintiff**

**Lotus**
*Colorado*

represented by **Lotus**
3725 Interpark Dr, Ste D
Colorado Springs, CO 80907
PRO SE

**Plaintiff**

**Betty Wies**
*Colorado*

represented by **Betty Wies**
14424 Timberedge Lane
Colorado Springs, CO 80921
PRO SE

**Plaintiff**

**Walter B. Reddy, III**
*Connecticut*

represented by **Walter B. Reddy, III**
16 Briar Oak Drive
Weston, CT 06883
PRO SE

**Plaintiff**

**Charles Price**
*Connecticut*

represented by **Charles Price**
7 Greenwood St
Watertown, CT 06795
PRO SE

**Plaintiff**

**Heather Wilson**
*Connecticut*

represented by **Heather Wilson**
68 Chestnut Hill Rd
Wilton, CT 06897
PRO SE

**Plaintiff**

**Steven Bachman**
*Delaware*

represented by **Steven Bachman**
331 Forest Dr
Wilmington, DE 19804
PRO SE

**Plaintiff**

**Jean Mateson**
*Delaware*

represented by **Jean Mateson**
1202 River Rd
Wilmington, DE 19809
PRO SE

**Plaintiff**

**Marcus Riego**
*Delaware*

represented by **Marcus Riego**
2606 Belaire Dr
Wilmington, DE 19808
PRO SE

**Plaintiff**

**Nova A. Montgomery**
*Florida*

represented by **Nova A. Montgomery**
3037 Arbor Oaks Dr
Tarpon Springs, FL 34688
PRO SE

**Plaintiff**

**Janine L. Dean Winter**
*Florida*

represented by **Janine L. Dean Winter**
850 S. Tamiami Trail
Sarasota, FL 34236
PRO SE

**Plaintiff**

**John J. Felso**
*Georgia*

represented by **John J. Felso**
5135 Christopher Holw
Alpharetta, GA 30004
PRO SE

**Plaintiff**

**Clay Dalton**
*Georgia*

represented by **Clay Dalton**
P.O. Box 275
Waleska, GA 30183
PRO SE

**Plaintiff**

**Roger Patrick**
*Georgia*

represented by **Roger Patrick**
4854 Cleckland Trace
Marietta, GA 30062
PRO SE

**Plaintiff**

**Ka'imi Pelekai**
*Hawaii*

represented by **Ka'imi Pelekai**
1750 Kalakaua Ave #3250
Honolulu, HI 96826
PRO SE

**Plaintiff**

**Charles W. Abel**
*Hawaii*

represented by **Charles W. Abel**
PMB 102 16-540 Keaau-Pahoa Rd. Suite
#2
Keaau, HI 96749

PRO SE

**Plaintiff**

**Michael Marsoun**                    represented by **Michael Marsoun**
*Hawaii*                                               P.O.Box 650
                                                       Kealakekua, HI 96750
                                                       PRO SE

**Plaintiff**

**Gary Conway**                        represented by **Gary Conway**
*Idaho*                                                6575 N. 16th St
                                                       Dalton Gardens, ID 83815
                                                       PRO SE

**Plaintiff**

**Susan K. Venable**                   represented by **Susan K. Venable**
*Idaho*                                                1002 North D St
                                                       Parma, ID 83660
                                                       PRO SE

**Plaintiff**

**Paul T. Venable, III**               represented by **Paul T. Venable, III**
*Idaho*                                                1002 North D St
                                                       Parma, ID 83660
                                                       PRO SE

**Plaintiff**

**Anthony Leonardo**                   represented by **Anthony Leonardo**
*Illinois*                                             1636 Ridgeland Avenue
                                                       Berwyn, IL 60402
                                                       PRO SE

**Plaintiff**

**Charles Nadolski**                   represented by **Charles Nadolski**
*Illinois*                                             4847 N. Hamilton Ave #2
                                                       Chicago, IL 60625
                                                       PRO SE

**Plaintiff**

**Gerald B. Hebert**                   represented by **Gerald B. Hebert**
*Indiana*                                              45 East U.S. Highway 6
                                                       Valparaiso, IN 46383
                                                       PRO SE

**Plaintiff**

**William Hathaway**
*Indiana*

represented by **William Hathaway**
12059 N. Upper Lakeshore Dr.
Monticello, IN 47960
PRO SE

**Plaintiff**

**Charlie Kochenash**
*Indiana*

represented by **Charlie Kochenash**
306 Beech St
Valparaiso, IN 46383
PRO SE

**Plaintiff**

**Dave Ward**
*Iowa*

represented by **Dave Ward**
3539 Washington Ave
Stratford, IA 50249
PRO SE

**Plaintiff**

**James Gragg**
*Kansas*

represented by **James Gragg**
1835 Holland Lane
Wichata, KS 67212
PRO SE

**Plaintiff**

**Robin A. Bailey**
*Kansas*

represented by **Robin A. Bailey**
1130 U.S. Hwy 24
Stockton, KS 67669
PRO SE

**Plaintiff**

**Todd Metallo**
*Kentucky*

represented by **Todd Metallo**
3511 Arrowwood Ct
La Grange, KY 40031
PRO SE

**Plaintiff**

**Robert Adams**
*Kentucky*

represented by **Robert Adams**
200 Britanny Circle
Richmond, KY 40475
PRO SE

**Plaintiff**

**Patrick Conway**
*Kentucky*

represented by **Patrick Conway**
520 Myers Lane
Elizabethtown, KY 42701
PRO SE

**Plaintiff**

**Ashley Wade Gary**
*Louisiana*

represented by **Ashley Wade Gary**
703 Paula Drive
Delcambre, LA 70528
PRO SE

**Plaintiff**

**Corey Michael Graham**
*Louisiana*

represented by **Corey Michael Graham**
12019 Indigo Dr
Francisville, LA 70775
PRO SE

**Plaintiff**

**Clarence Edward Ward, III**
*Louisiana*

represented by **Clarence Edward Ward, III**
3223 Canal St
New Orleans, LA 70119
PRO SE

**Plaintiff**

**Keith Castonguay**
*Maine*

represented by **Keith Castonguay**
9 Mountain Ave Apt 3
Lewiston, ME 04240
PRO SE

**Plaintiff**

**Marie Castonguay**
*Maine*

represented by **Marie Castonguay**
9 Mountain Ave. Apt 3
Lewiston, ME 04240
PRO SE

**Plaintiff**

**Beverly Durand**
*Maine*

represented by **Beverly Durand**
27 Schwanger Dr.
Bowdoin, ME 04287
PRO SE

**Plaintiff**

**Harold Poole**
*Maryland*

represented by **Harold Poole**
2308 Pebble Beach Dr.
Elkton, MD 21921
PRO SE

**Plaintiff**

**Walter Augustine**
*Maryland*

represented by **Walter Augustine**
4317 Flower Valley Dr

Rockville, MD 20853
PRO SE

**Plaintiff**

**Cynthia L. Jones**                 represented by **Cynthia L. Jones**
*Maryland*                                            46241 Usher Lane
                                                      Valley Lee, MD 20692
                                                      PRO SE

**Plaintiff**

**Donald Williamson**                represented by **Donald Williamson**
*Massachusetts*                                       245 E Main St
                                                      Marlborough, MA 01752
                                                      PRO SE

**Plaintiff**

**Paul Dionne**                      represented by **Paul Dionne**
*Massachusetts*                                       43 Bucknam Street Apt 1
                                                      Everett, MA 02149
                                                      PRO SE

**Plaintiff**

**Daniel Skapinsky**                 represented by **Daniel Skapinsky**
*Massachusetts*                                       201 Plymouth St
                                                      Holbrook, MA 02343
                                                      PRO SE

**Plaintiff**

**Tony Demott**                      represented by **Tony Demott**
*Michigan*                                            301 E. Cross St, Apt 2
                                                      Ypsilanti, MI 48198
                                                      PRO SE

**Plaintiff**

**Pat Foster**                       represented by **Pat Foster**
*Michigan*                                            6079 Mallard Dr
                                                      Fennville, MI 49408
                                                      PRO SE

**Plaintiff**

**John Marshall**                    represented by **John Marshall**
*Minnesota*                                           7131 Cameron Ave
                                                      Monticello, MN 55362
                                                      PRO SE

**Plaintiff**

**Shawn Wayne Junior Davis**
*Minnesota*

represented by **Shawn Wayne Junior Davis**
1130 N. Robin Ave
Duluth, MN 55811
PRO SE

<u>**Plaintiff**</u>

**John Hansvick**
*Minnesota*

represented by **John Hansvick**
700 Ridge Road
Henderson, MN 56044
PRO SE

<u>**Plaintiff**</u>

**Mark G. Bushman**
*Mississippi*

represented by **Mark G. Bushman**
4911 Old Conton Road #134
Jackson, MS 39211
PRO SE

<u>**Plaintiff**</u>

**Christopher J.M. Cummins**
*Mississippi*

represented by **Christopher J.M. Cummins**
81 CR 849
Blue Mountain, MS 38610
PRO SE

<u>**Plaintiff**</u>

**Jonathan D. Meadows**
*Mississippi*

represented by **Jonathan D. Meadows**
254 Cotten Gin Road
Ripley, MS 38663
PRO SE

<u>**Plaintiff**</u>

**Kevin Halpin**
*Missouri*

represented by **Kevin Halpin**
6921 Aerovista Court
Saint Louis, MO 63123
PRO SE

<u>**Plaintiff**</u>

**Joseph Goodman**
*Missouri*

represented by **Joseph Goodman**
10924 Harrison Street
Kansas City, MO 64131
PRO SE

<u>**Plaintiff**</u>

**Brian Thompson, II**
*Missouri*

represented by **Brian Thompson, II**
6921 Aerovista Court
Saint Louis, MO 63123
PRO SE

**Plaintiff**

**Stanley Jones**
*Montana*

represented by **Stanley Jones**
P.O. Box 6202
Bozeman, MT 59771
PRO SE

**Plaintiff**

**Elena Gagliano**
*Montana*

represented by **Elena Gagliano**
13 John Long Road
Philipsburg, MT 59858
PRO SE

**Plaintiff**

**Joseph Kasun**
*Nebraska*

represented by **Joseph Kasun**
4390 J Street
Omaha, NE 68107
PRO SE

**Plaintiff**

**Eric Miller**
*Nebraska*

represented by **Eric Miller**
7121 S. 176th Avenue
Omaha, NE 68025
PRO SE

**Plaintiff**

**Jay Peterson**
*Nebraska*

represented by **Jay Peterson**
1024 E. 1st Street
Fremont, NE 68025
PRO SE

**Plaintiff**

**Christopher H. Hansen**
*Nevada*

represented by **Christopher H. Hansen**
2657 Windmill Pky. #107
Henderson, NV 89074
PRO SE

**Plaintiff**

**Juanita Cox**
*Nevada*

represented by **Juanita Cox**
1088 McCarran Ranch Road
McCarran, NV 89434
PRO SE

**Plaintiff**

**Guy Page Felton, III**
*Nevada*

represented by **Guy Page Felton, III**
1220 Salem Place #5

Reno, NV 89509
PRO SE

**Plaintiff**

**Dianne Gilbert**                      represented by **Dianne Gilbert**
*New Hampshire*                                         28 Harvey Lane
                                                        Epping, NH 03042
                                                        PRO SE

**Plaintiff**

**Robert Surprenant**                   represented by **Robert Surprenant**
*New Hampshire*                                         429 Mine Ledge Road
                                                        Surrey, NH 03431
                                                        PRO SE

**Plaintiff**

**Edward Helmstetter**                  represented by **Edward Helmstetter**
*New Jersey*                                            70 Burnside Avenue
                                                        Cranford, NJ 07016
                                                        PRO SE

**Plaintiff**

**Gary Berner**                         represented by **Gary Berner**
*New Jersey*                                            442 Wilson Avenue
                                                        Lyndhurst, NJ 07071
                                                        PRO SE

**Plaintiff**

**Pankaj Anand**                        represented by **Pankaj Anand**
*New Jersey*                                            506 Washington Road
                                                        Parlin, NJ 08859
                                                        PRO SE

**Plaintiff**

**Charles Ranalli**                     represented by **Charles Ranalli**
*New Mexico*                                            14225 Copper Avenue NE #508
                                                        Albuquerque, NM 87123
                                                        PRO SE

**Plaintiff**

**James Genzling**                      represented by **James Genzling**
*New Mexico*                                            P.O. Box 192
                                                        Lakewood, NM 88254
                                                        PRO SE

**Plaintiff**

**William Ritch**
*New Mexico*

represented by **William Ritch**
HC 30 Box 8
Cuchillo, NM 87901
PRO SE

#### Plaintiff

**Arthur Berg**
*New York*
*TERMINATED: 06/05/2009*

represented by **Arthur Berg**
P.O. Box 1063
Tully, NY 13159-1063
PRO SE

#### Plaintiff

**John Liggett**
*New York*

represented by **John Liggett**
1040 1st Ave. #351
New York, NY 10022
PRO SE

#### Plaintiff

**Steve Harris**
*North Carolina*

represented by **Steve Harris**
7421 Innisfree Place
Charlotte, NC 28226
PRO SE

#### Plaintiff

**Bette German Smith**
*North Carolina*

represented by **Bette German Smith**
2506 Hwy 54 W #07
Chapel Hill, NC 27516
PRO SE

#### Plaintiff

**Carl Jay Zietlow**
*North Carolina*

represented by **Carl Jay Zietlow**
508 Hannah Branch Road
Burnsville, NC 28714
PRO SE

#### Plaintiff

**Charles Cartier**
*North Dakota*

represented by **Charles Cartier**
13532 62nd Street NW
Williston, ND 58801
PRO SE

#### Plaintiff

**Cathy Cartier**
*North Dakota*

represented by **Cathy Cartier**
13432 62nd Street NW
Williston, ND 58801
PRO SE

**Plaintiff**

**Michael Disalvo**
*Ohio*

represented by **Michael Disalvo**
6854 Founders Row #114
West Chester, OH 45069
PRO SE

**Plaintiff**

**Gregory Tekautz**
*Ohio*

represented by **Gregory Tekautz**
244 Baker Drive
Rittman, OH 44270
PRO SE

**Plaintiff**

**Steven M. Beeson**
*Oklahoma*

represented by **Steven M. Beeson**
317 S. 6th Street
Broken Arrow, OK 74012
PRO SE

**Plaintiff**

**Craig F. Holguin**
*Oklahoma*

represented by **Craig F. Holguin**
1533 N. Bradley Avenue
Oklahoma City, OK 73127
PRO SE

**Plaintiff**

**Jennifer L. Waters**
*Oklahoma*

represented by **Jennifer L. Waters**
6415 NW 19th Street
Bethany, OK 73008
PRO SE

**Plaintiff**

**Lee Hamel**
*Oregon*

represented by **Lee Hamel**
3120 NW John Olsen Ave.
#4-105
Hillsboro, OR 97124
PRO SE

**Plaintiff**

**Rubie O'Dell**
*Oregon*

represented by **Rubie O'Dell**
P.O. Box 733
Cave Junction, OR 97523
PRO SE

**Plaintiff**

**Edgar Stephan**
*Pennsylvania*

represented by **Edgar Stephan**
266 Limeplant Road
Ford City, PA 16226
PRO SE

**Plaintiff**

**Samuel Anthony Ettaro**
*Pennsylvania*

represented by **Samuel Anthony Ettaro**
513 Thompson Street
Curwensville, PA 16833
PRO SE

**Plaintiff**

**Joseph Thompson**
*Pennsylvania*

represented by **Joseph Thompson**
1805 B Schoenersville Road
Bethlehem, PA 18018
PRO SE

**Plaintiff**

**Christopher J. Maynard**
*Rhode Island*

represented by **Christopher J. Maynard**
18 Eagle Nest Drive
Lincoln, RI 02865
PRO SE

**Plaintiff**

**Thomas Beretta**
*Rhode Island*

represented by **Thomas Beretta**
1015 Warwick Avenue
Warwick, RI 02888
PRO SE

**Plaintiff**

**Susan R. Berge**
*Rhode Island*

represented by **Susan R. Berge**
50 Benedict Road
Harrisville, RI 02830
PRO SE

**Plaintiff**

**Joshua David Brannon**
*South Carolina*

represented by **Joshua David Brannon**
709 Silkwood Ct.
Boiling Springs, SC 29316
PRO SE

**Plaintiff**

**Ilona Urban Blakeley**
*South Carolina*

represented by **Ilona Urban Blakeley**
General Delivery
Pauline, SC 29374
PRO SE

**Plaintiff**

**William Stegmeier**
*South Dakota*

represented by **William Stegmeier**
27116 Grummand Avenue
Tea, SD 57064
PRO SE

**Plaintiff**

**Elvis Hanes**
*South Dakota*

represented by **Elvis Hanes**
P.O. Box 412
Tea, SD 57064
PRO SE

**Plaintiff**

**Eugene Paulson**
*South Dakota*

represented by **Eugene Paulson**
10454 1st Street
Rosholt, SD 57260
PRO SE

**Plaintiff**

**William Hardin**
*Tennessee*

represented by **William Hardin**
112 Bradford Circle
Hendersonville, TN 37075
PRO SE

**Plaintiff**

**John Farrar**
*Tennessee*

represented by **John Farrar**
365 Whitson Road
Bethpage, TN 37022
PRO SE

**Plaintiff**

**William Keller**
*Tennessee*

represented by **William Keller**
108 Old Winchester Road
Deeherd, TN 37324
PRO SE

**Plaintiff**

**Gary W. Giuffre**
*Texas*

represented by **Gary W. Giuffre**
130 Briarwood Lane
Bellville, TX 77418
PRO SE

**Plaintiff**

**Eddie Craig**
*Texas*

represented by **Eddie Craig**
4502 North Street

Nacogdoches, TX 75965
PRO SE

**Plaintiff**

**Ronald J. Keller**                    represented by **Ronald J. Keller**
*Texas*                                 5127 Hwy 36 South
                                        Rosenbeg, TX 77471
                                        PRO SE

**Plaintiff**

**Robert K. Dalton**                    represented by **Robert K. Dalton**
*Utah*                                  312 N 100 E
                                        Cedar City, UT 84720
                                        PRO SE

**Plaintiff**

**Ted Arsenault**                       represented by **Ted Arsenault**
*Utah*                                  2305 N 2300 W
                                        Cedar City, UT 84720
                                        PRO SE

**Plaintiff**

**Shaun A. Knapp**                      represented by **Shaun A. Knapp**
*Utah*                                  345 S. 1450 E.
                                        Provo, UT 84606
                                        PRO SE

**Plaintiff**

**David Cole**                          represented by **David Cole**
*Vermont*                               643 Cedar Rock Road
                                        Arlington, VT 05250
                                        PRO SE

**Plaintiff**

**Gary L. Gale**                        represented by **Gary L. Gale**
*Vermont*                               126 Mountain Home Park
                                        Brattleboro, VT 05301
                                        PRO SE

**Plaintiff**

**Owen Mulligan**                       represented by **Owen Mulligan**
*Vermont*                               305 S. Union Street
                                        Apt #3
                                        Burlington, VT 05401
                                        PRO SE

**Plaintiff**

**William Clark Delashmutt**
*Virginia*

represented by **William Clark Delashmutt**
4237 Hardtimes Road
Box 406
Prospect, VA 23960
PRO SE

**Plaintiff**

**Carolyn Williams**
*Virginia*

represented by **Carolyn Williams**
2410 Edenbrook Drive
Richmond, VA 23228
PRO SE

**Plaintiff**

**Judith Sharpe**
*Virginia*

represented by **Judith Sharpe**
600 W. Riverview Drive
Suffolk, VA 23434
PRO SE

**Plaintiff**

**Ron Moss**
*Washington*

represented by **Ron Moss**
5115 208 th Street E
Spanaway, WA 98387
PRO SE

**Plaintiff**

**Larry K. Burns**
*Washington*

represented by **Larry K. Burns**
2716 G Street
Washougal, WA 98671
PRO SE

**Plaintiff**

**David Knight**
*Washington*

represented by **David Knight**
4002 NE 272 nd Avenue
Camas, WA 98607
PRO SE

**Plaintiff**

**William Sisemore**
*West Virginia*

represented by **William Sisemore**
122 Ranger Bottom Road
Ranger, WV 25557
PRO SE

**Plaintiff**

**Dorris Ponstingl**
*West Virginia*

represented by **Dorris Ponstingl**
3950 Mt. Union Road
Huntington, WV 25701
PRO SE

**Plaintiff**

**Zabrina Sisemore**
*West Virginia*

represented by **Zabrina Sisemore**
122 Ranger Bottom Road
Ranger, WV 25557
PRO SE

**Plaintiff**

**Francine Arnold**
*Wisconsin*

represented by **Francine Arnold**
16523 West Porter Road
Evansville, WI 53536
PRO SE

**Plaintiff**

**Anita Zibton**
*Wisconsin*

represented by **Anita Zibton**
9566 Smart Hallow
La Farge, WI 54639
PRO SE

**Plaintiff**

**Lance Crain**
*Wyoming*

represented by **Lance Crain**
2033 Grass Creek Road
Casper, WY 82604
PRO SE

**Plaintiff**

**Maurice W. Jones**
*Wyoming*

represented by **Maurice W. Jones**
P.O. Box 117
Grover, WY 83122
PRO SE

**Plaintiff**

**Joe R. Slack, Jr.**
*Wyoming*

represented by **Joe R. Slack, Jr.**
P.O. Box 273
Lander, WY 82520
PRO SE

**Plaintiff**

**Kenneth Cooper**
*Michigan*

represented by **Kenneth Cooper**
3876 140th Ave
Holland, MI 49424
PRO SE

V.

**Defendant**

**State of New York**
*TERMINATED: 06/04/2008*

represented by **Bruce J. Boivin**

Office of Attorney General - Albany
State of New York
The Capitol
Albany, NY 12224
518-776-2590
Fax: 518-473-1572
Email: bruce.boivin@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. Goglia**

New York State Board of Elections
Office of Special Counsel
40 North Pearl Street, Suite 5
Albany, NY 12207-2729
518-474-9156
Fax: 518-473-1572
Email: douglas.goglia@elections.ny.gov
*TERMINATED: 01/16/2008*
*LEAD ATTORNEY*

**Defendant**

**State of New Hampshire**
*TERMINATED: 06/04/2008*

represented by **James W. Kennedy , III**

Office of Attorney General - New
Hampshire
33 Capitol Street
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: james.kennedy@doj.nh.gov
*TERMINATED: 01/17/2011*
*LEAD ATTORNEY*

**Defendant**

**State of South Carolina**
*TERMINATED: 06/04/2008*

represented by **James E. Smith , Jr.**

South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211
803-734-3970
Fax: 803-734-3677
Email: agesmith@scag.gov

*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Florida**
*TERMINATED: 06/04/2008*

represented by **Paul J. Martin**
Office of Attorney General - Florida,
Tallahassee
PL-01, The Capitol
Tallahassee, FL 32399-1050
850-414-3300
Fax: 850-488-4872
Email: Paul.Martin@myfloridalegal.com
*TERMINATED: 01/17/2011*
*LEAD ATTORNEY*

**Defendant**

**State of Ohio**
*TERMINATED: 06/04/2008*

represented by **Richard N. Coglianese**
Office of Attorney General - Ohio
Constitutional Offices Section
30 East Broad Street
16th Floor
Columbus, OH 43215
614-466-2872
Fax: 614-728-7592
Email: RCoglianese@ag.state.oh.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Illinois**
*TERMINATED: 06/04/2008*

represented by **Thomas H. Klein**
Office of Illinois Attorney General
500 South Second Street
Springfield, IL 62706
217-782-9014
Fax: 217-524-5091
Email: tklein@atg.state.il.us
*TERMINATED: 01/17/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Iowa**
*TERMINATED: 06/04/2008*

represented by **Christie J. Scase**
Office of Attorney General - Iowa
Dept. of Justice
Hoover Building, 2nd Floor
1395 E. Walnut Street
Des Moines, IA 50319

515-281-8760
Fax: 515-281-7551
Email: cscase@ag.state.ia.us
*TERMINATED: 01/18/2011*

**Defendant**

**State of Texas**
*TERMINATED: 06/04/2008*

represented by **Thomas J. Turner**
Office of Attorney General - Texas
General Litigation Division
P.O. Box 12548
Austin, TX 78711-2548
512-463-2120
Fax: 512-320-0667
Email: Thomas.Turner@oag.state.tx.us
*TERMINATED: 08/21/2008*

**Defendant**

**State of California**
*TERMINATED: 06/04/2008*

represented by **Margaret Carew Toledo**
Office of Attorney General - California
California Dept. of Justice
P.O. Box 944255
1300 I Street, Suite 1101
Sacramento, CA 94244-2550
916-445-9555
Fax: 916-324-8835
Email: EcfCoordinator@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Oregon**
*TERMINATED: 06/04/2008*

represented by **Michael A. Casper**
Office of Attorney General - Oregon
Department of Justice
1162 Court Street, NE
Salem, OR 97301
503-947-4700
Fax: 503-947-4793
Email: michael.casper@doj.state.or.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Neil Kelleher**
*individually*
*TERMINATED: 11/20/2009*

represented by **Douglas J. Goglia**
(See above for address)
*TERMINATED: 01/16/2008*
*LEAD ATTORNEY*

    

Kimberly A. Galvin
New York State Board of Elections
Office of Special Counsel
40 North Pearl Street, Suite 5
Albany, NY 12207-2729
518-474-6367
Fax: 518-486-4546
Email: kgalvin@elections.state.ny.us
*LEAD ATTORNEY*

Paul M. Collins
New York State Board of Elections
Office of Special Counsel
40 North Pearl Street, Suite 5
Albany, NY 12207-2729
518-474-5088
Fax: 518-486-4546
Email: paul.collins@elections.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Todd D. Valentine
New York State Board of Elections
Office of Special Counsel
40 North Pearl Street, Suite 5
Albany, NY 12207-2729
518-474-6236
Fax: 518-486-4068
Email: Todd.Valentine@elections.ny.gov
*TERMINATED: 08/08/2008*

**Defendant**

**Douglas Kellner**
*individually and as Commissioner of the*
*New York State Board of Elections*

represented by **Douglas J. Goglia**
(See above for address)
*TERMINATED: 01/16/2008*
*LEAD ATTORNEY*

**Kimberly A. Galvin**
(See above for address)
*LEAD ATTORNEY*

**Paul M. Collins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd D. Valentine**
(See above for address)
*TERMINATED: 08/08/2008*

**Defendant**

**Evelyn Aquila**                                    represented by **Douglas J. Goglia**
*individually and as Commissioner of the*                        (See above for address)
*New York State Board of Elections*                              *TERMINATED: 01/16/2008*
                                                                 *LEAD ATTORNEY*

                                                     **Kimberly A. Galvin**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

                                                     **Paul M. Collins**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Todd D. Valentine**
                                                     (See above for address)
                                                     *TERMINATED: 08/08/2008*

**Defendant**

**New York State Board Of Elections**               represented by **Douglas J. Goglia**
*TERMINATED: 06/04/2008*                                         (See above for address)
                                                                 *TERMINATED: 01/16/2008*
                                                                 *LEAD ATTORNEY*

                                                     **Kimberly A. Galvin**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

                                                     **Paul M. Collins**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Todd D. Valentine**
                                                     (See above for address)
                                                     *TERMINATED: 08/08/2008*

**Defendant**

**State of Alabama**                                represented by **William G. Parker , Jr.**
*TERMINATED: 06/04/2008*                                         Office of Attorney General - Alabama
                                                                 11 South Union Street

Montgomery, AL 36130
334-242-7432
Fax: 334-353-8440
Email: Wparker@ago.state.al.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Beth Chapman**

*Alabama Secretary of State and Chief*
*Election Official, in her individual and*
*official capacity*
*TERMINATED: 06/04/2008*

represented by **William G. Parker , Jr.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**State of Alaska**
*TERMINATED: 06/04/2008*

represented by **Michael A. Barnhill**

Office of Attorney General - Alaska
Dept. of Law
P.O. Box 110300
Juneau, AK 99811
907-465-3600
Fax: 907-465-2520
Email: mike.barnhill@alaska.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Sean Parnell**

*Alaska Lt. Governor and Chief Election*
*Official, individually and in his or her*
*official capacity*
*TERMINATED: 06/04/2008*

represented by **Michael A. Barnhill**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**State of Arizona**
*TERMINATED: 06/04/2008*

represented by **Bruce L. Skolnik**

Office of Attorney General - Arizona
177 North Church Avenue
Suite 1105
Tucson, AZ 85701
520-628-6044
Fax: 520-628-6050
Email: bruce.skolnik@azag.gov

### Defendant

**Jan Brewer**
*Arizona Secretary of State and Chief*
*Election Official, individually and in his*
*or her official capacity*
*TERMINATED: 06/04/2008*

represented by **Bruce L. Skolnik**
(See above for address)

## Defendant

**State of Arkansas**
*TERMINATED: 06/04/2008*

represented by **Dennis R. Hansen**
Office of Attorney General - Arkansas
323 Center Street
Suite 200
Little Rock, AR 72201
501-682-2007
Fax: 501-682-2591
Email: dennis.hansen@arkansasag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Charlie Daniels**
*Arkansas Secretary of State and Chief*
*Election Official, individually and in his*
*or her official capacity*
*TERMINATED: 06/04/2008*

represented by **Dennis R. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Debra Bowen**
*California Secretary of State and Chief*
*Election Official, individually and in her*
*official capacity*
*TERMINATED: 06/04/2008*

represented by **Margaret Carew Toledo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**State of Colorado**
*TERMINATED: 06/04/2008*

represented by **Melody Mirbaba**
Office of Attorney General - Colorado
1525 Sherman Street
7th Floor
Denver, CO 80203
303-866-5380
Fax: 303-866-5671
Email: melody.mirbaba@state.co.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Mike Coffman**
*Colorado Secretary of State and Chief*
*Election Official, individually and in his*
*or her official capacity*
*TERMINATED: 06/04/2008*

represented by **Melody Mirbaba**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Connecticut**
*TERMINATED: 06/04/2008*

represented by **Robert W. Clark**
Office of Attorney General - Connecticut
Special Litigation Department
P.O. Box 120
55 Elm Street
Hartford, CT 06141-0120
860-808-5020
Fax: 860-808-5347
Email: robert.clark@po.state.ct.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Susan Bysiewicz**
*Connecticut Secretary of State and Chief*
*Election Official, individually and in her*
*official capacity*
*TERMINATED: 06/04/2008*

represented by **Robert W. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Delaware**
*TERMINATED: 06/04/2008*

represented by **A. Ann Woolfolk**
Office of Attorney General - Delaware
820 N. French Street
State Carvel Building, 6th Floor
Wilmington, DE 19801
302-577-8400
Fax: 302-577-6630
Email: Ann.Woolfolk@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Elaine Manlove**
*Delaware Commissioner of Elections,*
*individually and in her official capacity*
*TERMINATED: 06/04/2008*

represented by **A. Ann Woolfolk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kurt Browning**                                    represented by  **Paul J. Martin**
*Florida Secretary of State and Chief*                               (See above for address)
*Election Official, individually and in his*                          *LEAD ATTORNEY*
*or her official capacity*                                            *ATTORNEY TO BE NOTICED*
*TERMINATED: 06/04/2008*

**Defendant**

**State of Georgia**                                 represented by  **Holly Loy Smith**
*TERMINATED: 06/04/2008*                                             Office of Attorney General - Georgia
                                                                     Dept. of Law
                                                                     40 Capitol Square SW
                                                                     Atlanta, GA 30334-1300
                                                                     404-463-8850
                                                                     Fax: 404-651-5304
                                                                     Email: hsmith@law.ga.gov
                                                                     *TERMINATED: 01/17/2011*
                                                                     *LEAD ATTORNEY*

**Defendant**

**Karen Handel**                                     represented by  **Holly Loy Smith**
*Georgia Secretary of State and Chief*                               (See above for address)
*Election Official, individually and in her*                          *LEAD ATTORNEY*
*official capacity*                                                   *ATTORNEY TO BE NOTICED*
*TERMINATED: 06/04/2008*

**Defendant**

**State of Hawaii**                                  represented by  **Russell A. Suzuki**
*TERMINATED: 06/04/2008*                                             Office of Attorney General - Hawaii
                                                                     425 Queen Street
                                                                     Honolulu, HI 96813
                                                                     808-586-0618
                                                                     Fax: 808-586-1372
                                                                     Email: Russell.A.Suzuki@hawaii.gov
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Rex M. Quidilla**                                  represented by  **Russell A. Suzuki**
*Hawaii Chief Election Officer,*                                     (See above for address)
*individually and in his official capacity*                           *LEAD ATTORNEY*
*TERMINATED: 06/04/2008*                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**State of Idaho**                                   represented by  **Michael S. Gilmore**
*TERMINATED: 06/04/2008*                                             Office of Attorney General - Idaho
                                                                     P.O. Box 83720

Statehouse
Boise, ID 83720-0010
208-334-2400
Fax: 208-854-8073
Email: mike.gilmore@ag.idaho.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Ben Ysursa**
*Idaho Secretary of State and Chief*
*Election Official, individually and in his*
*official capacity*
*TERMINATED: 06/04/2008*

represented by **Michael S. Gilmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Albert Porter**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

## Defendant

**Bryan Schneider**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

## Defendant

**Jesse Smart**
*individually and in his or her official*
*capacity*
*TERMINATED: 06/04/2008*

## Defendant

**Wanda Rednour**
*individually and in her official capacity*
*TERMINATED: 06/04/2008*

## Defendant

**Robert Walters**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

## Defendant

**Patrick Brady**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

**Defendant**

**William McGuffage**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

**Defendant**

**John Keith**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

**Defendant**

**Illinois State Board of Elections**
*TERMINATED: 06/04/2008*

**Defendant**

**State of Indiana**                        represented by **Kate S. Van Bokkelen**
*TERMINATED· 06/04/2008*                    Office of Attorney General - Indiana
                                            302 West Washington Street
                                            IGCS - Fifth Floor
                                            Indianapolis, IN 46202
                                            317-234-2271
                                            Fax: 317-232-7979
                                            Email: kvbokkelen@atg.in.gov
                                            *TERMINATED: 01/17/2011*
                                            *LEAD ATTORNEY*

**Defendant**

**Todd Rokita**                             represented by **Kate S. Van Bokkelen**
*Indiana Secretary of State and Chief*          (See above for address)
*Election Official, individually and in his*    *LEAD ATTORNEY*
*official capacity*                             *ATTORNEY TO BE NOTICED*
*TERMINATED: 06/04/2008*

**Defendant**

**Michael Mauro**                           represented by **Christie J. Scase**
*Iowa Secretary of State and Chief*             (See above for address)
*Election Official, individually and in his*    *LEAD ATTORNEY*
*official capacity*                             *ATTORNEY TO BE NOTICED*
*TERMINATED: 06/04/2008*

**Defendant**

**State of Kansas**                         represented by **William S. Hesse**
*TERMINATED: 06/04/2008*                    Office of Attorney General - Kansas
                                            120 SW 10th Avenue
                                            Topeka, KS 66612

785-296-2215
Fax: 785-291-3767
Email: hesses@ksag.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ron Thornburgh**                              represented by **William S. Hesse**
*Kansas Secretary of State and Chief*                        (See above for address)
*Election Official, individually and in his*                 *LEAD ATTORNEY*
*official capacity*                                          *ATTORNEY TO BE NOTICED*
*TERMINATED: 06/04/2008*

**Defendant**

**State of Kentucky**                           represented by **David Brent Irvin**
*TERMINATED: 06/04/2008*                                     Office of Attorney General - Kentucky
                                                             Office of Civil and Environmental Law
                                                             700 Capitol Avenue
                                                             Suite 118
                                                             Frankfort, KY 106509
                                                             502-696-5663
                                                             Fax: 502-564-9380
                                                             Email: brent.irvin@ag.ky.gov
                                                             *TERMINATED: 01/18/2011*

**Defendant**

**Trey Grayson**                                represented by **David Brent Irvin**
*Kentucky Secretary of State and Chief*                      (See above for address)
*Election Official, individually and in is*                  *LEAD ATTORNEY*
*official capacity*                                          *ATTORNEY TO BE NOTICED*
*TERMINATED: 06/04/2008*

**Defendant**

**State of Louisiana**                          represented by **William P. Bryan , III**
*TERMINATED: 06/04/2008*                                     Office of Attorney General - Louisiana
                                                             1885 North Third Street
                                                             Baton Rouge, LA 70802
                                                             225-326-6000
                                                             Fax: 225-326-6099
                                                             Email: bryanb@ag.state.la.us
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Jay Dardenne**
*Louisiana Secretary of State and Chief*
*Election Official, individually and in his*
*or her official capacity*
*TERMINATED: 06/04/2008*

represented by **William P. Bryan , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**State of Maine**
*TERMINATED: 06/04/2008*

represented by **Phyllis Gardiner**
Office of Attorney General - Maine
6 State House Station
Augusta, ME 04333--0006
207-626-8800
Fax: 207-287-3145
Email: Phyllis.Gardiner@maine.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Matthew Dunlap**
*Maine Secretary of State and Chief*
*Election Official, individually and in his*
*official capacity*
*TERMINATED: 06/04/2008*

represented by **Phyllis Gardiner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**State of Maryland**
*TERMINATED: 06/04/2008*

represented by **Charles J. Butler**
Office of Attorney General - Maryland
200 St. Paul Place
Baltimore, MD 21202
410-576-6300
Fax: 410-576-6955
Email: cbutler@oag.state.md.us
*TERMINATED: 01/17/2011*
*LEAD ATTORNEY*

## Defendant

**Robert Walker**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **Charles J. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Bobbie Mack**
*individually and in his or her official*
*capacity*
*TERMINATED: 06/04/2008*

represented by **Charles J. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Andrew Jezic**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **Charles J. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David McManus**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **Charles J. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Helena Moses Donahue**
*individually*

represented by **Douglas J. Goglia**
(See above for address)
*TERMINATED: 01/16/2008*
*LEAD ATTORNEY*

**Kimberly A. Galvin**
(See above for address)
*LEAD ATTORNEY*

**Paul M. Collins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd D. Valentine**
(See above for address)
*TERMINATED: 08/08/2008*

**Defendant**

**Charles Thomann**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **Charles J. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Maryland State Board of Elections**
*TERMINATED: 06/04/2008*

represented by **Charles J. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Massachusetts**
*TERMINATED: 06/04/2008*

represented by **Peter W. Sacks**

Office of Attorney General -
Massachusetts
One Ashburton Place
18th Floor
Boston, MA 02108-1598
617-727-2200 x2064
Fax: 617-727-5785
Email: peter.sacks@state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Francis Galvin**
*Massachusetts Secretary of the
Commonwealth and Chief Election
Official, individually and in his official
capacity*
*TERMINATED: 06/04/2008*

represented by **Peter W. Sacks**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Michigan**
*TERMINATED: 06/04/2008*

represented by **Ann M. Sherman**

Office of Attorney General - Michigan
Public Employment, Elections and Tort
Division
P.O. Box 30736
525 W. Ottawa Street, 5th Floor
Lansing, MI 48909
517-373-6434
Fax: 517-373-2454
Email: shermana@michigan.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Terri Lynn Land**
*Michigan Secretary of State and Chief
Election Official, individually and in his
or her official capacity*
*TERMINATED: 06/04/2008*

represented by **Ann M. Sherman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Minnesota**
*TERMINATED: 06/04/2008*

represented by **Kenneth E. Raschke , Jr.**

Office of Attorney General - Minnesota
1800 Bremer Tower, Suite 1800
445 Minnesota Street

St. Paul, MN 55101
651-297-1141
Fax: 651-297-1235
Email: ken.raschke@state.mn.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Ritchie**
*Minnesota Secretary of State and Chief*
*Election Official, individually and in his*
*official capacity*
*TERMINATED: 06/04/2008*

represented by **Kenneth E. Raschke , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Mississippi**
*TERMINATED: 06/04/2008*

represented by **George W. Neville**
Office of Attorney General - Mississippi
P.O. Box 220
Jackson, MS 39205
601-359-3680
Fax: 601-359-2003
Email: gnevi@ago.state.ms.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eric Clark**
*Mississippi Secretary of State and Chief*
*Election Official, individually and in his*
*official capacity*
*TERMINATED: 06/04/2008*

represented by **George W. Neville**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Missouri**
*TERMINATED: 06/04/2008*

represented by **James B. Farnsworth**
Office of Attorney General - Missouri
P.O. Box 899
Jefferson City, MO 65102
573-751-3321
Fax: 573-751-9456
Email: Jim.Farnsworth@ago.mo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robin Carnahan**
*Missouri Secretary of State and Chief*
*Election Official, individually and in his*
*or her official capacity*
*TERMINATED: 06/04/2008*

represented by **James B. Farnsworth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Montana**
*TERMINATED: 06/04/2008*

represented by **Anthony C. Johnstone**
Office of Attorney General - Montana
Dept. of Justice
P.O. Box 201401
215 North Sanders
Helena, MT 59620-1401
406-444-2026
Fax: 406-444-3549
Email: ajohnstone@mt.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brad Johnson**
*Montana Secretary of State and Chief*
*Election Official, individually and in his*
*official capacity*
*TERMINATED: 06/04/2008*

represented by **Anthony C. Johnstone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Nebraska**
*TERMINATED: 06/04/2008*

represented by **Dale A. Comer**
Office of Attorney General - Nebraska
P.O. Box 98920
2115 State Capitol
Lincoln, NE 68509-8920
402-471-2682
Fax: 402-471-4725
Email: dale.comer@nebraska.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Gale**
*Nebraska Secretary of State and Chief*
*Election Official, individually and in his*
*official capacity*
*TERMINATED: 06/04/2008*

represented by **Dale A. Comer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Nevada**
*TERMINATED: 06/04/2008*

represented by **Christine S. Munro**
Office of Attorney General - Nevada
100 N. Carson Street
Carson City, NV 89701
775-684-1143
Fax: 775-684-1108
Email: csmunro@ag.state.nv.us
*TERMINATED: 01/17/2011*
*LEAD ATTORNEY*

**Defendant**

**Ross Miller**
*Nevada Secretary of State and Chief*
*Election Official, individually and his*
*official capacity*
*TERMINATED: 06/04/2008*

represented by **Christine S. Munro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Gardner**
*New Hampshire Secretary of State and*
*Chief Election Official, individually and*
*in his official capacity*
*TERMINATED: 06/04/2008*

represented by **James W. Kennedy , III**
Office of Attorney General - New
Hampshire
33 Capitol Street
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: james.kennedy@doj.nh.gov
*LEAD ATTORNEY*

**Defendant**

**State of New Jersey**
*TERMINATED: 06/04/2008*

represented by **Jason S. Postelnik**
Office of Attorney General - New Jersey
Division of Law & Public Safety
P.O. Box 112
25 Market Street
Trenton, NJ 08625
609-292-6123
Fax: 609-777-0848
Email: jason.postelnik@dol.lps.state.nj.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anne Milgram**
*New Jersey Attorney General and Chief*
*Election Official, individually and in her*
*official capacity*

represented by **Jason S. Postelnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*TERMINATED: 06/04/2008*

**Defendant**

**State of New Mexico**
*TERMINATED: 06/04/2008*

represented by **Francine A. Baca-Chavez**
Office of Attorney General - New
Mexico
P.O. Drawer 1508
Santa Fe, NM 87504-1508
505-827-6000
Fax: 505-827-6036
Email: fchavez@ago.state.nm.us
*TERMINATED: 01/17/2011*
*LEAD ATTORNEY*

**Francine A. Chavez**
Office of New Mexico Attorney General
- Santa Fe Office
408 Galisteo Street
Santa Fe, NM 87501
505-827-6000
Fax: 505-827-6036
Email: fchavez@ago.state.nm.us
*TERMINATED: 01/17/2011*
*LEAD ATTORNEY*

**Defendant**

**Mary Herrera**
*New Mexico Secretary of State and Chief*
*Election Official, individually and in her*
*official capacity*
*TERMINATED: 06/04/2008*

represented by **Francine A. Chavez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of North Carolina**
*TERMINATED: 06/04/2008*

represented by **Susan K. Nichols**
Office of Attorney General - North
Carolina
P.O. Box 629
Raleigh, NC 27602-0629
919-716-6890
Fax: 919-716-6755
Email: snichols@ncdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Larry Leake**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **Susan K. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lorraine Shinn**
*individually and in her official capacity*
*TERMINATED: 06/04/2008*

represented by **Susan K. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Winfree**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **Susan K. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Genevieve Sims**
*individually and in her official capacity*
*TERMINATED: 06/04/2008*

represented by **Susan K. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Cordle**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **Susan K. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**North Carolina State Board of Elections**
*TERMINATED: 06/04/2008*

represented by **Susan K. Nichols**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of North Dakota**
*TERMINATED: 06/04/2008*

represented by **Douglas A. Bahr**
Office of Attorney General - North Dakota
500 North 9th Street
Bismarck, ND 58501-4509
701-328-3640
Fax: 701-328-4300
Email: dbahr@nd.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alvin Jaeger**
*North Dakota Secretary of State and*
*Chief Election Official, individually and*
*in his or her official capacity*
*TERMINATED: 06/04/2008*

represented by **Douglas A. Bahr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer Brunner**
*Ohio Secretary of State and Chief*
*Election Official, individually and in her*
*official capacity*
*TERMINATED: 06/04/2008*

represented by **Richard N. Coglianese**
Office of Attorney General - Ohio
Constitutional Offices Section
30 East Broad Street
16th Floor
Columbus, OH 43215
614-466-2872
Fax: 614-728-7592
Email: RCoglianese@ag.state.oh.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Oklahoma**
*TERMINATED: 06/04/2008*

represented by **Tina L. Izadi**
Office of Attorney General - Oklahoma
313 NE 21st Street
Oklahoma City, OK 73105
405-521-3921
Fax: 405-521-4518
Email: Tina.Izadi@oag.ok.gov
*TERMINATED: 01/03/2011*
*LEAD ATTORNEY*

**Defendant**

**Thomas Prince**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **Tina L. Izadi**
(See above for address)
*TERMINATED: 01/03/2011*
*LEAD ATTORNEY*

**Defendant**

**Susan Turpen**
*individually and in her official capacity*
*TERMINATED: 06/04/2008*

represented by **Tina L. Izadi**
(See above for address)
*TERMINATED: 01/03/2011*
*LEAD ATTORNEY*

**Defendant**

**Ramon Watkins**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **Tina L. Izadi**
(See above for address)
*TERMINATED: 01/03/2011*
*LEAD ATTORNEY*

**Defendant**

**Oklahoma State Election Board**
*TERMINATED: 06/04/2008*

represented by **Tina L. Izadi**
(See above for address)
*TERMINATED: 01/03/2011*
*LEAD ATTORNEY*

**Defendant**

**Bill Bradbury**
*Oregon Secretary of State and Chief*
*Election Official, individually and in his*
*official capacity*
*TERMINATED: 06/04/2008*

represented by **Michael A. Casper**
Office of Attorney General - Oregon
Department of Justice
1162 Court Street, NE
Salem, OR 97301
503-947-4700
Fax: 503-947-4793
Email: michael.casper@doj.state.or.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Pennsylvania**
*TERMINATED: 06/04/2008*

represented by **Michael L. Harvey**
Office of Attorney General -
Pennsylvania
15th Floor, Strawberry Square
Harrisburg, PA 17120
717-783-6896
Fax: 717-772-4526
Email: mharvey@attorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pedro Cortes**
*Pennsylvania Secretary of the*
*Commonwealth and Chief Election*
*Official, individually and in his official*
*capacity*
*TERMINATED: 06/04/2008*

represented by **Michael L. Harvey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Rhode Island**
*TERMINATED: 06/04/2008*

represented by **Richard B. Woolley**
Office of Attorney General - Rhode
Island
150 South Main Street
Providence, RI 02903
401-274-4400
Fax: 401-222-2995
Email: rwoolley@riag.ri.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Palombo**
Office of Attorney General - Rhode
Island
150 South Main Street
Providence, RI 02903
401-274-4400
Fax: 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
Email: TPalombo@riag.ri.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**A. Ralph Mollis**
*Rhode Island Secretary of State and Chief*
*Election Official, individually and in his*
*or her official capacity*
*TERMINATED: 06/04/2008*

represented by **Richard B. Woolley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas A. Palombo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**John Hudgens, III**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **James E. Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**Cynthia Bensch**
*individually and in her official capacity*
*TERMINATED: 06/04/2008*

represented by **James E. Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**Tracey Green**
*individually and in his or her official
capacity*
*TERMINATED: 06/04/2008*

represented by **James E. Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pamella Pinson**
*individually and in her official capacity*
*TERMINATED: 06/04/2008*

represented by **James E. Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward Pritchard, Jr.**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **James E. Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**South Carolina State Election
Commission**
*TERMINATED: 06/04/2008*

represented by **James E. Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of South Dakota**
*TERMINATED: 06/04/2008*

represented by **Sherri Sundem Wald**
Office of Attorney General - South
Dakota
1302 East Highway 14
Suite 1
Pierre, SD 57501-8501
605-773-3215
Fax: 605-773-4106
Email: Sherri.Wald@state.sd.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chris Nelson**
*South Dakota Secretary of State and
Chief Election Official, individually and
in his or her official capacity*
*TERMINATED: 06/04/2008*

represented by **Sherri Sundem Wald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Tennessee**
*TERMINATED: 06/04/2008*

represented by **Janet M. Kleinfelter**
Office of Attorney General - Tennessee
P.O. Box 20207
Nashville, TN 37207
615-741-7403

Fax: 615-741-2009
Email: janet.kleinfelter@state.tn.us
*TERMINATED: 01/17/2011*
*LEAD ATTORNEY*

**Defendant**

**Riley Darnell**

*Tennessee Secretary of State and Chief*
*Election Official, individually and in his*
*or her official capacity*
*TERMINATED: 06/04/2008*

represented by **Janet M. Kleinfelter**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Phil Wilson**

*Texas Secretary of State and Chief*
*Election Official, individually and in his*
*or her official capacity*
*TERMINATED: 06/04/2008*

represented by **Thomas J. Turner**

(See above for address)
*TERMINATED: 08/21/2008*

**Defendant**

**State of Utah**

*TERMINATED: 06/04/2008*

represented by **Thom D. Roberts**

Office of Attorney General - Utah
P.O. Box 140857
160 E. 300 S., 5th Floor
Salt Lake City, UT 84114
801-366-0353
Fax: 801-366-0352
Email: thomroberts@utah.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gary Herbert**

*Utah Lt. Governor and Chief Election*
*Official, individually and in his official*
*capacity*
*TERMINATED: 06/04/2008*

represented by **Thom D. Roberts**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Vermont**

*TERMINATED: 06/04/2008*

represented by **Mark J. DiStefano**

Office of Attorney General - Vermont
109 State Street
Montpelier, VT 05609-1001
802-828-3171
Fax: 802-828-2154
Email: mdistefano@atg.state.vt.us

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Deborah Markowitz**
*Vermont Secretary of State and Chief*
*Election Official, individually and in her*
*official capacity*
*TERMINATED: 06/04/2008*

represented by **Mark J. DiStefano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**State of Virginia**
*TERMINATED: 06/04/2008*

represented by **James V. Ingold**
Office of Attorney General - Virginia
900 East Main Street
Richmond, VA 23219
804-786-2071
Fax: 804-371-2087
Email: jingold@oag.state.va.us
*TERMINATED: 01/17/2011*
*LEAD ATTORNEY*

### Defendant

**Jean Cunningham**
*indiviually and in his or her official*
*capacity*
*TERMINATED: 06/04/2008*

represented by **James V. Ingold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Harold Pyon**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **James V. Ingold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Nancy Rodriques**
*individually and in her official capacity*
*TERMINATED: 06/04/2008*

represented by **James V. Ingold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Virginia State Board of Elections**
*TERMINATED: 06/04/2008*

represented by **James V. Ingold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**State of Washington**
*TERMINATED: 06/04/2008*

represented by **Jeffrey T. Even**
Office of Attorney General - Washington
P.O. Box 40100
1125 Washington Street, S.E.
Olympia, WA 98504
360-586-0728
Fax: 360-664-2963
Email: jeffe@atg.wa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Sam Reed**
*Washington Secretary of State and Chief*
*Election Official, individually and in his*
*or her official capacity*
*TERMINATED: 06/04/2008*

represented by **Jeffrey T. Even**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**State of West Virginia**
*TERMINATED: 06/04/2008*

represented by **Christie S. Utt**
Office of Attorney General - West
Virginia
State Capitol Complex, Room E-26
1900 Kanawha Boulevard East
Charleston, WV 25305
304-558-2021
Fax: 304-558-0140
Email: csu@wvago.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Betty Ireland**
*West Virginia Secretary of State and Chief*
*Election Official, individually and in her*
*official capacity*
*TERMINATED: 06/04/2008*

represented by **Christie S. Utt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**State of Wisconsin**
*TERMINATED: 06/04/2008*

represented by **Thomas J. Balistreri**
Office of Attorney General - Wisconsin
Department of Justice
17 West Main Street
Madison, WI 53707-1523
608-266-1523
Fax: 608-267-2223

Email: balistreritj@doj.state.wi.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**John Schober**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **Thomas J. Balistreri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Shane Falk**
*individually and in his or her official*
*capacity*
*TERMINATED: 06/04/2008*

represented by **Thomas J. Balistreri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**David Anstaett**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **Thomas J. Balistreri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Kirby Brant**
*individually and in his or her official*
*capacity*
*TERMINATED: 06/04/2008*

represented by **Thomas J. Balistreri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Donald Goldberg**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **Thomas J. Balistreri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Carl Holborn**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **Thomas J. Balistreri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Patrick Hodan**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **Thomas J. Balistreri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Kasieta**
*individually and in his official capacity*
*TERMINATED: 06/04/2008*

represented by **Thomas J. Balistreri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jon Savage**
*individually and in his or her official*
*capacity*
*TERMINATED: 06/04/2008*

represented by **Thomas J. Balistreri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wisconsin State Elections Board**
*TERMINATED: 06/04/2008*

represented by **Thomas J. Balistreri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Wyoming**
*TERMINATED: 06/04/2008*

represented by **Michael M. Robinson**
Office of Attorney General - Wyoming
123 Capitol Building
Cheyenne, WY 82002
307-777-7844
Fax: 307-777-7837
Email: mrobin@state.wy.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Max Maxfield**
*Wyoming Secretary of State and Chief*
*Election Official, individually and in his*
*or her official capacity*
*TERMINATED: 06/04/2008*

represented by **Michael M. Robinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commonwealth of Massachusetts**
*TERMINATED: 06/04/2008*

represented by **Peter W. Sacks**
Office of Attorney General -
Massachusetts
One Ashburton Place
18th Floor
Boston, MA 02108-1598
617-727-2200 x2064
Fax: 617-727-5785

Email: peter.sacks@state.ma.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Francis Galvin**
*TERMINATED: 06/04/2008*

represented by **Peter W. Sacks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Whitney Brewster**
*TERMINATED: 06/04/2008*

represented by **Michael A. Barnhill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gregory P. Peterson**
*as Commissioner of the New York State
Board of Elections*

represented by **Paul M. Collins**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Defendant**

**James A. Walsh**
*as Commissioner of the New York State
Board of Elections*

represented by **Paul M. Collins**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Defendant**

**Helena Moses Donahue**
*individually*

represented by **Paul M. Collins**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2007 | 1 | COMPLAINT against State of New York, State of New Hampshire, State of South Carolina, State of Florida, State of Ohio, State of Illinois, State of Iowa, State of Texas, State of California, State of Oregon ( Filing fee $ 350 receipt number ALB003779) filed by Gregory Gorey, Susan Marie Weber, Mary D. Farrell, Robert L. Schulz, Doug Bersaw, Amanda Moore, Arthur Groveman, James Condit, Jr, Fred Smart, Pam Wagner, Troy D. Reha. (Attachments: # 1 Civil Cover Sheet)(wbl, ) (Entered: 09/14/2007) |
| 09/12/2007 | | Summons Issued as to State of New York, State of New Hampshire, State of South Carolina, State of Florida, State of Ohio, State of Illinois, State of Iowa, State of Texas, State of California, State of Oregon. (wbl, ) (Entered: 09/14/2007) |

| 09/12/2007 | 2 | G.O. 25 FILING ORDER ISSUED:Initial Conference set for 1/22/2008 10:00 AM in Albany before Magistrate Judge Randolph F. Treece.,Civil Case Management Plan due by 1/14/2008. (wbl, ) (Entered: 09/14/2007) |
| 09/17/2007 | | PRO SE HANDBOOK and NOTICE issued and mailed to Gregory Gorey, Susan Marie Weber, Mary D. Farrell, Robert L. Schulz, Doug Bersaw, Amanda Moore, Arthur Groveman, James Condit, Jr, Fred Smart, Pam Wagner, Troy D. Reha after the complaint was filed (wbl, ) (Entered: 09/17/2007) |
| 10/09/2007 | 5 | MOTION for Limited Admission Pro Hac Vice of Thomas H. Klein, Esq. by State of Illinois. Motions referred to David R. Homer. (wbl, ) (Entered: 10/12/2007) |
| 10/09/2007 | | Filing fee for Pro Hac Vice Admission of Thomas H. Klein, Esq.: $ 30.00, receipt number ALB003828 (wbl, ) (Entered: 10/12/2007) |
| 10/10/2007 | 3 | Letter Motion from Douglas J. Goglia, AAG for State of New York requesting stay of obligation to answer or move with respect to complaint, on behalf of all defendants submitted to Judge Homer. (Attachments: # 1 Declaration of Service) (Goglia, Douglas) (Entered: 10/10/2007) |
| 10/10/2007 | 4 | ORDER on Letter Request: Defts' answer due date extended to 11/2/2007. Signed by Judge David R. Homer on 10/10/07 [served]. (wjg, ) (Entered: 10/10/2007) |
| 10/11/2007 | | Filing fee for Pro Hac Vice Admission of James W. Kennedy, Esq.: $ 30.00, receipt number ALB003839 (wbl, ) (Entered: 10/15/2007) |
| 10/12/2007 | | CLERK'S CORRECTION OF DOCKET ENTRY re 5 Motion for Limited Admission Pro Hac Vice filed by State of Illinois. Docket entry initially reflected the filing date of 10/12/07. The entry was corrected to reflect 10/9/07 as the filing date. (wbl, ) (Entered: 10/12/2007) |
| 10/15/2007 | 6 | MOTION for Limited Admission Pro Hac Vice of James W. Kennedy, III, Esq. by State of New Hampshire. Motions referred to David R. Homer. (wbl, ) (Entered: 10/15/2007) |
| 10/15/2007 | | Filing fee for Pro Hac Vice Admission of Thomas J. Turner, Esq.: $ 30.00, receipt number ALB003849 (wbl, ) (Entered: 10/18/2007) |
| 10/16/2007 | 7 | MOTION for Limited Admission Pro Hac Vice of James E. Smith, Jr., Esq. by State of South Carolina. (Attachments: # 1 Sponsor's Declaration# 2 Verified Petition# 3 Certificate of Good Standing# 4 E-Filing Registration form# 5 Proposed Order) Motions referred to David R. Homer. (wbl, ) Declaration of Service added on 10/19/2007 (wbl, ). (Entered: 10/16/2007) |
| 10/16/2007 | 8 | MOTION for Limited Admission Pro Hac Vice of Michael A. Casper, Esq. by State of Oregon. (Attachments: # 1 Sponsor's Declaration# 2 Verified Petition# 3 Certificate of Good Standing# 4 E-Filing Registration Form# 5 Proposed Order# 6 Declaration of Service) Motions referred to David R. Homer. (Entered: 10/17/2007) |

| 10/17/2007 | | Filing fee for Pro Hac Vice Admission of James E. Smith, Jr., Esq. (a/k/a J. Emory Smith, Jr.): $ 30.00, receipt number ALB003852 (wbl, ) (Entered: 10/17/2007) |
| --- | --- | --- |
| 10/17/2007 | 9 | ORDER granting 6 Motion for Limited Admission Pro Hac Vice of James W. Kennedy III. Signed by Judge David R. Homer on 10/17/07. (wjg, ) (Entered: 10/17/2007) |
| 10/17/2007 | 10 | ORDER granting 5 Motion for Limited Admission Pro Hac Vice of Thomas H. Klein. Signed by Judge David R. Homer on 10/17/07. (wjg, ) (Entered: 10/17/2007) |
| 10/17/2007 | 11 | ORDER granting 7 Motion for Limited Admission Pro Hac Vice of James Smith, Jr. Signed by Judge David R. Homer on 10/17/07. (wjg, ) (Entered: 10/17/2007) |
| 10/17/2007 | 12 | MOTION for Limited Admission Pro Hac Vice of Thomas J. Turner, Esq. by State of Texas. (Attachments: # 1 Declaration of Sponsor# 2 Verified Petition# 3 Certificate of Good Standing# 4 E-Filing Registration form# 5 Proposed Order) Motions referred to David R. Homer. Attorney Thomas J. Turner and Doug Goglia are to electronically file proofs of service regarding the documents in this docket entry.(wbl, ) Updated Certificate of Good Standing (dtd. 10/17/07) added on 10/19/2007 (wbl, ). (Entered: 10/18/2007) |
| 10/18/2007 | 13 | ORDER granting 12 Motion for Limited Admission Pro Hac Vice of Thomas Turner. Signed by Judge David R. Homer on 10/18/07 [served]. (wjg, ) (Entered: 10/19/2007) |
| 10/19/2007 | | Filing fee for Pro Hac Vice Admission of Michael A. Casper, Esq.: $ 30.00, receipt number ALB003864 (wbl, ) (Entered: 10/19/2007) |
| 10/22/2007 | 14 | ORDER granting 8 Motion for Limited Admission Pro Hac Vice of Michael A. Casper. Signed by Judge David R. Homer on 10/22/07. (wjg, ) (Entered: 10/22/2007) |
| 10/23/2007 | 15 | MOTION to Dismiss by The State of Texas. (Attachments: # 1 Affirmation of Service# 2 Proposed Order/Judgment) (ban) Modified on 10/30/2007 (ban). (Entered: 10/25/2007) |
| 10/25/2007 | 16 | NOTICE of Hearing on Motion 15 MOTION to Dismiss : Response to Motion due by 11/20/2007 Reply to Response to Motion due by 11/26/2007. Motion Hearing set for 12/7/2007 09:30 AM in Albany before Senior Judge Lawrence E. Kahn (ON SUBMIT). (ban) (Entered: 10/25/2007) |
| 10/26/2007 | | TEXT NOTICE. A Telephone Status Conference will be held on October 29, 2007 at 11:00 a.m. with Hon. David R. Homer, USMJ, pursuant to a telephone request by plaintiff Robert Shulz and counsel for the State of New York. The conference call will be initiated by Assistant Attorney General Bruce Boivin. (lah, ) (Entered: 10/26/2007) |
| 10/29/2007 | 17 | ORDER. ORDERED that the deadline for defendants to answer or otherwise move with respect to the compliant is extended to 11/9/07. Answer due date updated for State of New York answer due 11/9/2007; State of New Hampshire answer due |

|  |  |  |
|---|---|---|
|  |  | 11/9/2007; State of South Carolina answer due 11/9/2007; State of Florida answer due 11/9/2007; State of Ohio answer due 11/9/2007; State of Illinois answer due 11/9/2007; State of Iowa answer due 11/9/2007; State of Texas answer due 11/9/2007; State of California answer due 11/9/2007; State of Oregon answer due 11/9/2007, ORDERED that lead respresentative for Plaintiffs is Robert L. Schulz, Lead Defendant's counsel is Counsel for the State of NY.Signed by Judge David R. Homer on 10/29/07. (ban) (Entered: 10/29/2007) |
| 10/30/2007 |  | CLERK'S CORRECTION OF DOCKET ENTRY re 15 Motion to Dismiss. The Clerk's Office corrected document #15 to correctly reflect that it was filed by the State of Texas (Thomas J. Turner, AAG). (ban) (Entered: 10/30/2007) |
| 10/30/2007 | 18 | ORDER re: filing and service of parties' Court papers. Signed by Judge David R. Homer on 10/30/07 [served]. (wjg, ) (Entered: 10/30/2007) |
| 10/30/2007 | 19 | NOTICE of Appearance by Bruce J. Boivin on behalf of State of New York (Attachments: # 1 Declaration of Service by e-filing to defendants' counsel who have made an appearance# 2 Declaration of service upon pro se plaintiffs)(Boivin, Bruce) (Entered: 10/30/2007) |
| 10/31/2007 |  | Minute Entry for proceedings held before Judge David R. Homer. A Telephone Conference was held on 10/29/2007 with pro se plaintiff Robert Schulz and AAG Bruce Boivin on behalf of defendants. From the conference, the court established defendants' answer deadline, pro hac vice attys are granted leave to file papers, etc., in the case, and plaintiffs' lead counsel and defendants' lead counsel were appointed. A written order was entered. (lah, ) (Entered: 10/31/2007) |
| 10/31/2007 |  | Minute Entry for proceedings held before Judge David R. Homer. A Telephone Conference was held on 10/30/2007 with Robert Shulz on behalf of plaintiffs and AAG Bruce Boivin on behalf of defendants. It was agreed, among other things, that plaintiffs will execute an "agreement to simplify service," and provisions were made for the filings of documents and pleadings by all the parties and the court. A written order was issued. (lah, ) (Entered: 10/31/2007) |
| 11/01/2007 | 20 | SUMMONS Returned Executed by Plaintiffs as to state defendants(wjg, ) (Entered: 11/06/2007) |
| 11/01/2007 | 21 | AMENDED COMPLAINT against State of New York, et al filed by Robert L. Schulz, et al. (Attachments: # 1 Part 2 of Amended Complaint# 2 Part 3 of Amended Complaint)(sfp, ) (Entered: 11/07/2007) |
| 11/01/2007 |  | Amended Summons Issued as to Heather Wilson, Neil Kelleher, Douglas Kellner, Evelyn Aquila, New York State Board Of Elections, State of Alabama, Beth Chapman, State of Alaska, Sean Parnell, State of Arizona, Jan Brewer, State of Arkansas, Charlie Daniels, State of Colorado, Mike Coffman, State of Connecticut, Susan Bysiewicz, State of Delaware, Elaine Manlove, State of Georgia, Karen Handel, State of Hawaii, Rex M. Quidilla, State of Idaho, Ben Ysursa, Albert Porter, Bryan Schneider, Jesse Smart, Wanda Rednour, Robert Walters, Patrick Brady, William McGuffage, John Keith, Illinois State Board of Elections, State of Indiana, Todd Rokita, State of Kansas, Ron Thornburgh, State of Kentucky, Trey |

Grayson, State of Louisiana, Jay Dardenne, State of Maine, Matthew Dunlap, State of Maryland, Robert Walker, Bobbie Mack, Andrew Jezic, David McManus, Helena Moses Donahue, Charles Thomann, Maryland State Board of Elections, State of Massachusetts, William Francis Galvin, State of Michigan, Terri Lynn Land, State of Minnesota, Mark Ritchie, State of Mississippi, Eric Clark, State of Missouri, Robin Carnahan, State of Montana, Brad Johnson, State of Nebraska, John Gale, State of Nevada, Ross Miller, State of New Jersey, Anne Milgram, State of New Mexico, Mary Herrera, State of North Carolina, Larry Leake, Lorraine Shinn, Charles Winfree, Genevieve Sims, Robert Cordle, North Carolina State Board of Elections, State of North Dakota, Alvin Jaeger, State of Oklahoma, Thomas Prince, Susan Turpen, Ramon Watkins, Oklahoma State Election Board, State of Pennsylvania, Pedro Cortes, State of Rhode Island, A. Ralph Mollis, John Hudgens, III, Cynthia Bensch, Tracey Green, Pamella Pinson, Edward Pritchard, Jr., South Carolina State Election Commission, State of South Dakota, Chris Nelson, State of Tennessee, Riley Darnell, State of Utah, Gary Herbert, State of Vermont, Deborah Markowitz, State of Virginia, Jean Cunningham, Harold Pyon, Nancy Rodriques, Virginia State Board of Elections, State of Washington, Sam Reed, State of West Virginia, Betty Ireland, State of Wisconsin, John Schober, Shane Falk, David Anstaett, Kirby Brant, Donald Goldberg, Carl Holborn, Patrick Hodan, Robert Kasieta, Jon Savage, Wisconsin State Elections Board, State of Wyoming, Max Maxfield. (wbl, ) (Entered: 11/09/2007)

| 11/08/2007 | 22 | MOTION to Dismiss for Lack of Personal Jurisdiction Motion Hearing set for 12/21/2007 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 12/4/2007,Reply to Response to Motion due by 12/10/2007. by State of Oregon, Bill Bradbury. (Attachments: # 1 Memorandum of Law) (Casper, Michael) (Entered: 11/08/2007) |
|---|---|---|
| 11/09/2007 | | PRO SE HANDBOOK and NOTICE issued and e-mailed after amended complaint was filed. Was e-mailed to all new plaintiffs, except: Doug Bersaw, James Condit, Jr., Mary D. Farrell, Gregory Gorey, Arthur Grovemen, Amanda Moore, Troy D. Reha, Robert L. Schulz, Fred Smart, Pam Wagner, and Susan Marie Weber. (wbl, ) Modified on 11/28/2007 (wbl, ). (Entered: 11/09/2007) |
| 11/09/2007 | 23 | MOTION to Dismiss *of State of South Carolina* Motion Hearing set for 12/21/2007 09:00 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 12/4/2007,Reply to Response to Motion due by 12/10/2007. by State of South Carolina. (Attachments: # 1 Memorandum of Law Memorandum in Support of Motion to Dismiss) (Smith, James) (Entered: 11/09/2007) |
| 11/13/2007 | | Filing fee for Pro Hac Vice Admission of Douglas A. Bahr, Esq.: $ 30.00, receipt number ALB003922 (wbl, ) (Entered: 11/15/2007) |
| 11/14/2007 | 24 | MOTION to Dismiss *Amended Complaint* Motion Hearing set for 12/21/2007 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 12/4/2007,Reply to Response to Motion due by 12/10/2007. by William Gardner. (Attachments: # 1 Memorandum of Law # 2 Appendix Westlaw Cite# 3 Appendix LexisNexis Cite) (Kennedy, James) (Entered: 11/14/2007) |

| 11/15/2007 | 25 | MOTION for Limited Admission Pro Hac Vice of Douglas A. Bahr, Esq. by State of North Dakota, Alvin Jaeger. Motions referred to David R. Homer. (wbl, ) (Entered: 11/15/2007) |
| 11/15/2007 | 26 | ORDER granting 25 Motion for Limited Admission Pro Hac Vice of Douglas A. Bahr, Esq.. Signed by Judge David R. Homer on 11/15/07. (wbl, ) (Entered: 11/15/2007) |
| 11/16/2007 | 27 | MOTION for Limited Admission Pro Hac Vice of Mark J. Di Stefano *with required documentation attached* Filing fee $30, receipt number 897031 by State of New York. Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/16/2007) |
| 11/16/2007 | 28 | CERTIFICATE OF SERVICE by State of New York re 27 MOTION for Limited Admission Pro Hac Vice of Mark J. Di Stefano *with required documentation attached* Filing fee $30, receipt number 897031 (Boivin, Bruce) (Entered: 11/16/2007) |
| 11/16/2007 | 29 | CORRECTION - PRO SE HANDBOOK and NOTICE issued and e-mailed to the new Pro Se Plaintiffs added to the case from the filing of the Amended Complaint. (Attachments: # 1 Pro Se Notice# 2 Instructions for Filing a Complaint# 3 Listing of Legal Aid Offices# 4 Local Rules 2007) (wbl, ) (Entered: 11/16/2007) |
| 11/19/2007 | 30 | MOTION for Limited Admission Pro Hac Vice of Michael M Robinson *(Wyoming) with required documents attached* Filing fee $30, receipt number 898757 by State of New York. Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/19/2007) |
| 11/19/2007 | 31 | CERTIFICATE OF SERVICE by State of New York re 30 MOTION for Limited Admission Pro Hac Vice of Michael M Robinson *(Wyoming) with required documents attached* Filing fee $30, receipt number 898757 (Boivin, Bruce) (Entered: 11/19/2007) |
| 11/19/2007 | 32 | MOTION for Limited Admission Pro Hac Vice of Bruce L. Skolnik *(Arizona) with required documents attached* Filing fee $30, receipt number 898803 by State of New York. Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/19/2007) |
| 11/19/2007 | 33 | CERTIFICATE OF SERVICE by State of New York re 32 MOTION for Limited Admission Pro Hac Vice of Bruce L. Skolnik *(Arizona) with required documents attached* Filing fee $30, receipt number 898803 (Boivin, Bruce) (Entered: 11/19/2007) |
| 11/19/2007 | 49 | AFFIDAVIT of Service for Motion for Pro Hac Vice of Attorney Douglas A. Bahr served on Robert Schulz on 11/14/07. (tab) (Entered: 11/26/2007) |
| 11/20/2007 | 34 | MOTION for Limited Admission Pro Hac Vice of Bruce L. Skolnik, Esq. *(Arizona) with required documentation attached* Filing fee $30, receipt number 899738 by State of New York. Motions referred to David R. Homer. (Boivin, Bruce) Modified on 11/23/2007 corrected from William G. Parker to Bruce L. |

| | | |
|---|---|---|
| | | Skolnik (wbl, ). William G. Parker's submission was moved to docket entry #37. (Entered: 11/20/2007) |
| 11/20/2007 | 35 | CERTIFICATE OF SERVICE by State of New York re 34 MOTION for Limited Admission Pro Hac Vice of William G. Parker *(Alabama) with required documentation attached* Filing fee $30, receipt number 899738 (Boivin, Bruce) (Entered: 11/20/2007) |
| 11/20/2007 | 36 | MOTION to Dismiss *Plaintiff's First Amended Complaint* by State of Texas, Phil Wilson. (Attachments: # 1 Proposed Order/Judgment) (Turner, Thomas) (Entered: 11/20/2007) |
| 11/20/2007 | 37 | NOTICE by State of New York re 34 MOTION for Limited Admission Pro Hac Vice of William G. Parker *(Alabama) with required documentation attached* Filing fee $30, receipt number 899738 *that the documents attached were related to a prior submission and the ciorrect documents are attached to this notice* (Attachments: # 1 Declaration of service)(Boivin, Bruce) (Entered: 11/20/2007) |
| 11/20/2007 | 38 | Letter Motion from AAG Bruce J. Boivin for State of New York requesting an extension of time, on behalf of all defedants, until December 10, 2007 to respond to the amended complaint submitted to Judge Homer. (Boivin, Bruce) (Entered: 11/20/2007) |
| 11/21/2007 | 39 | MOTION to Dismiss for Lack of Personal Jurisdiction by State of North Dakota, Alvin Jaeger. (Attachments: # 1 Memorandum of Law) (Bahr, Douglas) (Entered: 11/21/2007) |
| 11/21/2007 | 40 | MOTION for Limited Admission Pro Hac Vice of Dale A. Comer *(Nebraska)* Filing fee $30, receipt number 900303 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/21/2007) |
| 11/21/2007 | 41 | MOTION for Limited Admission Pro Hac Vice of Margaret Carew Toledo *(California) with required documnets attached* Filing fee $30, receipt number 900331 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/21/2007) |
| 11/21/2007 | 42 | MOTION for Limited Admission Pro Hac Vice of Richard N. Coglianese *(Ohio) with required documents attached* Filing fee $30, receipt number 900345 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/21/2007) |
| 11/21/2007 | 43 | MOTION for Limited Admission Pro Hac Vice of Kenneth Edward Raschke, Jr. *(Minnesota) with required documentation* Filing fee $30, receipt number 900359 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/21/2007) |
| 11/21/2007 | 44 | MOTION for Limited Admission Pro Hac Vice of Robert W. Clark *(Connecticuit) with required documnets attached* Filing fee $30, receipt number 900378 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David |

R. Homer. (Boivin, Bruce) (Entered: 11/21/2007)

| 11/21/2007 | 45 | MOTION for Limited Admission Pro Hac Vice of James V. Ingold *(Virginia)* with *required documents attached* Filing fee $30, receipt number 900388 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/21/2007) |
|---|---|---|
| 11/21/2007 | 46 | MOTION for Limited Admission Pro Hac Vice of Ann M. Sherman *(Michigan)* with *required documnets attached* Filing fee $30, receipt number 900394 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/21/2007) |
| 11/21/2007 | 47 | ORDER granting 34 Motion for Limited Admission Pro Hac Vice as to William G. Parker, Jr. for State of Alabama. Signed by Judge David R. Homer on 11/21/07. (ban) (Entered: 11/21/2007) |
| 11/21/2007 | 48 | ORDER granting 38 Letter Request, State of New York answer due 12/10/2007; Neil Kelleher answer due 12/10/2007; Douglas Kellner answer due 12/10/2007; Evelyn Aquila answer due 12/10/2007; New York State Board Of Elections answer due 12/10/2007; State of Alabama answer due 12/10/2007; Beth Chapman answer due 12/10/2007; State of Alaska answer due 12/10/2007; Sean Parnell answer due 12/10/2007; State of Arizona answer due 12/10/2007; Jan Brewer answer due 12/10/2007; State of Arkansas answer due 12/10/2007; Charlie Daniels answer due 12/10/2007; Debra Bowen answer due 12/10/2007; State of Colorado answer due 12/10/2007; Mike Coffman answer due 12/10/2007; State of Connecticut answer due 12/10/2007; Susan Bysiewicz answer due 12/10/2007; State of Delaware answer due 12/10/2007; Elaine Manlove answer due 12/10/2007; Kurt Browning answer due 12/10/2007; State of Georgia answer due 12/10/2007; Karen Handel answer due 12/10/2007; State of Hawaii answer due 12/10/2007; Rex M. Quidilla answer due 12/10/2007; State of Idaho answer due 12/10/2007; Ben Ysursa answer due 12/10/2007; Albert Porter answer due 12/10/2007; Bryan Schneider answer due 12/10/2007; Jesse Smart answer due 12/10/2007; Wanda Rednour answer due 12/10/2007; Robert Walters answer due 12/10/2007; Patrick Brady answer due 12/10/2007; William McGuffage answer due 12/10/2007; John Keith answer due 12/10/2007; Illinois State Board of Elections answer due 12/10/2007; State of Indiana answer due 12/10/2007; Todd Rokita answer due 12/10/2007; Michael Mauro answer due 12/10/2007; State of Kansas answer due 12/10/2007; Ron Thornburgh answer due 12/10/2007; State of Kentucky answer due 12/10/2007; Trey Grayson answer due 12/10/2007; State of Louisiana answer due 12/10/2007; Jay Dardenne answer due 12/10/2007; State of Maine answer due 12/10/2007; Matthew Dunlap answer due 12/10/2007; State of Maryland answer due 12/10/2007; Robert Walker answer due 12/10/2007; Bobbie Mack answer due 12/10/2007; Andrew Jezic answer due 12/10/2007; David McManus answer due 12/10/2007; Helena Moses Donahue answer due 12/10/2007; Charles Thomann answer due 12/10/2007; Maryland State Board of Elections answer due 12/10/2007; State of Massachusetts answer due 12/10/2007; William Francis Galvin answer due 12/10/2007; State of Michigan answer due 12/10/2007; Terri Lynn Land answer due 12/10/2007; State of Minnesota answer due 12/10/2007; |

Mark Ritchie answer due 12/10/2007; State of Mississippi answer due 12/10/2007; Eric Clark answer due 12/10/2007; State of Missouri answer due 12/10/2007; Robin Carnahan answer due 12/10/2007; State of Montana answer due 12/10/2007; Brad Johnson answer due 12/10/2007; State of Nebraska answer due 12/10/2007; John Gale answer due 12/10/2007; State of Nevada answer due 12/10/2007; Ross Miller answer due 12/10/2007; William Gardner answer due 12/10/2007; State of New Jersey answer due 12/10/2007; Anne Milgram answer due 12/10/2007; State of New Mexico answer due 12/10/2007; Mary Herrera answer due 12/10/2007; State of North Carolina answer due 12/10/2007; Larry Leake answer due 12/10/2007; Lorraine Shinn answer due 12/10/2007; Charles Winfree answer due 12/10/2007; Genevieve Sims answer due 12/10/2007; Robert Cordle answer due 12/10/2007; North Carolina State Board of Elections answer due 12/10/2007; State of North Dakota answer due 12/10/2007; Alvin Jaeger answer due 12/10/2007; Jennifer Brunner answer due 12/10/2007; State of Oklahoma answer due 12/10/2007; Thomas Prince answer due 12/10/2007; Susan Turpen answer due 12/10/2007; Ramon Watkins answer due 12/10/2007; Oklahoma State Election Board answer due 12/10/2007; Bill Bradbury answer due 12/10/2007; State of Pennsylvania answer due 12/10/2007; Pedro Cortes answer due 12/10/2007; State of Rhode Island answer due 12/10/2007; A. Ralph Mollis answer due 12/10/2007; John Hudgens, III answer due 12/10/2007; Cynthia Bensch answer due 12/10/2007; Tracey Green answer due 12/10/2007; Pamella Pinson answer due 12/10/2007; Edward Pritchard, Jr answer due 12/10/2007; South Carolina State Election Commission answer due 12/10/2007; State of South Dakota answer due 12/10/2007; Chris Nelson answer due 12/10/2007; State of Tennessee answer due 12/10/2007; Riley Darnell answer due 12/10/2007; Phil Wilson answer due 12/10/2007; State of Utah answer due 12/10/2007; Gary Herbert answer due 12/10/2007; State of Vermont answer due 12/10/2007; Deborah Markowitz answer due 12/10/2007; State of Virginia answer due 12/10/2007; Jean Cunningham answer due 12/10/2007; Harold Pyon answer due 12/10/2007; Nancy Rodriques answer due 12/10/2007; Virginia State Board of Elections answer due 12/10/2007; State of Washington answer due 12/10/2007; Sam Reed answer due 12/10/2007; State of West Virginia answer due 12/10/2007; Betty Ireland answer due 12/10/2007; State of Wisconsin answer due 12/10/2007; John Schober answer due 12/10/2007; Shane Falk answer due 12/10/2007; David Anstaett answer due 12/10/2007; Kirby Brant answer due 12/10/2007; Donald Goldberg answer due 12/10/2007; Carl Holborn answer due 12/10/2007; Patrick Hodan answer due 12/10/2007; Robert Kasieta answer due 12/10/2007; Jon Savage answer due 12/10/2007; Wisconsin State Elections Board answer due 12/10/2007; State of Wyoming answer due 12/10/2007; Max Maxfield answer due 12/10/2007 38 Letter Motion from AAG Bruce J. Boivin for State of New York requesting an extension of time, on behalf of all defedants, until December 10, 2007 to respond to the amended complaint submitted to Judge Homer : Signed by Judge David R. Homer on 11/21/07. (ban) (Entered: 11/21/2007)

| 11/23/2007 | 50 | MOTION for Limited Admission Pro Hac Vice of Francine A. Baca-Chavez by State of New Mexico, Mary Herrera. Motions referred to David R. Homer. (ban) |

| | | (Entered: 11/26/2007) |
|---|---|---|
| 11/23/2007 | 51 | ANSWER to Amended Complaint by Mary Herrera.(ban) (Entered: 11/26/2007) |
| 11/26/2007 | | Filing fee for Pro Hac Vice Admission of Sherri Sundem Wald, Esq.: $ 30.00, receipt number ALB003945 (wbl, ) (Entered: 11/26/2007) |
| 11/26/2007 | 52 | MOTION for Limited Admission Pro Hac Vice of Sherri Sundem Wald, Esq. by State of South Dakota, Chris Nelson. Motions referred to David R. Homer. (wbl, ) (Entered: 11/26/2007) |
| 11/26/2007 | 70 | MOTION to Dismiss for Lack of Personal Jurisdiction by State of Michigan, Terri Lynn Land. (Attachments: # 1 Memorandum of Law # 2 Proof of Service) (ban) (Entered: 11/29/2007) |
| 11/26/2007 | 71 | NOTICE of Hearing on Motion 70 MOTION to Dismiss for Lack of Personal Jurisdiction by Michigan's Defendants: Response to Motion due by 1/2/2008, Reply to Response to Motion due by 1/7/2008. Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn. The Motion will be considered on the submission of the papers. NO Oral Argument.(ban) (Entered: 11/29/2007) |
| 11/26/2007 | 72 | NOTICE of Appearance by Ann M. Sherman on behalf of State of Michigan, Terri Lynn Land. (ban) (Entered: 11/29/2007) |
| 11/27/2007 | | Set Deadlines as to 39 MOTION to Dismiss for Lack of Personal Jurisdiction & 36 MOTION to Dismiss Plaintiff's First Amended Complaint. Response to Motion due by 1/2/2008. Reply to Response to Motion due by 1/7/2008. Motion Hearing set for 1/18/2008 at 09:30 AM in Albany before Senior Judge Lawrence E. Kahn. Motions will be considered on the submission of the motion papers, only. No oral arguments will be entertained. (sas) (Entered: 11/27/2007) |
| 11/27/2007 | 53 | ORDER re 34 MOTION for Limited Admission Pro Hac Vice of Bruce L. Skolnik *(Arizona) with required documentation attached* Filing fee $30, receipt number. Pro Hac Vice Motion as to Bruce L. Skolnik is Granted. Signed by Judge David R. Homer on 11/27/07. (ban) (Entered: 11/27/2007) |
| 11/27/2007 | 54 | ORDER granting 40 Motion for Limited Admission Pro Hac Vice as to Dale A. Comer. Signed by Judge David R. Homer on 11/27/07. (ban) (Entered: 11/27/2007) |
| 11/27/2007 | 55 | ORDER granting 27 Motion for Limited Admission Pro Hac Vice as to Mark J. Di Stefano. Signed by Judge David R. Homer on 11/27/07. (ban) (Entered: 11/27/2007) |
| 11/27/2007 | 56 | ORDER granting 41 Motion for Limited Admission Pro Hac Vice as to Margaret Carew Toledo. Signed by Judge David R. Homer on 11/27/07. (ban) (Entered: 11/27/2007) |
| 11/27/2007 | 57 | ORDER granting 42 Motion for Limited Admission Pro Hac Vice as to Richard N. Coglianese. Signed by Judge David R. Homer on 11/27/07. (ban) (Entered: 11/27/2007) |

| 11/27/2007 | 58 | ORDER granting 43 Motion for Limited Admission Pro Hac Vice as to Kenneth Edward Raschke, Jr. Signed by Judge David R. Homer on 11/27/07. (ban) (Entered: 11/27/2007) |
| 11/27/2007 | 59 | ORDER granting 44 Motion for Limited Admission Pro Hac Vice as to Robert W. Clark. Signed by Judge David R. Homer on 11/27/07. (ban) (Entered: 11/27/2007) |
| 11/27/2007 | 60 | ORDER granting 45 Motion for Limited Admission Pro Hac Vice as to James V. Ingold. Signed by Judge David R. Homer on 11/27/07. (ban) (Entered: 11/27/2007) |
| 11/27/2007 | 61 | ORDER granting 46 Motion for Limited Admission Pro Hac Vice as to Ann M. Sherman. Signed by Judge David R. Homer on 11/27/07. (ban) (Entered: 11/27/2007) |
| 11/27/2007 | 62 | ORDER granting 50 Motion for Limited Admission Pro Hac Vice as to Francine A. Baca-Chavez. Signed by Judge David R. Homer on 11/27/07. (ban) (Entered: 11/27/2007) |
| 11/27/2007 | 63 | ORDER granting 52 Motion for Limited Admission Pro Hac Vice as to Sherri Sundem Wald. Signed by Judge David R. Homer on 11/27/07. (ban) (Entered: 11/27/2007) |
| 11/27/2007 | 64 | ORDER granting 30 Motion for Limited Admission Pro Hac Vice as to Michael M. Robinson. Signed by Judge David R. Homer on 11/27/07. (ban) (Entered: 11/27/2007) |
| 11/28/2007 | 65 | PRO SE HANDBOOK and NOTICE issued and mailed to Charles Price, Joseph Goodman, Gary W. Giuffre. (Attachments: # 1 Pro Se Notice# 2 Instructions for Filing a Civil Complaint# 3 Listing of Legal Aid Offices# 4 Local Rules) (wbl, ) (Entered: 11/28/2007) |
| 11/28/2007 | 66 | MOTION for Limited Admission Pro Hac Vice of Phyllis Gardiner *(Maine) with required documents attached* Filing fee $30, receipt number 903786 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/28/2007) |
| 11/28/2007 | 67 | MOTION for Limited Admission Pro Hac Vice of Susan Kelly Nichols *(North Carolina)* Filing fee $30, receipt number 903806 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/28/2007) |
| 11/28/2007 | 68 | MOTION for Limited Admission Pro Hac Vice of Thomas J. Bolistreri *(Wisconsin) with required documents attached* Filing fee $30, receipt number 903820 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/28/2007) |
| 11/28/2007 | 69 | MOTION for Limited Admission Pro Hac Vice of Michael Stephen Gilmore *(Idaho) with required documents attached* Filing fee $30, receipt number 903846 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/28/2007) |

| | | |
|---|---|---|
| 11/29/2007 | 73 | MOTION for Limited Admission Pro Hac Vice of William Paul Bryant III *(Louisiana) with required documents attached* Filing fee $30, receipt number 904836 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/29/2007) |
| 11/29/2007 | 74 | MOTION for Limited Admission Pro Hac Vice of Paul J. Martin *(Florida) with required documents attached* Filing fee $30, receipt number 904837 by State of New York. (Attachments: # 1 Declaration of sevice) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/29/2007) |
| 11/29/2007 | 75 | MOTION for Limited Admission Pro Hac Vice of William Scott Hesse *(Kansas) with required documents attached* Filing fee $30, receipt number 904840 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/29/2007) |
| 11/30/2007 | 76 | MOTION for Limited Admission Pro Hac Vice of Christie S. Utt *(West Virginia) with required documents attached* Filing fee $30, receipt number 905578 by State of New York. (Attachments: # 1 Declaration of Service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/30/2007) |
| 11/30/2007 | 77 | MOTION for Limited Admission Pro Hac Vice of Dennis R. Hansen *(Arkansas) with required documents attached* Filing fee $30, receipt number 905595 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/30/2007) |
| 11/30/2007 | 78 | MOTION for Limited Admission Pro Hac Vice of Jeffrey T. Even *(Washington) with required documents attached* Filing fee $30, receipt number 905607 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/30/2007) |
| 11/30/2007 | 79 | MOTION for Limited Admission Pro Hac Vice of Melody Mirbaba *(Colorado)* Filing fee $30, receipt number 905812 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 11/30/2007) |
| 12/03/2007 | 80 | MOTION for Limited Admission Pro Hac Vice of A. Ann Woolfolk *(Delaware) with required documents attached* Filing fee $30, receipt number 906424 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/03/2007) |
| 12/03/2007 | 81 | MOTION for Limited Admission Pro Hac Vice of Holly Loy Smith *(Georgia) with required documents attached* Filing fee $30, receipt number 906436 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/03/2007) |
| 12/03/2007 | 82 | MOTION for Limited Admission Pro Hac Vice of Kate Van Bokkelen *(Indiana) with required documents attached* Filing fee $30, receipt number 906444 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/03/2007) |

| 12/03/2007 | 83 | MOTION for Limited Admission Pro Hac Vice of Russell A. Suzuki *(Hawaii) with required documents attached* Filing fee $30, receipt number 906531 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/03/2007) |
|---|---|---|
| 12/03/2007 | 84 | ORDER GRANTING 78 Motion for Limited Admission Pro Hac Vice of JEFFEREY T. EVEN. Signed by Judge David R. Homer on 12/3/2007. (tm) (Entered: 12/03/2007) |
| 12/03/2007 | 85 | ORDER GRANTING 79 Motion for Limited Admission Pro Hac Vice of MELODY MIRBABA. Signed by Judge David R. Homer on 12/3/2007. (tm) (Entered: 12/03/2007) |
| 12/03/2007 | 86 | ORDER GRANTING 77 Motion for Limited Admission Pro Hac Vice of DENNIS R. HANSEN. Signed by Judge David R. Homer on 12/3/2007. (tm) (Entered: 12/03/2007) |
| 12/03/2007 | 87 | ORDER GRANTING 76 Motion for Limited Admission Pro Hac Vice of CHRISTINE S. UTT. Signed by Judge David R. Homer on 12/3/2007. (tm) (Entered: 12/03/2007) |
| 12/03/2007 | 88 | ORDER GRANTING 75 Motion for Limited Admission Pro Hac Vice of WILLIAM SCOTT HESSE. Signed by Judge David R. Homer on 12/3/2007. (tm) (Entered: 12/03/2007) |
| 12/03/2007 | 89 | ORDER GRANTING 73 Motion for Limited Admission Pro Hac Vice of WILLIAM PAUL BRYAN, III. Signed by Judge David R. Homer on 12/3/2007. (tm) (Entered: 12/03/2007) |
| 12/03/2007 | 90 | ORDER GRANTING 69 Motion for Limited Admission Pro Hac Vice of MICHAEL STEPHEN GILMORE. Signed by Judge David R. Homer on 12/3/2007. (tm) (Entered: 12/03/2007) |
| 12/03/2007 | 91 | ORDER GRANTING 68 Motion for Limited Admission Pro Hac Vice of THOMAS J. BOLISTRERI. Signed by Judge David R. Homer on 12/3/2007. (tm) (Entered: 12/03/2007) |
| 12/03/2007 | 92 | ORDER GRANTING 67 Motion for Limited Admission Pro Hac Vice of SUSAN KELLY NICHOLS. Signed by Judge David R. Homer on 12/3/2007. (tm) (Entered: 12/03/2007) |
| 12/03/2007 | 93 | ORDER GRANTING 66 Motion for Limited Admission Pro Hac Vice of PHYLLIS GARDINER. Signed by Judge David R. Homer on 12/3/2007. (tm) (Entered: 12/03/2007) |
| 12/04/2007 | 94 | MOTION to Dismiss *of South Carolina Election Defendants* Motion Hearing set for 1/4/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 12/18/2007,Reply to Response to Motion due by 12/24/2007. by John Hudgens, III, Cynthia Bensch, Tracey Green, Pamella Pinson, Edward Pritchard, Jr, South Carolina State Election Commission. (Attachments: # 1 Memorandum of Law Memorandum in Support of Motion) (Smith, James) |

| | | (Entered: 12/04/2007) |
|---|---|---|
| 12/04/2007 | 95 | MOTION to Dismiss for Lack of Personal Jurisdiction *of The State of Wyoming* Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of Wyoming, Max Maxfield. (Attachments: # 1 Memorandum of Law) (Robinson, Michael) (Entered: 12/04/2007) |
| 12/04/2007 | 96 | MOTION for Limited Admission Pro Hac Vice of Peter Sacks *(Massachusetts) with required documents attached* Filing fee $30, receipt number 907684 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/04/2007) |
| 12/04/2007 | 97 | MOTION for Limited Admission Pro Hac Vice of Tina Izadi *(Oklahoma) with required documents attached* (Fee is waived) by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/04/2007) |
| 12/04/2007 | 98 | MOTION for Limited Admission Pro Hac Vice of David Brent Irvin *(Kentucky) with required documents attached* Filing fee $30, receipt number 907698 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/04/2007) |
| 12/04/2007 | 99 | MOTION to Dismiss for Lack of Personal Jurisdiction *by State of Alabama and Beth Chapman* Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of Alabama, Beth Chapman. (Attachments: # 1 Memorandum of Law) (Parker, William) (Entered: 12/04/2007) |
| 12/05/2007 | 100 | MOTION for Limited Admission Pro Hac Vice of Tina Izadi *(Oklamoma)[with fee paid] with required documents attached* Filing fee $30, receipt number 907874 by State of New York. (Attachments: # 1 Declaration of serrvice) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/05/2007) |
| 12/05/2007 | 101 | MOTION for Limited Admission Pro Hac Vice of Jason S. Postelnik *(New Jersey) with required documnets attached* Filing fee $30, receipt number 907973 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/05/2007) |
| 12/05/2007 | 102 | MOTION for Limited Admission Pro Hac Vice of Charles J. Butler *(Maryland) with required documnets attached* Filing fee $30, receipt number 908180 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/05/2007) |
| 12/05/2007 | 103 | MOTION for Limited Admission Pro Hac Vice of James B. Farnsworth *(Missouri) with required documnets attached* Filing fee $30, receipt number 908205 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/05/2007) |

| 12/05/2007 | 104 | MOTION for Limited Admission Pro Hac Vice of Michael A. Barnhill *(Alaska)* *with required documents attached* Filing fee $30, receipt number 908251 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/05/2007) |
| --- | --- | --- |
| 12/05/2007 | 105 | MOTION for Limited Admission Pro Hac Vice of George W. Neville *(Mississippi)* *with required documents attached* Filing fee $30, receipt number 908480 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/05/2007) |
| 12/05/2007 | 106 | MOTION for Limited Admission Pro Hac Vice of Thom D. Roberts *(Utah) with required documents attached* Filing fee $30, receipt number 908493 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/05/2007) |
| 12/05/2007 | 107 | MOTION for Limited Admission Pro Hac Vice of Christine S. Munro *(Nevada)* *with required documents attached* Filing fee $30, receipt number 908497 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/05/2007) |
| 12/06/2007 | 108 | MOTION to Dismiss *and Notice of Motion* Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of Nebraska, John Gale. (Attachments: # 1 Affidavit Affidavit of John A. Gale, Nebraska Secretary of State# 2 Memorandum of Law Memorandum in Support of Nebraska Defendants' Motion to Dismiss) (Comer, Dale) (Entered: 12/06/2007) |
| 12/06/2007 | 109 | MOTION for Limited Admission Pro Hac Vice of Janet M. Kleinfelter *(Tennessee)* *with required documents attached* Filing fee $30, receipt number 908885 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/06/2007) |
| 12/06/2007 | 110 | ORDER granting 81 Motion for Limited Admission Pro Hac Vice as to Holly Loy Smith for State of Georgia and Karen Handel.Signed by Judge David R. Homer on 12/6. (ban) (Entered: 12/06/2007) |
| 12/06/2007 | 111 | MOTION to Dismiss Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of Arizona, Jan Brewer. (Attachments: # 1 Memorandum of Law in Support of Arizona Defendants' Motion to Dimiss) (Skolnik, Bruce) (Entered: 12/06/2007) |
| 12/06/2007 | 112 | ORDER granting 82 Motion for Limited Admission Pro Hac Vice as to Kate Van Bokkelen for State of Indiana and Todd Rokita. Signed by Judge David R. Homer on 12/6/07. (ban) (Entered: 12/06/2007) |
| 12/06/2007 | 113 | ORDER granting 83 Motion for Limited Admission Pro Hac Vice as to Russell A. Suzuki for State of Hawaii and Rex M. Quidilla. Signed by Judge David R. Homer on 12/6/07. (ban) (Entered: 12/06/2007) |

| 12/06/2007 | 114 | ORDER granting 96 Motion for Limited Admission Pro Hac Vice as to Peter Sacks for William Francis Galvin and State of Massachusetts. Signed by Judge David R. Homer on 12/6/07. (ban) (Entered: 12/06/2007) |
| 12/06/2007 | 115 | ORDER granting 98 Motion for Limited Admission Pro Hac Vice as to David Brent Irvin for State of Kentucky and Trey Grayson. Signed by Judge David R. Homer on 12/6/07. (ban) (Entered: 12/06/2007) |
| 12/06/2007 | 116 | MOTION for Limited Admission Pro Hac Vice of Thomas A Palombo *(Rhode Island) with required documents attached* Filing fee $30, receipt number 909224 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/06/2007) |
| 12/06/2007 | 117 | Letter Motion from AAG Bruce J. Boivin for State of New York requesting an extension, on behalf of all defendants, of the deadline for responding to the complainit until December 17, 2007 submitted to Judge Homer. (Boivin, Bruce) (Entered: 12/06/2007) |
| 12/06/2007 | 118 | ORDER granting 103 Motion for Limited Admission Pro Hac Vice of James B Farnworth for State of Missouri and Robin Carnahan. Signed by Judge David R. Homer on 12/6/07. (ban) (Entered: 12/07/2007) |
| 12/06/2007 | 119 | ORDER granting 104 Motion for Limited Admission Pro Hac Vice of Michael A. Barnhill for State of Alaska and Sean Parnell. Signed by Judge David R. Homer on 12/6/07. (ban) (Entered: 12/07/2007) |
| 12/06/2007 | 120 | ORDER granting 105 Motion for Limited Admission Pro Hac Vice of George W. Neville for State of Mississippi and Eric Clark. Signed by Judge David R. Homer on 12/6/07. (ban) (Entered: 12/07/2007) |
| 12/06/2007 | 121 | ORDER granting 106 Motion for Limited Admission Pro Hac Vice of Thom D. Roberts for State of Utah and Gary Herbert. Signed by Judge David R. Homer on 12/6/07. (ban) (Entered: 12/07/2007) |
| 12/06/2007 | 122 | ORDER granting 107 Motion for Limited Admission Pro Hac Vice of Christine S Munro for State of Nevada and Ross Miller. Signed by Judge David R. Homer on 12/6/07. (ban) (Entered: 12/07/2007) |
| 12/06/2007 | 123 | ORDER granting 102 Motion for Limited Admission Pro Hac Vice of Charles J. Butler for State of Maryland, Robert Walker, Bobbie Mack, Andrew Jezic, David McManus, and Charles Thomann. Signed by Judge David R. Homer on 12/6/07. (ban) (Entered: 12/07/2007) |
| 12/06/2007 | 124 | ORDER granting 101 Motion for Limited Admission Pro Hac Vice of Jason S. Postelnik for State of New Jersey and Anne Milgram. Signed by Judge David R. Homer on 12/6/07. (ban) (Entered: 12/07/2007) |
| 12/06/2007 | 125 | ORDER granting 100 Motion for Limited Admission Pro Hac Vice of Tina L Izadi for State of Oklahoma, Thomas Prince, Susan Turpen, and Ramon Watkins. Signed by Judge David R. Homer on 12/6/07. (ban) (Entered: 12/07/2007) |

| 12/06/2007 | 126 | ORDER granting 80 Motion for Limited Admission Pro Hac Vice of A. Ann Woolfolk for State of Delaware and Elaine Manlove. Signed by Judge David R. Homer on 12/6/07. (ban) (Entered: 12/07/2007) |
|---|---|---|
| 12/06/2007 | 127 | ORDER granting 109 Motion for Limited Admission Pro Hac Vice of Janet M Kleinfelter for State of Tennessee and Riley Darnell. Signed by Judge David R. Homer on 12/6/07. (ban) (Entered: 12/07/2007) |
| 12/07/2007 | 128 | MOTION to Dismiss for Lack of Personal Jurisdiction Motion Hearing set for 12/18/2007 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 12/3/2007,Reply to Response to Motion due by 12/7/2007. by State of Minnesota. (Attachments: # 1 Memorandum of Law In Support of Motion to Dismiss) (Raschke, Kenneth) (Entered: 12/07/2007) |
| 12/07/2007 | 129 | CERTIFICATE OF SERVICE by State of Minnesota re 128 MOTION to Dismiss for Lack of Personal Jurisdiction (Raschke, Kenneth) (Entered: 12/07/2007) |
| 12/07/2007 | 130 | ORDER granting 74 Motion for Limited Admission Pro Hac Vice of Paul J. Martin for State of Florida and Kurt Browning. Signed by Judge David R. Homer on 12/7/07. (ban) (Entered: 12/07/2007) |
| 12/07/2007 | 131 | ORDER granting 116 Motion for Limited Admission Pro Hac Vice as to Thomas A. Polombo for Rhode Island and A. Ralph Mollis. Signed by Judge David R. Homer on 12/7/07. (ban) (Entered: 12/07/2007) |
| 12/07/2007 | 132 | ORDER granting 117 Letter Request, State of New York answer due 12/17/2007; Neil Kelleher answer due 12/17/2007; Douglas Kellner answer due 12/17/2007; Evelyn Aquila answer due 12/17/2007; New York State Board Of Elections answer due 12/17/2007; ; State of Alaska answer due 12/17/2007; Sean Parnell answer due 12/17/2007; State of Arkansas answer due 12/17/2007; Charlie Daniels answer due 12/17/2007; Debra Bowen answer due 12/17/2007; State of Colorado answer due 12/17/2007; Mike Coffman answer due 12/17/2007; State of Connecticut answer due 12/17/2007; Susan Bysiewicz answer due 12/17/2007; State of Delaware answer due 12/17/2007; Elaine Manlove answer due 12/17/2007; Kurt Browning answer due 12/17/2007; State of Georgia answer due 12/17/2007; Karen Handel answer due 12/17/2007; State of Hawaii answer due 12/17/2007; Rex M. Quidilla answer due 12/17/2007; State of Idaho answer due 12/17/2007; Ben Ysursa answer due 12/17/2007; Albert Porter answer due 12/17/2007; Bryan Schneider answer due 12/17/2007; Jesse Smart answer due 12/17/2007; Wanda Rednour answer due 12/17/2007; Robert Walters answer due 12/17/2007; Patrick Brady answer due 12/17/2007; William McGuffage answer due 12/17/2007; John Keith answer due 12/17/2007; Illinois State Board of Elections answer due 12/17/2007; State of Indiana answer due 12/17/2007; Todd Rokita answer due 12/17/2007; Michael Mauro answer due 12/17/2007; State of Kansas answer due 12/17/2007; Ron Thornburgh answer due 12/17/2007; State of Kentucky answer due 12/17/2007; Trey Grayson answer due 12/17/2007; State of Louisiana answer due 12/17/2007; Jay Dardenne answer due 12/17/2007; State of Maine answer due 12/17/2007; Matthew Dunlap answer due 12/17/2007; State of Maryland answer due 12/17/2007; Robert Walker answer due 12/17/2007; Bobbie Mack answer due |

12/17/2007; Andrew Jezic answer due 12/17/2007; David McManus answer due 12/17/2007; Helena Moses Donahue answer due 12/17/2007; Charles Thomann answer due 12/17/2007; Maryland State Board of Elections answer due 12/17/2007; State of Massachusetts answer due 12/17/2007; William Francis Galvin answer due 12/17/2007; State of Mississippi answer due 12/17/2007; Eric Clark answer due 12/17/2007; State of Missouri answer due 12/17/2007; Robin Carnahan answer due 12/17/2007; State of Montana answer due 12/17/2007; Brad Johnson answer due 12/17/2007; State of Nevada answer due 12/17/2007; Ross Miller answer due 12/17/2007; William Gardner answer due 12/17/2007; State of New Jersey answer due 12/17/2007; Anne Milgram answer due 12/17/2007; State of New Mexico answer due 12/17/2007; Mary Herrera answer due 12/17/2007; State of North Carolina answer due 12/17/2007; Larry Leake answer due 12/17/2007; Lorraine Shinn answer due 12/17/2007; Genevieve Sims answer due 12/17/2007; Robert Cordle answer due 12/17/2007; North Carolina State Board of Elections answer due 12/17/2007; Jennifer Brunner answer due 12/17/2007; State of Oklahoma answer due 12/17/2007; Thomas Prince answer due 12/17/2007; Susan Turpen answer due 12/17/2007; Ramon Watkins answer due 12/17/2007; Oklahoma State Election Board answer due 12/17/2007; State of Pennsylvania answer due 12/17/2007; Pedro Cortes answer due 12/17/2007; State of Rhode Island answer due 12/17/2007; A. Ralph Mollis answer due 12/17/2007; State of South Dakota answer due 12/17/2007; Chris Nelson answer due 12/17/2007; State of Tennessee answer due 12/17/2007; Riley Darnell answer due 12/17/2007; State of Utah answer due 12/17/2007; Gary Herbert answer due 12/17/2007; State of Vermont answer due 12/17/2007; Deborah Markowitz answer due 12/17/2007; State of Virginia answer due 12/17/2007; Jean Cunningham answer due 12/17/2007; Harold Pyon answer due 12/17/2007; Nancy Rodriques answer due 12/17/2007; Virginia State Board of Elections answer due 12/17/2007; State of Washington answer due 12/17/2007; Sam Reed answer due 12/17/2007; State of West Virginia answer due 12/17/2007; Betty Ireland answer due 12/17/2007; State of Wisconsin answer due 12/17/2007; John Schober answer due 12/17/2007; Shane Falk answer due 12/17/2007; David Anstaett answer due 12/17/2007; Kirby Brant answer due 12/17/2007; Donald Goldberg answer due 12/17/2007; Carl Holborn answer due 12/17/2007; Patrick Hodan answer due 12/17/2007; Robert Kasieta answer due 12/17/2007; Jon Savage answer due 12/17/2007; Wisconsin State Elections Board answer due 12/17/2007; 23 MOTION to Dismiss *of State of South Carolina*, 99 MOTION to Dismiss for Lack of Personal Jurisdiction *by State of Alabama and Beth Chapman*, 111 MOTION to Dismiss, 70 MOTION to Dismiss for Lack of Personal Jurisdiction, 15 MOTION to Dismiss, 39 MOTION to Dismiss for Lack of Personal Jurisdiction, 24 MOTION to Dismiss *Amended Complaint*, 94 MOTION to Dismiss *of South Carolina Election Defendants*, 22 MOTION to Dismiss for Lack of Personal Jurisdiction, 128 MOTION to Dismiss for Lack of Personal Jurisdiction, 36 MOTION to Dismiss *Plaintiff's First Amended Complaint*, 108 MOTION to Dismiss *and Notice of Motion*, 95 MOTION to Dismiss for Lack of Personal Jurisdiction *of The State of Wyoming* : DEADLINE FOR PLAINTIFF"S TO FILE AND SERVE RESPONSES TO ANY MOTIONS TO DISMISS IS EXTENDED TO 2/1/08. PLAINTIFF'S SHALL FILE A

|  |  | SINGLE, CONSOLIDATED RESPONSE TO DEFENDANTS MOTIONS TO DISMISS. Signed by Judge David R. Homer on 12/7/07. (ban) (Entered: 12/07/2007) |
| --- | --- | --- |
| 12/07/2007 |  | Set/Reset Deadlines as to 24 MOTION to Dismiss *Amended Complaint*, 94 MOTION to Dismiss *of South Carolina Election Defendants*, 70 MOTION to Dismiss for Lack of Personal Jurisdiction, 111 MOTION to Dismiss, 36 MOTION to Dismiss *Plaintiff's First Amended Complaint*, 128 MOTION to Dismiss for Lack of Personal Jurisdiction, 108 MOTION to Dismiss *and Notice of Motion*, 15 MOTION to Dismiss, 95 MOTION to Dismiss for Lack of Personal Jurisdiction *of The State of Wyoming*, 23 MOTION to Dismiss *of State of South Carolina*, 99 MOTION to Dismiss for Lack of Personal Jurisdiction *by State of Alabama and Beth Chapman*, 22 MOTION to Dismiss for Lack of Personal Jurisdiction, 39 MOTION to Dismiss for Lack of Personal Jurisdiction. RESPONSE TO MOTIONS DUE BY 2/1/2008. (ban) (Entered: 12/07/2007) |
| 12/07/2007 | 133 | MOTION to Dismiss Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of Vermont, Deborah Markowitz. (Attachments: # 1 Memorandum of Law) (DiStefano, Mark) (Entered: 12/07/2007) |
| 12/07/2007 |  | ***Answer due date updated for defendants who have already answered or moved. Answer deadlines deleted. (ban) (Entered: 12/07/2007) |
| 12/07/2007 | 134 | CERTIFICATE OF SERVICE by State of Vermont, Deborah Markowitz re 133 MOTION to Dismiss (DiStefano, Mark) (Entered: 12/07/2007) |
| 12/07/2007 | 135 | MOTION to Dismiss Motion Hearing set for 1/4/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 12/18/2007,Reply to Response to Motion due by 12/24/2007. by State of Illinois. (Attachments: # 1 Memorandum of Law Memorandum in Support of Motion to Dismiss) (Klein, Thomas) (Entered: 12/07/2007) |
| 12/10/2007 | 136 | MOTION to Dismiss by State of Kansas, Ron Thornburgh. (Hesse, William) (Entered: 12/10/2007) |
| 12/10/2007 | 137 | MEMORANDUM OF LAW *In Support of Motion to Dismiss* filed by State of Kansas, Ron Thornburgh. (Hesse, William) (Entered: 12/10/2007) |
| 12/10/2007 | 138 | MOTION for Limited Admission Pro Hac Vice of Richard B. Woolley *(Rhode Island) with required documents attached* Filing fee $30, receipt number 910565 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/10/2007) |
| 12/10/2007 | 139 | MOTION for Limited Admission Pro Hac Vice of Christie Jane Scase *(Iowa) with required documents attached* Filing fee $30, receipt number 910573 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/10/2007) |

| | | |
|---|---|---|
| 12/10/2007 | 140 | MOTION to Dismiss *California Defendants' Notice of Motion to Dismiss Pursuant To Federal Rule of Civil Procedure 12(b)(1) & 12(b)(2)* Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by Debra Bowen. (Attachments: # 1 Memorandum of Law Memorandum of Points and Authorities in Support of The California Defendants' Motion to Dismiss) (Toledo, Margaret) (Entered: 12/10/2007) |
| 12/10/2007 | 141 | NOTICE of Appearance by Jeffrey T. Even on behalf of State of Washington, Sam Reed (Even, Jeffrey) (Entered: 12/10/2007) |
| 12/10/2007 | 142 | CERTIFICATE OF SERVICE by Debra Bowen re 140 MOTION to Dismiss *California Defendants' Notice of Motion to Dismiss Pursuant To Federal Rule of Civil Procedure 12(b)(1) & 12(b)(2)* MOTION to Dismiss *California Defendants' Notice of Motion to Dismiss Pursuant To Federal Rule of Civil Procedure 12(b)(1) & 12(b)(2)* (Toledo, Margaret) (Entered: 12/10/2007) |
| 12/10/2007 | 143 | MOTION to Dismiss for Lack of Personal Jurisdiction Motion Hearing set for 1/18/2007 09:30 AM in Syracuse before Magistrate Judge David R. Homer.,Response to Motion due by 1/2/2007,Reply to Response to Motion due by 1/8/2007. by Mike Coffman. (Mirbaba, Melody) (Entered: 12/10/2007) |
| 12/10/2007 | 144 | Final MOTION to Dismiss for Lack of Personal Jurisdiction Motion Hearing set for 1/18/2007 09:30 AM in Syracuse before Judge Joseph M. Hood.,Response to Motion due by 1/2/2007,Reply to Response to Motion due by 1/8/2007. by Mike Coffman. (Mirbaba, Melody) (Entered: 12/10/2007) |
| 12/10/2007 | 145 | CERTIFICATE OF SERVICE by Mike Coffman re 143 MOTION to Dismiss for Lack of Personal Jurisdiction, 144 Final MOTION to Dismiss for Lack of Personal Jurisdiction (Mirbaba, Melody) (Entered: 12/10/2007) |
| 12/10/2007 | 146 | NOTICE by State of Michigan re 71 Notice of Hearing on Motion, 70 MOTION to Dismiss for Lack of Personal Jurisdiction, 72 Notice of Appearance (Sherman, Ann) (Entered: 12/10/2007) |
| 12/10/2007 | 147 | MOTION to Dismiss for Lack of Personal Jurisdiction Motion Hearing set for 1/18/2007 09:30 AM in Syracuse before Magistrate Judge David R. Homer.,Response to Motion due by 1/2/2007,Reply to Response to Motion due by 1/8/2007. by State of Washington, Sam Reed. (Attachments: # 1 Memorandum of Law Memorandum in Support of Motion to Dismiss) (Even, Jeffrey) (Entered: 12/10/2007) |
| 12/10/2007 | 148 | CERTIFICATE OF SERVICE by State of Washington, Sam Reed re 147 MOTION to Dismiss for Lack of Personal Jurisdiction (Even, Jeffrey) (Entered: 12/10/2007) |
| 12/11/2007 | | Reset Deadlines as to 144 Final MOTION to Dismiss for Lack of Personal Jurisdiction, 136 MOTION to Dismiss, 147 MOTION to Dismiss for Lack of Personal Jurisdiction & 143 MOTION to Dismiss for Lack of Personal Jurisdiction. Response to Motion due by 1/2/2008. Reply to Response to Motion due by 1/11/2008. Motion Hearing is set for 1/18/2008 at 09:30 AM in Albany |

10/12/2015 11:08 PM

|  |  | before Senior Judge Lawrence E. Kahn. The above motions will be considered on the submission of the motion papers, only. No oral arguments will be entertained. (sas) (Entered: 12/11/2007) |
|---|---|---|
| 12/11/2007 | 149 | MOTION to Dismiss Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of South Dakota, Chris Nelson. (Wald, Sherri) (Entered: 12/11/2007) |
| 12/11/2007 | 150 | AFFIDAVIT in Support re 149 MOTION to Dismiss filed by State of South Dakota, Chris Nelson. (Wald, Sherri) (Entered: 12/11/2007) |
| 12/11/2007 | 151 | MEMORANDUM OF LAW re 150 Affidavit in Support of Motion, 149 Motion to Dismiss filed by State of South Dakota, Chris Nelson. (Wald, Sherri) (Entered: 12/11/2007) |
| 12/11/2007 | 156 | ORDER granting 138 Motion for Limited Admission Pro Hac Vice as to Richard B. Wooley for State of Rhode Island and A. Ralph Mollis. Signed by Judge David R. Homer on 12/11/07. (ban) (Entered: 12/12/2007) |
| 12/11/2007 | 157 | ORDER granting 139 Motion for Limited Admission Pro Hac Vice of Christie Jane Scase for State of Iowa and Michael Mauro. Signed by Judge David R. Homer on 12/11/07. (ban) (Entered: 12/12/2007) |
| 12/12/2007 | 152 | MOTION to Dismiss for Lack of Personal Jurisdiction , *Improper Venue and Eleventh Amendment Immunity* Motion Hearing set for 1/18/2008 09:30 AM in Syracuse before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by Susan Bysiewicz. (Attachments: # 1 Memorandum of Law) (Clark, Robert) (Entered: 12/12/2007) |
| 12/12/2007 | 153 | MOTION for Limited Admission Pro Hac Vice of Michael L. Harvey *(Pennsylvania) with required documents attached* Filing fee $30, receipt number 912043 by State of New York. (Attachments: # 1 Declaration of service) Motions referred to David R. Homer. (Boivin, Bruce) (Entered: 12/12/2007) |
| 12/12/2007 | 154 | NOTICE by State of Indiana *Motion to Dismiss Plaintiffs' Amended Complaint* (Van Bokkelen, Kate) (Entered: 12/12/2007) |
| 12/12/2007 | 155 | MEMORANDUM OF LAW *in Support of Indiana Defendants' Motion to Dismiss* filed by State of Indiana. (Van Bokkelen, Kate) (Entered: 12/12/2007) |
| 12/12/2007 | 158 | ORDER granting 153 Motion for Limited Admission Pro Hac Vice of Michael L. Harvey for State of Pennsylvania and Pedro Cortes. Signed by Judge David R. Homer on 12/12/07. (ban) (Entered: 12/12/2007) |
| 12/12/2007 | 159 | CERTIFICATE OF SERVICE by State of Wisconsin, John Schober, Shane Falk, David Anstaett, Kirby Brant, Donald Goldberg, Carl Holborn, Patrick Hodan, Robert Kasieta, Jon Savage, Wisconsin State Elections Board *by Mail* (Balistreri, Thomas) (Entered: 12/12/2007) |

| 12/12/2007 | 160 | CERTIFICATE OF SERVICE by State of Wisconsin, John Schober, Shane Falk, David Anstaett, Kirby Brant, Donald Goldberg, Carl Holborn, Patrick Hodan, Robert Kasieta, Jon Savage, Wisconsin State Elections Board *by E-Filing* (Balistreri, Thomas) (Entered: 12/12/2007) |
|---|---|---|
| 12/12/2007 | 161 | NOTICE of Appearance by Thomas J. Balistreri on behalf of State of Wisconsin, John Schober, Shane Falk, David Anstaett, Kirby Brant, Donald Goldberg, Carl Holborn, Patrick Hodan, Robert Kasieta, Jon Savage, Wisconsin State Elections Board (Balistreri, Thomas) (Entered: 12/12/2007) |
| 12/12/2007 | 162 | MOTION to Dismiss *Amended Complaint* by State of Wisconsin, John Schober, Shane Falk, David Anstaett, Kirby Brant, Donald Goldberg, Carl Holborn, Patrick Hodan, Robert Kasieta, Jon Savage, Wisconsin State Elections Board. (Attachments: # 1 # 2) (Balistreri, Thomas) (Entered: 12/12/2007) |
| 12/12/2007 | 163 | MOTION to Dismiss Motion Hearing set for 1/18/2007 09:30 AM before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2007,Reply to Response to Motion due by 1/8/2007. by State of Nevada, Ross Miller. (Attachments: # 1) (Munro, Christine) (Entered: 12/12/2007) |
| 12/13/2007 | 164 | MOTION to Dismiss for Lack of Personal Jurisdiction *and on other grounds* Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of New Mexico. (Attachments: # 1 Affidavit to join motions to dismiss# 2 Certificate of Service) (Baca-Chavez, Francine) (Entered: 12/13/2007) |
| 12/13/2007 | 165 | NOTICE by State of Missouri, Robin Carnahan *"Notice of Missouri's Motion to Dismiss Pursuant to Fed.R.Civ.P.12(b)(6), 12(b)(3), and the 11th Amendment"* (Farnsworth, James) (Entered: 12/13/2007) |
| 12/13/2007 | 166 | MOTION to Dismiss Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of Missouri, Robin Carnahan. (Farnsworth, James) (Entered: 12/13/2007) |
| 12/13/2007 | 167 | MOTION to Dismiss Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 12/31/2007,Reply to Response to Motion due by 1/7/2008. by State of Rhode Island. (Attachments: # 1 Motion to Dismiss# 2 Memorandum in Support) (Palombo, Thomas) (Entered: 12/13/2007) |
| 12/13/2007 | 168 | MOTION to Dismiss Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of Maryland, Robert Walker, Bobbie Mack, Andrew Jezic, David McManus, Charles Thomann, Maryland State Board of Elections. (Attachments: # 1 Memorandum of Law in Support of Maryland Defendants' Motion to Dismiss) (Butler, Charles) (Entered: 12/13/2007) |

| 12/13/2007 | 169 | MOTION to Dismiss *by Massachusetts Defendants* -- Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by Commonwealth of Massachusetts, William Francis Galvin. (Attachments: # 1 Exhibit(s) Motion incorporating Arguments of Oregon and South Carolina) (Sacks, Peter) (Entered: 12/13/2007) |
|---|---|---|
| 12/13/2007 | 170 | MOTION to Dismiss Motion Hearing set for 1/18/2008 09:30 AM before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of Virginia, Jean Cunningham, Harold Pyon, Nancy Rodriques, Virginia State Board of Elections. (Attachments: # 1 Memorandum of Law) (Ingold, James) (Entered: 12/13/2007) |
| 12/13/2007 | 171 | MOTION to Dismiss *Kentucky Defendants* Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of Kentucky, Trey Grayson. (Attachments: # 1 Affidavit of Trey Grayson# 2 Memorandum of Law in Support of Motion to Dismiss# 3 Exhibit(s) Unpublished Chapman case# 4 Exhibit(s) unpublished Lanier case# 5 Exhibit(s) unpublished McDonald case) (Irvin, David) (Entered: 12/13/2007) |
| 12/14/2007 | | Set Deadlines as to 162 MOTION to Dismiss *Amended Complaint.* Response to Motion due by 1/2/2008. Reply to Response to Motion due by 1/7/2008. Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn. (sas) (Entered: 12/14/2007) |
| 12/14/2007 | 172 | MOTION to Dismiss Motion Hearing set for 1/18/2007 09:30 AM before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2007,Reply to Response to Motion due by 1/8/2007. by State of Mississippi, Eric Clark. (Attachments: # 1 Exhibit(s) Affidavit) (Neville, George) (Entered: 12/14/2007) |
| 12/14/2007 | 173 | MEMORANDUM OF LAW re 172 Motion to Dismiss, filed by State of Mississippi, Eric Clark. (Neville, George) (Entered: 12/14/2007) |
| 12/14/2007 | 174 | NOTICE by State of Mississippi, Eric Clark re 172 MOTION to Dismiss (Neville, George) (Entered: 12/14/2007) |
| 12/14/2007 | 175 | MOTION to Dismiss *due to failure of personal and subject matter jurisdiction as well as failure to state a claim* Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of Ohio, Jennifer Brunner. (Coglianese, Richard) (Entered: 12/14/2007) |
| 12/14/2007 | 176 | NOTICE by State of Ohio, Jennifer Brunner re 175 MOTION to Dismiss *due to failure of personal and subject matter jurisdiction as well as failure to state a claim* (Coglianese, Richard) (Entered: 12/14/2007) |
| 12/14/2007 | 177 | NOTICE of Appearance by Bruce J. Boivin on behalf of State of New York (Attachments: # 1 Declaration of Service)(Boivin, Bruce) (Entered: 12/14/2007) |

| 12/14/2007 | 178 | CERTIFICATE OF SERVICE by State of New York re 177 Notice of Appearance *reflecting service via CM/ECF* (Boivin, Bruce) (Entered: 12/14/2007) |
|---|---|---|
| 12/14/2007 | 179 | MOTION to Dismiss Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by Jay Dardenne. (Bryan, William) (Entered: 12/14/2007) |
| 12/14/2007 | 180 | MOTION to Dismiss for Lack of Personal Jurisdiction Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of New Jersey, Anne Milgram. (Attachments: # 1 Memorandum of Law In Support of Motion to Dismiss# 2 Proposed Order/Judgment # 3 Certification of Service) (Postelnik, Jason) (Entered: 12/14/2007) |
| 12/14/2007 | 181 | NOTICE of Appearance by Dennis R. Hansen on behalf of State of Arkansas, Charlie Daniels (Hansen, Dennis) (Entered: 12/14/2007) |
| 12/14/2007 | 182 | AFFIDAVIT of Service for Notice of Appearance *(Declaration of Service)* served on Robert L. Schulz on 12/14/07, filed by State of Arkansas, Charlie Daniels. (Hansen, Dennis) (Entered: 12/14/2007) |
| 12/14/2007 | 183 | MOTION to dismiss by State of Arkansas, Charlie Daniels *(Notice of Motion to Dismiss)* (Attachments: # 1 Arkansas' Motion to Dismiss)(Hansen, Dennis) Modified on 12/17/2007 to change event type from "notice" to "motion" (cbm, ). (Entered: 12/14/2007) |
| 12/17/2007 | | Reset Deadlines as to all pending motions to dismiss : Response to Motion due by 1/2/2008, Reply to Response to Motion due by 1/7/2008. Motions are returnable 1/18/2008 ON SUBMIT before Senior Judge Lawrence E. Kahn. (cbm, ) (Entered: 12/17/2007) |
| 12/17/2007 | | Copies of NEF as to deadlines set for all motions to dismiss were sent by regular mail to all non-ECF filers. (cbm, ) (Entered: 12/17/2007) |
| 12/17/2007 | 184 | MOTION to Dismiss for Lack of Personal Jurisdiction Motion Hearing set for 1/18/2008 09:30 AM before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of Iowa. (Attachments: # 1 Affidavit Joining Motion to Dismiss# 2 Declaration Certificate of Service (Iowa Defendants)) (Scase, Christie) (Entered: 12/17/2007) |
| 12/17/2007 | 185 | MOTION to Dismiss for Lack of Personal Jurisdiction Motion Hearing set for 1/18/2008 before Senior Judge Lawrence E. Kahn, Response to Motion due by 1/2/2008, Reply to Response to Motion due by 1/8/2008. by State of Idaho, Ben Ysursa. (Attachments: # 1 Memorandum of Law Memorandum in Support of Idaho Defendants' Motion to Dismiss) (Gilmore, Michael) Modified on 12/17/2007 to change the return date to 2008. (cbm, ). (Entered: 12/17/2007) |
| 12/17/2007 | 186 | MOTION to Dismiss for Lack of Personal Jurisdiction Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn..Response |

|  |  |  |
|---|---|---|
|  |  | to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of North Carolina, Larry Leake, Lorraine Shinn, Charles Winfree, Genevieve Sims, Robert Cordle, North Carolina State Board of Elections. (Attachments: # 1 Memorandum of Law In Support of Motion to Dismiss# 2 Affidavit Gary O. Bartlett) (Nichols, Susan) (Entered: 12/17/2007) |
| 12/17/2007 | 187 | **STRICKEN Pursuant to Judge Homer's 12/17/07 order, Dlkt 206** Email from Pltf. Henry L. Ayre dtd 12/16/07. (lmp) Modified on 12/18/2007 (ban). (Entered: 12/17/2007) |
| 12/17/2007 | 188 | MOTION to Dismiss Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of West Virginia. (Attachments: # 1 Motion to Dismiss# 2 Memorandum of Law Memo in Support of Motion to Dismiss# 3 Declaration Declaration of Service) (Utt, Christie) (Entered: 12/17/2007) |
| 12/17/2007 | 189 | First MOTION to Dismiss Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of New York. (Attachments: # 1 Declaration of AAG Bruce J. Boivin joining co-defendants' motions to dismiss# 2 Declaration of service on plaintiffs) (Boivin, Bruce) (Entered: 12/17/2007) |
| 12/17/2007 | 190 | MOTION to Dismiss *filed by State of Delaware* Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of Delaware, Elaine Manlove. (Attachments: # 1) (Woolfolk, A.) (Entered: 12/17/2007) |
| 12/17/2007 | 191 | CERTIFICATE OF SERVICE by State of New York re 189 First MOTION to Dismiss *indicating service via CM/ECF on defendants* (Boivin, Bruce) (Entered: 12/17/2007) |
| 12/17/2007 | 192 | MOTION to Dismiss *and Notice of Motion* by Whitney Brewster, State of Alaska, Sean Parnell. (Attachments: # 1 Affidavit of Michael A. Barnhill) (Barnhill, Michael) (Entered: 12/17/2007) |
| 12/17/2007 | 193 | NOTICE by State of Georgia, Karen Handel (Smith, Holly) (Entered: 12/17/2007) |
| 12/17/2007 | 194 | MOTION to Dismiss *Amended Complaint by Special Appearance* Motion Hearing set for 1/18/2008 09:30 AM in Syracuse before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of Georgia, Karen Handel. (Attachments: # 1 State of Georgia and Karen Handel's Brief in Support of Their Motion to Dismiss Amended Complaint by Special Appearance) (Smith, Holly) (Entered: 12/17/2007) |
| 12/17/2007 | 195 | MOTION to Dismiss Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of Maine, |

|            |     | Matthew Dunlap. (Attachments: # 1 Affidavit To Join Motion to Dismiss# 2 Declaration Certificate of Service) (Gardiner, Phyllis) (Entered: 12/17/2007) |
|------------|-----|---|
| 12/17/2007 | 196 | MOTION to Dismiss *Complaint* by State of Utah, Gary Herbert. (Attachments: # 1 # 2) (Roberts, Thom) (Entered: 12/17/2007) |
| 12/17/2007 | 197 | MOTION to Dismiss Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 12/31/2007,Reply to Response to Motion due by 1/7/2008. by State of Hawaii. (Attachments: # 1 Motion to Dismiss# 2 Memorandum of Law # 3 Declaration of Rex M. Quidilla# 4 Certificate of Service) (Suzuki, Russell) (Entered: 12/17/2007) |
| 12/17/2007 | 198 | First MOTION to Dismiss Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of Tennessee, Riley Darnell. (Attachments: # 1 Affidavit Affidavit of Janet M. Kleinfelter to join Motions to Dismiss# 2 Certificate of Service) (Kleinfelter, Janet) (Entered: 12/17/2007) |
| 12/17/2007 | 199 | MOTION to Dismiss Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by New York State Board Of Elections. (Attachments: # 1 Declaration) (Valentine, Todd) (Entered: 12/17/2007) |
| 12/17/2007 | 200 | MOTION to Dismiss for Lack of Personal Jurisdiction by State of Oklahoma, Thomas Prince, Susan Turpen, Ramon Watkins, Oklahoma State Election Board. (Izadi, Tina) (Entered: 12/17/2007) |
| 12/17/2007 | 201 | MEMORANDUM OF LAW re 200 Motion to Dismiss/Lack of Personal Jurisdiction filed by State of Oklahoma, Thomas Prince, Susan Turpen, Ramon Watkins, Oklahoma State Election Board. (Izadi, Tina) (Entered: 12/17/2007) |
| 12/17/2007 | 202 | CERTIFICATE OF SERVICE by State of Oklahoma, Thomas Prince, Susan Turpen, Ramon Watkins, Oklahoma State Election Board re 201 Memorandum of Law, 200 MOTION to Dismiss for Lack of Personal Jurisdiction (Izadi, Tina) (Entered: 12/17/2007) |
| 12/17/2007 | 203 | MOTION to Dismiss Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of Montana, Brad Johnson. (Attachments: # 1 Memorandum of Law) (Johnstone, Anthony) (Entered: 12/17/2007) |
| 12/17/2007 | 204 | MOTION to Dismiss Motion Hearing set for 1/18/2007 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2007,Reply to Response to Motion due by 1/8/2007. by State of Pennsylvania, Pedro Cortes. (Attachments: # 1 Memorandum of Law) (Harvey, Michael) (Entered: 12/17/2007) |

| | | |
|---|---|---|
| 12/17/2007 | 205 | First MOTION to Dismiss *Amended Complaint* Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn.,Response to Motion due by 1/2/2008,Reply to Response to Motion due by 1/7/2008. by State of Florida, Kurt Browning. (Attachments: # 1 Memorandum of Law # 2 Certificate of Service) (Martin, Paul) (Entered: 12/17/2007) |
| 12/17/2007 | 206 | ORDER TO STRIKE re 187 Email Notice. Plaintiff Henry Ayre is on notice that this email is not sufficient to effectuate his withdrawl from the above action. Plaintiff's submission is rejected b/c he failed to indicate that he served his submission on opposing counsel. Signed by Judge David R. Homer on 12/17/07. (ban) (Entered: 12/18/2007) |
| 12/18/2007 | 207 | AFFIDAVIT re 70 MOTION to Dismiss for Lack of Personal Jurisdiction by State of Michigan, Terri Lynn Land. (Sherman, Ann) (Entered: 12/18/2007) |
| 12/19/2007 | | Reset Deadlines as to 200 MOTION to Dismiss for Lack of Personal Jurisdiction, 192 MOTION to Dismiss and Notice of Motion & 196 MOTION to Dismiss Complaint. Response to Motion due by 1/2/2008. Reply to Response to Motion due by 1/7/2008. Motion Hearing set for 1/18/2008 09:30 AM in Albany before Senior Judge Lawrence E. Kahn. (sas) (Entered: 12/19/2007) |
| 12/19/2007 | 208 | NOTICE of Appearance by Michael L. Harvey on behalf of State of Pennsylvania, Pedro Cortes (Harvey, Michael) (Entered: 12/19/2007) |
| 12/20/2007 | 209 | Plaintiff's Agreement to Simplify Service by Robert L. Schulz for Plaintiff's, (Attachments: # 1 Plaintiff's Agreement to Simplify Service part 2# 2 Plaintiff's Agreement to Simplify Service part 3)(ban) (Entered: 12/26/2007) |
| 12/20/2007 | 210 | SUMMONS Returned Executed by Robert L. Schulz. State of Alaska served on 11/5/2007, answer due 12/17/2007; Sean Parnell served on 11/5/2007, answer due 12/17/2007; State of Michigan served on 11/5/2007, answer due 12/17/2007; Terri Lynn Land served on 11/5/2007, answer due 12/17/2007; State of West Virginia served on 11/5/2007, answer due 12/17/2007; Betty Ireland served on 11/5/2007, answer due 12/17/2007. (Attachments: # 1 Summons returned Executed as to Betty Ireland (WV), Terri Lynn Land (MI), Sean Parnell (AK))(ban) (Entered: 12/27/2007) |
| 12/20/2007 | 211 | SUMMONS Returned Executed by Robert L. Schulz. State of Iowa served on 11/6/2007, answer due 12/17/2007; State of California served on 11/6/2007, answer due 12/17/2007; Debra Bowen served on 11/6/2007, answer due 12/17/2007; State of Connecticut served on 11/6/2007, answer due 12/17/2007; Susan Bysiewicz served on 11/6/2007, answer due 12/17/2007; State of Idaho served on 11/6/2007, answer due 12/17/2007; Ben Ysursa served on 11/6/2007, answer due 12/17/2007; State of Montana served on 11/6/2007, answer due 12/17/2007; Brad Johnson served on 11/6/2007, answer due 12/17/2007; John Gale served on 11/6/2007, answer due 12/17/2007; State of New Mexico served on 11/6/2007, answer due 12/17/2007; Mary Herrera served on 11/6/2007, answer due 12/17/2007; State of North Dakota served on 11/6/2007, answer due 12/17/2007; Alvin Jaeger served on 11/6/2007, answer due 12/17/2007; State of Virginia served |

on 11/6/2007, answer due 12/17/2007; Jean Cunningham served on 11/6/2007, answer due 12/17/2007. (ban) (Entered: 12/27/2007)

| 12/20/2007 | 212 | SUMMONS Returned Executed by Robert L. Schulz. State of New York served on 11/7/2007, answer due 12/17/2007; State of Florida served on 11/7/2007, answer due 12/17/2007; State of Iowa served on 11/7/2007, answer due 12/17/2007; Neil Kelleher served on 11/7/2007, answer due 12/17/2007; Douglas Kellner served on 11/7/2007, answer due 12/17/2007; Evelyn Aquila served on 11/7/2007, answer due 12/17/2007; State of Alabama served on 11/7/2007, answer due 12/17/2007; Beth Chapman served on 11/7/2007, answer due 12/17/2007; State of Arizona served on 11/7/2007, answer due 12/17/2007; Jan Brewer served on 11/7/2007, answer due 12/17/2007; State of Arkansas served on 11/7/2007, answer due 12/17/2007; Charlie Daniels served on 11/7/2007, answer due 12/17/2007; State of Colorado served on 11/7/2007, answer due 12/17/2007; Mike Coffman served on 11/7/2007, answer due 12/17/2007; Kurt Browning served on 11/7/2007, answer due 12/17/2007; State of Indiana served on 11/7/2007, answer due 12/17/2007; Todd Rokita served on 11/7/2007, answer due 12/17/2007; Michael Mauro served on 11/7/2007, answer due 12/17/2007; State of Kansas served on 11/7/2007, answer due 12/17/2007; Ron Thornburgh served on 11/7/2007, answer due 12/17/2007; Helena Moses Donahue served on 11/7/2007, answer due 12/17/2007; State of North Carolina served on 11/7/2007, answer due 12/17/2007; Larry Leake served on 11/7/2007, answer due 12/17/2007; Lorraine Shinn served on 11/7/2007, answer due 12/17/2007; Charles Winfree served on 11/7/2007, answer due 12/17/2007; Genevieve Sims served on 11/7/2007, answer due 12/17/2007; Robert Cordle served on 11/7/2007, answer due 12/17/2007; State of Utah served on 11/7/2007, answer due 12/17/2007; Gary Herbert served on 11/7/2007, answer due 12/17/2007; State of Vermont served on 11/7/2007, answer due 12/17/2007; Deborah Markowitz served on 11/7/2007, answer due 12/17/2007; State of Wyoming served on 11/7/2007, answer due 12/17/2007; Max Maxfield served on 11/7/2007, answer due 12/17/2007. (ban) (Entered: 12/27/2007) |

| 12/20/2007 | 213 | SUMMONS Returned Executed by Robert L. Schulz. State of New Hampshire served on 11/8/2007, answer due 12/17/2007; State of Texas served on 11/8/2007, answer due 12/17/2007; State of Delaware served on 11/8/2007, answer due 12/17/2007; Elaine Manlove served on 11/8/2007, answer due 12/17/2007; State of Georgia served on 11/8/2007, answer due 12/17/2007; Karen Handel served on 11/8/2007, answer due 12/17/2007; State of Massachusetts served on 11/8/2007, answer due 12/17/2007; State of Minnesota served on 11/8/2007, answer due 12/17/2007; Mark Ritchie served on 11/8/2007, answer due 12/17/2007; State of Missouri served on 11/8/2007, answer due 12/17/2007; Robin Carnahan served on 11/8/2007, answer due 12/17/2007; State of Nevada served on 11/8/2007, answer due 12/17/2007; Ross Miller served on 11/8/2007, answer due 12/17/2007; Larry Leake served on 11/8/2007, answer due 12/17/2007; Genevieve Sims served on 11/8/2007, answer due 12/17/2007; State of South Dakota served on 11/8/2007, answer due 12/17/2007; Chris Nelson served on 11/8/2007, answer due 12/17/2007; Phil Wilson served on 11/8/2007, answer due 12/17/2007. (ban) (Entered: 12/27/2007) |

| 12/20/2007 | 214 | SUMMONS Returned Executed by Robert L. Schulz. State of Ohio served on 11/9/2007, answer due 12/17/2007; State of Oregon served on 11/9/2007, answer due 12/17/2007; State of Louisiana served on 11/9/2007, answer due 12/17/2007; State of New Jersey served on 11/9/2007, answer due 12/17/2007; Anne Milgram served on 11/9/2007, answer due 12/17/2007; Jennifer Brunner served on 11/9/2007, answer due 12/17/2007; Bill Bradbury served on 11/9/2007, answer due 12/17/2007; State of Rhode Island served on 11/9/2007, answer due 12/17/2007; A. Ralph Mollis served on 11/9/2007, answer due 12/17/2007. (ban) (Entered: 12/27/2007) |
|---|---|---|
| 12/20/2007 | 215 | SUMMONS Returned Executed by Robert L. Schulz. State of Washington served on 11/12/2007, answer due 12/17/2007; Sam Reed served on 11/12/2007, answer due 12/17/2007. (ban) (Entered: 12/27/2007) |
| 12/20/2007 | 216 | SUMMONS Returned Executed by Robert L. Schulz. State of Wisconsin served on 11/12/2007, answer due 12/3/2007; John Schober served on 11/12/2007, answer due 12/3/2007; David Anstaett served on 11/12/2007, answer due 12/3/2007; Carl Holborn served on 11/12/2007, answer due 12/3/2007; Robert Kasieta served on 11/12/2007, answer due 12/3/2007; Jon Savage served on 11/12/2007, answer due 12/3/2007; Wisconsin State Elections Board served on 11/12/2007, answer due 12/3/2007. (ban) (Entered: 12/27/2007) |
| 12/20/2007 | 217 | SUMMONS Returned Executed by Robert L. Schulz. State of Maine served on 11/13/2007, answer due 12/17/2007; Matthew Dunlap served on 11/13/2007, answer due 12/17/2007; State of Mississippi served on 11/13/2007, answer due 12/17/2007; Eric Clark served on 11/13/2007, answer due 12/17/2007; Charles Winfree served on 11/13/2007, answer due 12/17/2007; State of Tennessee served on 11/13/2007, answer due 12/17/2007; Riley Darnell served on 11/13/2007, answer due 12/17/2007. (ban) (Entered: 12/27/2007) |
| 12/20/2007 | 218 | SUMMONS Returned Executed by Robert L. Schulz. State of South Carolina served on 11/14/2007, answer due 12/17/2007; State of Hawaii served on 11/14/2007, answer due 12/17/2007; Rex M. Quidilla served on 11/14/2007, answer due 12/17/2007; John Hudgens, III served on 11/14/2007, answer due 12/17/2007; Cynthia Bensch served on 11/14/2007, answer due 12/17/2007; Tracey Green served on 11/14/2007, answer due 12/17/2007; Pamella Pinson served on 11/14/2007, answer due 12/17/2007; Edward Pritchard, Jr served on 11/14/2007, answer due 12/17/2007. (ban) (Entered: 12/27/2007) |
| 12/20/2007 | 219 | SUMMONS Returned Executed by Robert L. Schulz. State of Kentucky served on 11/16/2007, answer due 12/17/2007; Trey Grayson served on 11/16/2007, answer due 12/17/2007; State of Maryland served on 11/16/2007, answer due 12/17/2007; Robert Walker served on 11/16/2007, answer due 12/17/2007; Bobbie Mack served on 11/16/2007, answer due 12/17/2007; Andrew Jezic served on 11/16/2007, answer due 12/17/2007; David McManus served on 11/16/2007, answer due 12/17/2007; Charles Thomann served on 11/16/2007, answer due 12/17/2007. (ban) (Entered: 12/27/2007) |

| 12/20/2007 | 220 | SUMMONS Returned Executed by Robert L. Schulz. State of Illinois served on 11/19/2007, answer due 12/17/2007; Albert Porter served on 11/19/2007, answer due 12/17/2007; Bryan Schneider served on 11/19/2007, answer due 12/17/2007; Jesse Smart served on 11/19/2007, answer due 12/17/2007; Wanda Rednour served on 11/19/2007, answer due 12/17/2007; Robert Walters served on 11/19/2007, answer due 12/17/2007; Patrick Brady served on 11/19/2007, answer due 12/17/2007; William McGuffage served on 11/19/2007, answer due 12/17/2007; John Keith served on 11/19/2007, answer due 12/17/2007; State of Oklahoma served on 11/19/2007, answer due 12/17/2007; Thomas Prince served on 11/19/2007, answer due 12/17/2007; Susan Turpen served on 11/19/2007, answer due 12/17/2007; Ramon Watkins served on 11/19/2007, answer due 12/17/2007. (ban) (Entered: 12/27/2007) |
|---|---|---|
| 12/20/2007 | 221 | SUMMONS Returned Executed by Robert L. Schulz. State of Pennsylvania served on 11/20/2007, answer due 12/17/2007; Pedro Cortes served on 11/20/2007, answer due 12/17/2007. (ban) (Entered: 12/27/2007) |
| 12/27/2007 | | Clerk re-mailed the 12/17/2007 Text Notice Setting Hearing on Motion to William Hathaway. Original mailing was returned on 12/27/2007 as undeliverable because article did not have postage. (see) (Entered: 12/27/2007) |
| 12/28/2007 | | Re-mailed the 12/17/2007 Text Notice of Hearing on Motion to David Johnson on 12/28/2007. Postal Service returned article because of insufficient postage. (see) (Entered: 12/28/2007) |
| 12/28/2007 | 222 | MOTION for Injunctive Relief Against Iowa Defendants by Brian L. Roberts, Jean C. Allen, Charles D. Roberts, Brent Cole, Sr, Duane F. Andress, Henry Ayre, David Johnson, Gregory Gorey, Stuart Kevin Cole, Mark J. Yannone, Tom Mayfield, Lynne Baker, Glenda Middlebrook, Matthew Pitagora, Mychal R. Schillaci, Lorraine Lunnon, Lotus, Betty Wies, Susan Marie Weber, Walter B. Reddy, III, Charles Price, Heather Wilson, Steven Bachman, Jean Mateson, Marcus Riego, Nova A. Montgomery, Janine L. Dean Winter, John J. Felso, Clay Dalton, Mary D. Farrell, Roger Patrick, Ka'imi Pelekai, Charles W. Abel, Michael Marsoun, Gary Conway, Susan K. Venable, Paul T. Venable, III, Anthony Leonardo, Charles Nadolski, William Hathaway, Charlie Kochenash, Dave Ward, James Gragg, Robin A. Bailey, Todd Metallo, Robert Adams, Patrick Conway, Ashley Wade Gary, Corey Michael Graham, Clarence Edward Ward, III, Keith Castonguay, Marie Castonguay, Beverly Durand, Harold Poole, Walter Augustine, Cynthia L. Jones, Donald Williamson, Paul Dionne, Daniel Skapinsky, Tony Demott, Pat Foster, John Marshall, Shawn Wayne Junior Davis, John Hansvick, Mark G. Bushman, Christopher J.M. Cummins, Jonathan D. Meadows, Kevin Halpin, Joseph Goodman, Brian Thompson, II, Stanley Jones, Elena Gagliano, Joseph Kasun, Eric Miller, Jay Peterson, Christopher H. Hansen, Juanita Cox, Guy Page Felton, III, Dianne Gilbert, Robert Surprenant, Edward Helmstetter, Gary Berner, Pankaj Anand, Charles Ranalli, James Genzling, William Ritch, Arthur Berg, John Liggett, Steve Harris, Bette German Smith, Carl Jay Zietlow, Charles Cartier, Cathy Cartier, Michael Disalvo, Gregory Tekautz, Steven M. Beeson, Craig F. Holguin, Jennifer L. Waters, Lee Hamel, Rubie O'Dell, Edgar Stephan, Samuel |

Anthony Ettaro, Joseph Thompson, Christopher J. Maynard, Thomas Beretta, Susan R. Berge, Joshua David Brannon, Ilona Urban Blakeley, William Stegmeier, Elvis Hanes, Eugene Paulson, William Hardin, John Farrar, William Keller, Gary W. Giuffre, Eddie Craig, Ronald J. Keller, Robert K. Dalton, Ted Arsenault, Shaun A. Knapp, David Cole, Gary L. Gale, Owen Mulligan, William Clark Delashmutt, Carolyn Williams, Judith Sharpe, Ron Moss, Larry K. Burns, David Knight, William Sisemore, Dorris Ponstingl, Zabrina Sisemore, Francine Arnold, Anita Zibton, Lance Crain, Maurice W. Jones, Joe R. Slack, Jr. Robert L. Schulz, Gary Herbert, Kenneth Cooper, Doug Bersaw, Amanda Moore, Arthur Groveman, James Condit, Jr, Fred Smart, Pam Wagner, Troy D. Reha. (Attachments: # 1 Declaration in Support of OSC by Robert Schulz# 2 Proposed Order/Judgment)(ban) (Entered: 12/28/2007)

| | | |
|---|---|---|
| 12/28/2007 | 223 | RESPONSE IN OPPOSITION TO MOTION TO DISMISS AND IN SUPPORT OF CROSS MOTION FOR SUMMARY JUDGMENT to Motion re 183 MOTION to Dismiss, 196 MOTION to Dismiss *Complaint*, 184 MOTION to Dismiss for Lack of Personal Jurisdiction, 171 MOTION to Dismiss *Kentucky Defendants*, 23 MOTION to Dismiss *of State of South Carolina*, 188 MOTION to Dismiss, 175 MOTION to Dismiss *due to failure of personal and subject matter jurisdiction as well as failure to state a claim*, 189 First MOTION to Dismiss, 152 MOTION to Dismiss for Lack of Personal Jurisdiction *, Improper Venue and Eleventh Amendment Immunity*, 190 MOTION to Dismiss *filed by State of Delaware*, 15 MOTION to Dismiss, 136 MOTION to Dismiss, 186 MOTION to Dismiss for Lack of Personal Jurisdiction, 128 MOTION to Dismiss for Lack of Personal Jurisdiction, 108 MOTION to Dismiss *and Notice of Motion*, 198 First MOTION to Dismiss, 205 First MOTION to Dismiss *Amended Complaint*, 168 MOTION to Dismiss, 99 MOTION to Dismiss for Lack of Personal Jurisdiction *by State of Alabama and Beth Chapman*, 199 MOTION to Dismiss, 149 MOTION to Dismiss, 200 MOTION to Dismiss for Lack of Personal Jurisdiction, 36 MOTION to Dismiss *Plaintiff's First Amended Complaint*, 140 MOTION to Dismiss *California Defendants' Notice of Motion to Dismiss Pursuant To Federal Rule of Civil Procedure 12(b)(1) & 12(b)(2)* MOTION to Dismiss *California Defendants' Notice of Motion to Dismiss Pursuant To Federal Rule of Civil Procedure 12(b)(1) & 12(b)(2)*, 135 MOTION to Dismiss, 133 MOTION to Dismiss, 147 MOTION to Dismiss for Lack of Personal Jurisdiction, 111 MOTION to Dismiss, 169 MOTION to Dismiss *by Massachusetts Defendants* --, 170 MOTION to Dismiss, 95 MOTION to Dismiss for Lack of Personal Jurisdiction *of The State of Wyoming*, 22 MOTION to Dismiss for Lack of Personal Jurisdiction, 195 MOTION to Dismiss, 166 MOTION to Dismiss, 179 MOTION to Dismiss, 167 MOTION to Dismiss, 192 MOTION to Dismiss *and Notice of Motion*, 185 MOTION to Dismiss for Lack of Personal Jurisdiction, 197 MOTION to Dismiss, 24 MOTION to Dismiss *Amended Complaint*, 163 MOTION to Dismiss, 70 MOTION to Dismiss for Lack of Personal Jurisdiction, 203 MOTION to Dismiss, 162 MOTION to Dismiss *Amended Complaint*, 143 MOTION to Dismiss for Lack of Personal Jurisdiction, 172 MOTION to Dismiss, 144 Final MOTION to Dismiss for Lack of Personal Jurisdiction, 204 MOTION to Dismiss, 94 MOTION to |

Dismiss *of South Carolina Election Defendants*, 164 MOTION to Dismiss for Lack of Personal Jurisdiction *and on other grounds*, 180 MOTION to Dismiss for Lack of Personal Jurisdiction, 194 MOTION to Dismiss *Amended Complaint by Special Appearance*, 39 MOTION to Dismiss for Lack of Personal Jurisdiction filed by Brian L. Roberts, Jean C. Allen, Charles D. Roberts, Brent Cole, Sr, Duane F. Andress, Henry Ayre, David Johnson, Gregory Gorey, Stuart Kevin Cole, Mark J. Yannone, Tom Mayfield, Lynne Baker, Glenda Middlebrook, Matthew Pitagora, Mychal R. Schillaci, Lorraine Lunnon, Lotus, Betty Wies, Susan Marie Weber, Walter B. Reddy, III, Charles Price, Heather Wilson, Steven Bachman, Jean Mateson, Marcus Riego, Nova A. Montgomery, Janine L. Dean Winter, John J. Felso, Clay Dalton, Mary D. Farrell, Roger Patrick, Ka'imi Pelekai, Charles W. Abel, Michael Marsoun, Gary Conway, Susan K. Venable, Paul T. Venable, III, Anthony Leonardo, Charles Nadolski, William Hathaway, Charlie Kochenash, Dave Ward, James Gragg, Robin A. Bailey, Todd Metallo, Robert Adams, Patrick Conway, Ashley Wade Gary, Corey Michael Graham, Clarence Edward Ward, III, Keith Castonguay, Marie Castonguay, Beverly Durand, Harold Poole, Walter Augustine, Cynthia L. Jones, Donald Williamson, Paul Dionne, Daniel Skapinsky, Tony Demott, Pat Foster, John Marshall, Shawn Wayne Junior Davis, John Hansvick, Mark G. Bushman, Christopher J.M. Cummins, Jonathan D. Meadows, Kevin Halpin, Joseph Goodman, Brian Thompson, II, Stanley Jones, Elena Gagliano, Joseph Kasun, Eric Miller, Jay Peterson, Christopher H. Hansen, Juanita Cox, Guy Page Felton, III, Dianne Gilbert, Robert Surprenant, Edward Helmstetter, Gary Berner, Pankaj Anand, Charles Ranalli, James Genzling, William Ritch, Arthur Berg, John Liggett, Steve Harris, Bette German Smith, Carl Jay Zietlow, Charles Cartier, Cathy Cartier, Michael Disalvo, Gregory Tekautz, Steven M. Beeson, Craig F. Holguin, Jennifer L. Waters, Lee Hamel, Rubie O'Dell, Edgar Stephan, Samuel Anthony Ettaro, Joseph Thompson, Christopher J. Maynard, Thomas Beretta, Susan R. Berge, Joshua David Brannon, Ilona Urban Blakeley, William Stegmeier, Elvis Hanes, Eugene Paulson, William Hardin, John Farrar, William Keller, Gary W. Giuffre, Eddie Craig, Ronald J. Keller, Robert K. Dalton, Ted Arsenault, Shaun A. Knapp, David Cole, Gary L. Gale, Owen Mulligan, William Clark Delashmutt, Carolyn Williams, Judith Sharpe, Ron Moss, Larry K. Burns, David Knight, William Sisemore, Dorris Ponstingl, Zabrina Sisemore, Francine Arnold, Anita Zibton, Lance Crain, Maurice W. Jones, Joe R. Slack, Jr, Robert L. Schulz, Kenneth Cooper, Doug Bersaw, Amanda Moore, Arthur Groveman, James Condit, Jr, Fred Smart, Pam Wagner, Troy D. Reha. (Attachments: # 1 Statement of Material Facts # 2 Declaration By Robert L Schulz in Opposition to Dismissal and in Support of Summary Judgment# 3 Affidavit of Lynn E Landes in Support of Plaintiff's part 1# 4 Affidavit of Lunn E Landes Part 2# 5 Affidavit by John Liggett in Support of Plaintiff's# 6 Affidavit of James J Condit, Jr.)(ban) Modified on 8/27/2008 (ban). (Entered: 12/28/2007)

| 12/28/2007 | 224 | ORDER denying 222 Motion for Preliminary Injunction. Signed by Judge Lawrence E. Kahn on 12/27/07. (ban) (Entered: 12/28/2007) |
| 01/02/2008 | 234 | NOTICE OF APPEAL as to 224 Order on Motion for Preliminary Injunction by Brian L. Roberts, Jean C. Allen, Charles D. Roberts, Brent Cole, Sr, Duane F. |

Andress, Henry Ayre, David Johnson, Gregory Gorey, Stuart Kevin Cole, Mark J.
Yannone, Tom Mayfield, Lynne Baker, Glenda Middlebrook, Matthew Pitagora,
Mychal R. Schillaci, Lorraine Lunnon, Lotus, Betty Wies, Susan Marie Weber,
Walter B. Reddy, III, Charles Price, Heather Wilson, Steven Bachman, Jean
Mateson, Marcus Riego, Nova A. Montgomery, Janine L. Dean Winter, John J.
Felso, Clay Dalton, Mary D. Farrell, Roger Patrick, Ka'imi Pelekai, Charles W.
Abel, Michael Marsoun, Gary Conway, Susan K. Venable, Paul T. Venable, III,
Anthony Leonardo, Charles Nadolski, Gerald B. Hebert, William Hathaway,
Charlie Kochenash, Dave Ward, James Gragg, Robin A. Bailey, Todd Metallo,
Robert Adams, Patrick Conway, Ashley Wade Gary, Corey Michael Graham,
Clarence Edward Ward, III, Keith Castonguay, Marie Castonguay, Beverly Durand,
Harold Poole, Walter Augustine, Cynthia L. Jones, Donald Williamson, Paul
Dionne, Daniel Skapinsky, Tony Demott, Pat Foster, John Marshall, Shawn Wayne
Junior Davis, John Hansvick, Mark G. Bushman, Christopher J.M. Cummins,
Jonathan D. Meadows, Kevin Halpin, Joseph Goodman, Brian Thompson, II,
Stanley Jones, Elena Gagliano, Joseph Kasun, Eric Miller, Jay Peterson,
Christopher H. Hansen, Juanita Cox, Guy Page Felton, III, Dianne Gilbert, Robert
Surprenant, Edward Helmstetter, Gary Berner, Pankaj Anand, Charles Ranalli,
James Genzling, William Ritch, Arthur Berg, John Liggett, Steve Harris, Bette
German Smith, Carl Jay Zietlow, Charles Cartier, Cathy Cartier, Michael Disalvo,
Gregory Tekautz, Steven M. Beeson, Craig F. Holguin, Jennifer L. Waters, Lee
Hamel, Rubie O'Dell, Edgar Stephan, Samuel Anthony Ettaro, Joseph Thompson,
Christopher J. Maynard, Thomas Beretta, Susan R. Berge, Joshua David Brannon,
Ilona Urban Blakeley, William Stegmeier, Elvis Hanes, Eugene Paulson, William
Hardin, John Farrar, William Keller, Gary W. Giuffre, Eddie Craig, Ronald J.
Keller, Robert K. Dalton, Ted Arsenault, Shaun A. Knapp, David Cole, Gary L.
Gale, Owen Mulligan, William Clark Delashmutt, Carolyn Williams, Judith
Sharpe, Ron Moss, Larry K. Burns, David Knight, William Sisemore, Dorris
Ponstingl, Zabrina Sisemore, Francine Arnold, Anita Zibton, Lance Crain, Maurice
W. Jones, Joe R. Slack, Jr, William Francis Galvin(Massachusetts Secretary of the
Commonwealth and Chief Election Official, individually and in his official
capacity), Robert L. Schulz, Kenneth Cooper, Doug Bersaw, Amanda Moore,
Arthur Groveman, James Condit, Jr, Fred Smart, Pam Wagner, William Francis
Galvin, Troy D. Reha. Filing fee $ 455, receipt number ALB004010. [appeals
packet provided to plaintiff Robert Schulz at time of filing appeal]. (ban) (Entered:
01/04/2008)

| 01/03/2008 | 225 | Letter Motion from Counsel for NH Defendants for William Gardner requesting Extend Deadline to Respond to Plaintiffs' Cross Motion for Summary Judgment submitted to Judge Lawrence E. Kahn. (Kennedy, James) (Entered: 01/03/2008) |
|---|---|---|
| 01/03/2008 | 226 | Letter Motion from J. Emory Smith, Jr., Counsel for State of SC and SC Election Defendants for State of South Carolina, John Hudgens, III, Cynthia Bensch, Tracey Green, Pamella Pinson, Edward Pritchard, Jr, South Carolina State Election Commission requesting Extension of Time to Reply to Brief in Opposition to Motions to Dismiss submitted to Judge Lawrence E. Kahn. (Smith, James) (Entered: 01/03/2008) |

| 01/03/2008 | 227 | RESPONSE in Support re 225 Letter Motion from Counsel for NH Defendants for William Gardner requesting Extend Deadline to Respond to Plaintiffs' Cross Motion for Summary Judgment submitted to Judge Lawrence E. Kahn *Washington's Letter Joining New Hampshire's Motion* filed by State of Washington, Sam Reed. (Even, Jeffrey) (Entered: 01/03/2008) |
|---|---|---|
| 01/03/2008 | 228 | Letter Motion from Defendant State of California, Debra Bowen, Secretary of State for Debra Bowen requesting To join New Hampshire Defendants' expedited motion to extend deadline to respond to Plaintiffs' cross motion for summary judgment. submitted to Judge Lawrence E. Kahn. (Toledo, Margaret) (Entered: 01/03/2008) |
| 01/03/2008 | 229 | Letter Motion from J. Emory Smith, Jr., Counsel for State of SC and SC Election Defendants for State of South Carolina, John Hudgens, III, Cynthia Bensch, Tracey Green, Pamella Pinson, Edward Pritchard, Jr, South Carolina State Election Commission requesting Extension or Stay of Deadline to Respond to Brief in Support of Cross Motion for Summary Judgment submitted to Judge Lawrence E. Kahn. (Smith, James) (Entered: 01/03/2008) |
| 01/03/2008 | 230 | LETTER BRIEF *joining in the letter motion filed by the State of South Carolina* by State of Ohio, Jennifer Brunner. (Coglianese, Richard) (Entered: 01/03/2008) |
| 01/04/2008 | 231 | Letter Motion from Assistant Attorney General Robert W. Clark on Behalf of Connecticut Defendants for State of Connecticut, Susan Bysiewicz requesting Stay of Deadline for Responding to Plaintiffs' Cross-Motion for Summary Judgment submitted to Judge Lawrence E. Kahn. (Clark, Robert) (Entered: 01/04/2008) |
| 01/04/2008 | 232 | Letter Motion from Assistant Attorney General Kenneth Raschke on behalf of the State of Minnesota for State of Minnesota requesting Extension to Deadline to Respond to Plaintiff's Cross-Motion for Summary Judgment submitted to Judge Lawrence E. Kahn. (Raschke, Kenneth) (Entered: 01/04/2008) |
| 01/04/2008 | 233 | ORDER granting 229 Letter Request. ORDERED the motion for summary judgment is hereby STAYED pending a decision by this court in the motion to dismiss. All defendnats will receive 30 days to file a response to the motion for summary judgment from the date of entry of this court's decision on the motion to dismiss. A new deadline for the return date for the summary judgment motion will also be set if necessary, at this time. Signed by Judge Lawrence E. Kahn on 1/4/08. (ban) (Entered: 01/04/2008) |
| 01/04/2008 | 235 | Letter Motion from Thomas J. Balistreri for State of Wisconsin, John Schober, Shane Falk, David Anstaett, Kirby Brant, Donald Goldberg, Carl Holborn, Patrick Hodan, Robert Kasieta, Jon Savage, Wisconsin State Elections Board requesting Extension of Time to respond to Motion for Summary Judgment submitted to Judge Lawrence E. Kahn. (Attachments: # 1)(Balistreri, Thomas) (Entered: 01/04/2008) |
| 01/04/2008 | 236 | MOTION for Extension of Time to File Response/Reply *to Plaintiffs' Cross-Motion for Summary Judgment* by State of Maryland, Robert Walker, Bobbie Mack, Andrew Jezic, David McManus, Charles Thomann, Maryland State Board |

|  | | |
|---|---|---|
| | | of Elections. Motions referred to David R. Homer. (Butler, Charles) (Entered: 01/04/2008) |
| 01/04/2008 | 237 | MOTION Extend Deadline *to respond to Motion for Summary Judgment* by State of Nebraska. Motions referred to David R. Homer. (Comer, Dale) (Entered: 01/04/2008) |
| 01/04/2008 | 238 | Reply Brief by State of Wisconsin, John Schober, Shane Falk, David Anstaett, Kirby Brant, Donald Goldberg, Carl Holborn, Patrick Hodan, Robert Kasieta, Jon Savage, Wisconsin State Elections Board. (Attachments: # 1 # 2) (Balistreri, Thomas) Modified on 1/7/2008 (ban). (Entered: 01/04/2008) |
| 01/04/2008 | 239 | NOTICE by State of Arkansas, Charlie Daniels *(Letter/Notice regarding Reply Brief* (Hansen, Dennis) (Entered: 01/04/2008) |
| 01/04/2008 | 240 | Letter Motion from Counsel for MO Deft Carnahan and State of Missouri for State of Missouri, Robin Carnahan requesting Extension of Deadline to Respond to Plaintiffs' Cross Motion for Summary Judgment submitted to Judge Lawrence E Kahn. (Farnsworth, James) (Entered: 01/04/2008) |
| 01/04/2008 | 241 | MOTION for Extension of Time to File Response/Reply *to Plaintiff's' Cross-Motion for Summary Judgment* by State of Georgia, Karen Handel. Motions referred to David R. Homer. (Smith, Holly) (Entered: 01/04/2008) |
| 01/04/2008 | 242 | ELECTRONIC NOTICE sent to US Court of Appeals re 234 Notice of Appeal. (ban) (Entered: 01/04/2008) |
| 01/04/2008 | 243 | ELECTRONIC CERTIFICATION to US Court of Appeals of Record on Appeal re 234 Notice of Appeal. (ban) (Entered: 01/04/2008) |
| 01/04/2008 | 244 | REPLY to Response to Motion re 147 MOTION to Dismiss for Lack of Personal Jurisdiction *and supporting declaration* filed by State of Washington, Sam Reed. (Attachments: # 1 Declaration Declaration of Nixon Handy# 2 Declaration Declaration of Service)(Even, Jeffrey) (Entered: 01/04/2008) |
| 01/07/2008 | 245 | NOTICE by State of Virginia, Jean Cunningham, Harold Pyon, Nancy Rodriques, Virginia State Board of Elections *Not to Reply to plaintiffs response to Motion to Dismiss* (Ingold, James) (Entered: 01/07/2008) |
| 01/07/2008 | 246 | REPLY to Response to Motion re 194 MOTION to Dismiss *Amended Complaint by Special Appearance* filed by State of Georgia, Karen Handel. (Smith, Holly) (Entered: 01/07/2008) |
| 01/07/2008 | 247 | REPLY to Response to Motion re 186 MOTION to Dismiss for Lack of Personal Jurisdiction *(Letter in Lieu of Memorandum)* filed by State of North Carolina, Larry Leake, Lorraine Shinn, Charles Winfree, Genevieve Sims, Robert Cordle. (Nichols, Susan) (Entered: 01/07/2008) |
| 01/07/2008 | 248 | REPLY to Response to Motion re 135 MOTION to Dismiss filed by Albert Porter, Bryan Schneider, Jesse Smart, Wanda Rednour, Robert Walters, Patrick Brady. William McGuffage, John Keith, Illinois State Board of Elections. (Attachments: # |

|            |     | 1 Affidavit of Daniel W. White)(Klein, Thomas) (Entered: 01/07/2008) |
|------------|-----|---------------------------------------------------------------------|
| 01/07/2008 | 249 | REPLY to Response to Motion re 168 MOTION to Dismiss *(Letter in lieu of Reply)* filed by State of Maryland, Robert Walker, Bobbie Mack, Andrew Jezic, David McManus, Charles Thomann, Maryland State Board of Elections. (Butler, Charles) (Entered: 01/07/2008) |
| 01/07/2008 | 250 | NOTICE by State of Connecticut, Susan Bysiewicz re 223 Response to Motion,,,,,,,,,,,,,,,,,,,, *re No Intention to Reply to Plaintiffs' Response to Motion to Dismiss* (Clark, Robert) (Entered: 01/07/2008) |
| 01/07/2008 | 251 | REPLY to Response to Motion re 95 MOTION to Dismiss for Lack of Personal Jurisdiction *of The State of Wyoming (Letter in lieu of reply)* filed by State of Wyoming, Max Maxfield. (Robinson, Michael) (Entered: 01/07/2008) |
| 01/07/2008 | 252 | NOTICE by State of Iowa, Michael Mauro *No Reply to Opposition Brief* (Scase, Christie) (Entered: 01/07/2008) |
| 01/07/2008 | 253 | REPLY to Response to Motion re 164 MOTION to Dismiss for Lack of Personal Jurisdiction *and on other grounds* filed by State of New Mexico. (Attachments: # 1 Certificate of Service)(Baca-Chavez, Francine) (Entered: 01/07/2008) |
| 01/07/2008 | 254 | REPLY to Response to Motion re 23 MOTION to Dismiss *of State of South Carolina,* 94 MOTION to Dismiss *of South Carolina Election Defendants Reply to Plaintiffs' Brief in Opposition to Motions to Dismiss* filed by State of South Carolina, John Hudgens, III, Cynthia Bensch, Tracey Green, Pamella Pinson, Edward Pritchard, Jr, South Carolina State Election Commission. (Smith, James) (Entered: 01/07/2008) |
| 01/07/2008 | 255 | REPLY to Response to Motion re 133 MOTION to Dismiss *(Notice of No Reply to Plaintiffs Opposition to Motion to Dismiss)* filed by State of Vermont, Deborah Markowitz. (DiStefano, Mark) (Entered: 01/07/2008) |
| 01/07/2008 | 256 | NOTICE by State of Florida, Kurt Browning re 223 Response to Motion,,,,,,,,,,,,,,,,,,,, *Not to Reply to Plaintiffs' Response to Motion to Dismiss* (Martin, Paul) (Entered: 01/07/2008) |
| 01/07/2008 | 257 | CERTIFICATE OF SERVICE by State of Vermont, Deborah Markowitz re 255 Reply to Response to Motion *(Notice of No Reply to Plaintiffs Opposition to Motion to Dismiss)* (DiStefano, Mark) (Entered: 01/07/2008) |
| 01/07/2008 | 258 | RESPONSE in Support re 70 MOTION to Dismiss for Lack of Personal Jurisdiction filed by State of Michigan, Terri Lynn Land. (Sherman, Ann) (Entered: 01/07/2008) |
| 01/07/2008 | 259 | CERTIFICATE OF SERVICE by State of Michigan, Terri Lynn Land re 258 Response in Support of Motion (Sherman, Ann) (Entered: 01/07/2008) |
| 01/07/2008 | 260 | REPLY to Response to Motion re 166 MOTION to Dismiss filed by State of Missouri, Robin Carnahan. (Farnsworth, James) (Entered: 01/07/2008) |

| 01/07/2008 | 261 | LETTER BRIEF *Defendants' will not file a Reply to Plaintiffs' Memorandum in Opposition* by State of Hawaii. (Suzuki, Russell) (Entered: 01/07/2008) |
|---|---|---|
| 01/07/2008 | 262 | REPLY to Response to Motion re 140 MOTION to Dismiss *California Defendants' Notice of Motion to Dismiss Pursuant To Federal Rule of Civil Procedure 12(b)(1) & 12(b)(2)* MOTION to Dismiss *California Defendants' Notice of Motion to Dismiss Pursuant To Federal Rule of Civil Procedure 12(b)(1) & 12(b)(2)* filed by State of California. (Toledo, Margaret) (Entered: 01/07/2008) |
| 01/07/2008 | 263 | NOTICE by State of South Dakota, Chris Nelson re 223 Response to Motion,,,,,,,,,,,,,,,,,,,, *State of South Dakota will not file a reply memorandum* (Wald, Sherri) (Entered: 01/07/2008) |
| 01/07/2008 | 264 | AFFIDAVIT *ADOPTING REPLY MEMORANDA* by State of Kentucky, Trey Grayson. (Irvin, David) (Entered: 01/07/2008) |
| 01/07/2008 | 265 | REPLY to Response to Motion re 189 First MOTION to Dismiss *indicating that defendant State of New York will not file a reply* filed by State of New York. (Boivin, Bruce) (Entered: 01/07/2008) |
| 01/07/2008 | 266 | LETTER BRIEF *In Lieu of Reply to Plaintiffs' Brief* by State of Rhode Island, A. Ralph Mollis. (Woolley, Richard) (Entered: 01/07/2008) |
| 01/07/2008 | 267 | Letter Motion from New Hampshire Defendants for William Gardner requesting to Join the States of Washington, Georgia, New Mexico, Wisconsin and North Carolina's Reply Briefs in Support of their Motions to Dismiss Plaintiffs' Amended Complaint submitted to Judge Lawrence E. Kahn. (Kennedy, James) (Entered: 01/07/2008) |
| 01/07/2008 | 268 | MEMORANDUM OF LAW re 223 Response to Motion,,,,,,,,,,,,,,,,,,,, *Reply Brief in Support of Indiana Defendants' Motion to Dismiss Plaintiffs' Amended Complaint* filed by State of Indiana, Todd Rokita. (Van Bokkelen, Kate) (Entered: 01/07/2008) |
| 01/07/2008 | 269 | LETTER BRIEF *in lieu of reply brief* by State of North Dakota, Alvin Jaeger. (Bahr, Douglas) (Entered: 01/07/2008) |
| 01/07/2008 | 270 | ORDER granting 226 Letter Request. The deadline to reply to the plaintiff's response brief is extended to 1/14/08 for all defendants. Signed by Judge Lawrence E. Kahn on 1/4/08. (ban) (Entered: 01/07/2008) |
| 01/07/2008 | 271 | Letter Motion from State of Nevada and Ross Miller, Secretary of State for State of Nevada, Ross Miller requesting Extension of Time to Respond to Plaintiff's Cross Motion for Summary Judgment. (Munro, Christine) (Entered: 01/07/2008) |
| 01/07/2008 | 272 | REPLY to Response to Motion re 172 MOTION to Dismiss for Lack of Personal Jurisdiction *of The State of Mississippi I> (Letter in lieu of reply) filed by State of Mississippi, Eric Clark. (Neville, George) Modified on 1/9/2008 (nas, (Entered: 01/07/2008)* |

| | | |
|---|---|---|
| 01/07/2008 | 273 | NOTICE by William Francis Galvin(Massachusetts Secretary of the Commonwealth and Chief Election Official, individually and in his official capacity), Commonwealth of Massachusetts, William Francis Galvin re 169 MOTION to Dismiss *by Massachusetts Defendants -- ....  Notice that Massachusetts Defendants will not reply to plaintiffs' opposition (No. 223) to motion to dismiss (No. 169)* (Sacks, Peter) (Entered: 01/07/2008) |
| 01/07/2008 | 274 | REPLY BRIEF by Jay Dardenne. (Bryan, William) Modified on 1/8/2008 (ban). (Entered: 01/07/2008) |
| 01/07/2008 | 275 | Letter Motion from Wm. Scott Hesse for State of Kansas, Ron Thornburgh submitted to Judge Lawrence E. Kahn. (Hesse, William) (Entered: 01/07/2008) |
| 01/07/2008 | 276 | REPLY to Response to Motion re 190 MOTION to Dismiss *filed by State of Delaware* filed by State of Delaware, Elaine Manlove. (Woolfolk, A.) (Entered: 01/07/2008) |
| 01/07/2008 | 277 | Letter Motion from New Hampshire Defendants for William Gardner requesting to Join the States of Washington, Georgia, New Mexico, Wisconsin and North Carolina's Reply Briefs in Support of their Motions to Dismiss Plaintiffs' Amended Complaint submitted to Judge Lawrence E. Kahn. (Kennedy, James) (Entered: 01/07/2008) |
| 01/07/2008 | 278 | REPLY to Response to Motion re 200 MOTION to Dismiss for Lack of Personal Jurisdiction *indicating that Oklahoma Defendants will not file a reply* filed by State of Oklahoma, Thomas Prince, Susan Turpen, Ramon Watkins, Oklahoma State Election Board. (Izadi, Tina) (Entered: 01/07/2008) |
| 01/07/2008 | 279 | REPLY to Response to Motion re 196 MOTION to Dismiss *Complaint* filed by Gerald B. Hebert, State of Utah. (Roberts, Thom) (Entered: 01/07/2008) |
| 01/07/2008 | 280 | REPLY to Response to Motion re 195 MOTION to Dismiss filed by State of Maine, Matthew Dunlap. (Attachments: # 1 Declaration Julie L. Flynn# 2 Certificate of Service)(Gardiner, Phyllis) (Entered: 01/07/2008) |
| 01/07/2008 | 281 | REPLY to Response to Motion re 22 MOTION to Dismiss for Lack of Personal Jurisdiction filed by State of Oregon, Bill Bradbury. (Casper, Michael) (Entered: 01/07/2008) |
| 01/07/2008 | 282 | LETTER BRIEF *informing the Court that the State of Ohio and Ohio Secretary of State Jennifer Brunner will not file a reply brief to their Motion to Dismiss filed* by State of Ohio, Jennifer Brunner. (Coglianese, Richard) (Entered: 01/07/2008) |
| 01/07/2008 | 283 | RESPONSE in Support re 128 MOTION to Dismiss for Lack of Personal Jurisdiction *(Reply Memorandum)* filed by State of Minnesota. (Raschke, Kenneth) (Entered: 01/07/2008) |
| 01/07/2008 | 284 | CERTIFICATE OF SERVICE by State of Minnesota re 283 Response in Support of Motion (Raschke, Kenneth) (Entered: 01/07/2008) |

| 01/07/2008 | 285 | REPLY to Response to Motion re 203 MOTION to Dismiss *Amended Complaint* filed by State of Montana, Brad Johnson. (Johnstone, Anthony) (Entered: 01/07/2008) |
| 01/07/2008 | 286 | Letter Motion for State of Alabama, Beth Chapman *requesting to join replies of Wisconsin, Washington, Georgia, Illinois, New Mexico, Michigan, Missouri, and Illinois Defendants.* (Parker, William) (Entered: 01/07/2008) |
| 01/07/2008 | 287 | NOTICE by State of Idaho, Ben Ysursa re 223 Response to Motion,,,,,,,,,,,,,,,,, *THAT THEY DO NOT INTEND TO FILE A REPLY* (Gilmore, Michael) (Entered: 01/07/2008) |
| 01/08/2008 | 288 | Mail Returned as Undeliverable. Re: Service of the 12/17/2007 Notice of Hearing on Motions to Dismiss sent to Jonathan D. Meadows Address sent to 254 Cotten Gin Road; Ripley, MS 38663. (see) (Entered: 01/09/2008) |
| 01/09/2008 | 289 | LETTER BRIEF *joining other Replies to MTD* by State of West Virginia. (Utt, Christie) (Entered: 01/09/2008) |
| 01/09/2008 | | CLERK'S CORRECTION OF DOCKET ENTRY re 272 Reply to Response to Motion - docket text edited to reflect reply papers relate to dkt no. 172. (nas) (Entered: 01/09/2008) |
| 01/10/2008 | 290 | Mail Returned as Undeliverable. Re: Service of the 12/17/2007 Text Notice of Hearing on Motion sent to Ronald J. Keller. Address sent to 5127 Hwy 36 South; Rosenbeg, TX 77471. (see) (Entered: 01/11/2008) |
| 01/11/2008 | | TEXT NOTICE re 2 G.O. 25 Filing Order. The Rule 16 Scheduling Conference previously scheduled for 1/22/2008 at 10:00 AM with Hon. David R. Homer, U.S. Magistrate Judge, is ADJOURNED WITHOUT DATE pending decision on the defendants' dispositive motions. [A copy of this notice sent regular mail to plaintiff Robert Schulz by chambers.] (lah, ) (Entered: 01/11/2008) |
| 01/14/2008 | 291 | NOTICE by State of Pennsylvania, Pedro Cortes re 204 MOTION to Dismiss *that Pennsylvania Defendants will not be Filing a Reply Brief* (Harvey, Michael) (Entered: 01/14/2008) |
| 01/14/2008 | 292 | REPLY to Response to Motion re 143 MOTION to Dismiss for Lack of Personal Jurisdiction, 144 Final MOTION to Dismiss for Lack of Personal Jurisdiction filed by State of Colorado, Mike Coffman. (Mirbaba, Melody) (Entered: 01/14/2008) |
| 01/14/2008 | 293 | CERTIFICATE OF SERVICE by State of Colorado, Mike Coffman re 292 Reply to Response to Motion *to Dismiss* (Mirbaba, Melody) (Entered: 01/14/2008) |
| 01/16/2008 | 294 | NOTICE by State of Arizona, Jan Brewer *that they do not intend to file a reply to Plaintiffs' Response to Defendants' Motion to Dismiss* (Skolnik, Bruce) (Entered: 01/16/2008) |
| 02/13/2008 | | USCA Case Number is 08-0002-cv for pltfs' 234 Notice of Appeal. (cbm, ) (Entered: 02/13/2008) |

| 04/28/2008 | 295 | RESPONSE in Opposition re 183 MOTION to Dismiss, 196 MOTION to Dismiss *Complaint*, 184 MOTION to Dismiss for Lack of Personal Jurisdiction, 171 MOTION to Dismiss *Kentucky Defendants*, 23 MOTION to Dismiss *of State of South Carolina*, 188 MOTION to Dismiss, 175 MOTION to Dismiss *due to failure of personal and subject matter jurisdiction as well as failure to state a claim*, 189 First MOTION to Dismiss, 152 MOTION to Dismiss for Lack of Personal Jurisdiction *, Improper Venue and Eleventh Amendment Immunity*, 190 MOTION to Dismiss *filed by State of Delaware*, 15 MOTION to Dismiss, 136 MOTION to Dismiss, 186 MOTION to Dismiss for Lack of Personal Jurisdiction, 128 MOTION to Dismiss for Lack of Personal Jurisdiction, 108 MOTION to Dismiss *and Notice of Motion*, 198 First MOTION to Dismiss, 205 First MOTION to Dismiss *Amended Complaint*, 168 MOTION to Dismiss, 99 MOTION to Dismiss for Lack of Personal Jurisdiction *by State of Alabama and Beth Chapman*, 199 MOTION to Dismiss, 149 MOTION to Dismiss, 200 MOTION to Dismiss for Lack of Personal Jurisdiction, 36 MOTION to Dismiss *Plaintiff's First Amended Complaint*, 140 MOTION to Dismiss *California Defendants' Notice of Motion to Dismiss Pursuant To Federal Rule of Civil Procedure 12(b)(1) & 12(b)(2)* MOTION to Dismiss *California Defendants' Notice of Motion to Dismiss Pursuant To Federal Rule of Civil Procedure 12(b)(1) & 12(b)(2)*, 135 MOTION to Dismiss, 133 MOTION to Dismiss, 147 MOTION to Dismiss for Lack of Personal Jurisdiction, 111 MOTION to Dismiss, 169 MOTION to Dismiss *by Massachusetts Defendants --*, 170 MOTION to Dismiss, 95 MOTION to Dismiss for Lack of Personal Jurisdiction *of The State of Wyoming*, 22 MOTION to Dismiss for Lack of Personal Jurisdiction, 195 MOTION to Dismiss, 166 MOTION to Dismiss, 179 MOTION to Dismiss, 167 MOTION to Dismiss, 192 MOTION to Dismiss *and Notice of Motion*, 185 MOTION to Dismiss for Lack of Personal Jurisdiction, 197 MOTION to Dismiss, 24 MOTION to Dismiss *Amended Complaint*, 163 MOTION to Dismiss, 70 MOTION to Dismiss for Lack of Personal Jurisdiction, 203 MOTION to Dismiss, 162 MOTION to Dismiss *Amended Complaint*, 143 MOTION to Dismiss for Lack of Personal Jurisdiction, 172 MOTION to Dismiss, 144 Final MOTION to Dismiss for Lack of Personal Jurisdiction, 204 MOTION to Dismiss, 94 MOTION to Dismiss *of South Carolina Election Defendants*, 164 MOTION to Dismiss for Lack of Personal Jurisdiction *and on other grounds*, 180 MOTION to Dismiss for Lack of Personal Jurisdiction, 194 MOTION to Dismiss *Amended Complaint by Special Appearance*, 39 MOTION to Dismiss for Lack of Personal Jurisdiction filed by Robert L. Schulz. (Attachments: # 1 Exhibit(s) A part 1, # 2 Exhibit(s) A part 2, # 3 Exhibit(s) A part 3, # 4 Exhibit(s) A part 4)(ban) (Entered: 04/30/2008) |
| 05/02/2008 | 296 | MANDATE of USCA, issued 5/2/08, granting pltf's motion to withdraw 234 Appeal. (cbm ) (Entered: 05/02/2008) |
| 05/07/2008 | 297 | Letter Motion from AAG Bruce J. Boivin for State of New York requesting rejection of plaintiffs' submittion docketed at No. 295 submitted to Judge Kahn. (Boivin, Bruce) (Entered: 05/07/2008) |

| 05/08/2008 | 298 | REPLY to Response to Motion re 94 MOTION to Dismiss *of South Carolina Election Defendants Letter Response to Plaintiff's Declaration No. 2 and Exhibits* filed by State of South Carolina, John Hudgens, III, Cynthia Bensch, Tracey Green, Pamella Pinson, Edward Pritchard, Jr, South Carolina State Election Commission. (Smith, James) (Entered: 05/08/2008) |
|---|---|---|
| 05/08/2008 | 299 | Letter Motion from James W. Kennedy for William Gardner requesting join the State of New York's objection dated May 7, 2008 submitted to Judge Lawrence E. Kahn. (Kennedy, James) (Entered: 05/08/2008) |
| 05/08/2008 | 300 | Letter Motion from AAG Michael A. Casper for State of Oregon requesting rejection of plaintiffs' submission docketed at No. 295 submitted to Judge Kahn. (Casper, Michael) (Entered: 05/08/2008) |
| 05/08/2008 | 301 | ORDER. ORDERED, that Defendant's Letter Motion (Dkt. No. 297) is GRANTED; and it is further ORDERED, that Plaintiff's Motion for leave to file a sur-reply is DENIED; and it is further ORDERED, that Plaintiff's Sur-reply (Dkt. No. 295) is REJECTED. Signed by Senior Judge Lawrence E. Kahn on 5/8/2008. (dpk) (Entered: 05/09/2008) |
| 05/09/2008 | 302 | LETTER BRIEF *joining State of NY's objection* by State of West Virginia, Betty Ireland. (Utt, Christie) (Entered: 05/09/2008) |
| 06/04/2008 | 303 | ORDER granting 189 Motion to Dismiss; granting 190 Motion to Dismiss; granting 192 Motion to Dismiss; granting 194 Motion to Dismiss; granting 195 Motion to Dismiss; granting 196 Motion to Dismiss; granting 197 Motion to Dismiss; granting 198 Motion to Dismiss; granting in part and denying in part 199 Motion to Dismiss; granting 200 Motion to Dismiss for Lack of Personal Jurisdiction; granting 203 Motion to Dismiss; granting 204 Motion to Dismiss; granting 205 Motion to Dismiss; granting 22 Motion to Dismiss for Lack of Personal Jurisdiction; granting 23 Motion to Dismiss; granting 24 Motion to Dismiss; granting 36 Motion to Dismiss; granting 39 Motion to Dismiss for Lack of Personal Jurisdiction; granting 70 Motion to Dismiss for Lack of Personal Jurisdiction; granting 94 Motion to Dismiss; granting 95 Motion to Dismiss for Lack of Personal Jurisdiction; granting 99 Motion to Dismiss for Lack of Personal Jurisdiction; granting 108 Motion to Dismiss; granting 111 Motion to Dismiss; granting 128 Motion to Dismiss for Lack of Personal Jurisdiction; granting 133 Motion to Dismiss; granting 135 Motion to Dismiss; granting 136 Motion to Dismiss; granting 140 Motion to Dismiss; granting 144 Motion to Dismiss for Lack of Personal Jurisdiction; granting 147 Motion to Dismiss for Lack of Personal Jurisdiction; granting 149 Motion to Dismiss; granting 152 Motion to Dismiss for Lack of Personal Jurisdiction; granting 162 Motion to Dismiss; granting 163 Motion to Dismiss; granting 164 Motion to Dismiss for Lack of Personal Jurisdiction; granting 166 Motion to Dismiss; granting 167 Motion to Dismiss; granting 168 Motion to Dismiss; granting 169 Motion to Dismiss; granting 170 Motion to Dismiss; granting 171 Motion to Dismiss; granting 172 Motion to Dismiss; granting 175 Motion to Dismiss; granting 179 Motion to Dismiss; granting 180 Motion to Dismiss for Lack of Personal Jurisdiction; granting 183 |

|  |  |  |
|---|---|---|
|  |  | Motion to Dismiss; granting 184 Motion to Dismiss for Lack of Personal Jurisdiction; granting 185 Motion to Dismiss for Lack of Personal Jurisdiction; granting 186 Motion to Dismiss for Lack of Personal Jurisdiction; granting 188 Motion to Dismiss. Signed by Senior Judge Lawrence E. Kahn on 6/4/08. (ban) (Entered: 06/06/2008) |
| 08/04/2008 | 304 | Plaintiff's MOTION for Default Judgment as to Neil Kelleher, Douglas Kellner, Evelyn Aquila, and Helena Moses Donahue both individually and in their official capacities as Commissioners of the NYS Board of Elections filed by Robert L. Schulz. (ban) (Entered: 08/05/2008) |
| 08/08/2008 | 305 | Letter Motion from Paul M. Collins for Neil Kelleher requesting Enlargement of Time to Answer submitted to Judge Kahn. (Attachments: # 1 Declaration Declaration of Service)(Collins, Paul) (Entered: 08/08/2008) |
| 08/08/2008 | 306 | Letter Motion from Paul M. Collins for Evelyn Aquila requesting Enlargment of Time to Answer submitted to Judge Kahn. (Attachments: # 1 Declaration Declaration of Service)(Collins, Paul) (Entered: 08/08/2008) |
| 08/08/2008 | 307 | Letter Motion from Paul M. Collins for Douglas Kellner requesting Enlargement of Time to Answer submitted to Judge Kahn. (Attachments: # 1 Declaration Declaration of Service)(Collins, Paul) (Entered: 08/08/2008) |
| 08/08/2008 | 308 | Letter Motion from Paul M. Collins for Helena Moses Donahue requesting Enlargement of Time to Answer submitted to Judge Kahn. (Attachments: # 1 Declaration Declaration of Service)(Collins, Paul) (Entered: 08/08/2008) |
| 08/08/2008 | 309 | NOTICE of Appearance by Paul M. Collins on behalf of Evelyn Aquila (Collins, Paul) (Entered: 08/08/2008) |
| 08/08/2008 | 310 | NOTICE of Appearance by Paul M. Collins on behalf of Neil Kelleher (Collins, Paul) (Entered: 08/08/2008) |
| 08/08/2008 | 311 | NOTICE of Appearance by Paul M. Collins on behalf of Douglas Kellner (Collins, Paul) (Entered: 08/08/2008) |
| 08/08/2008 | 312 | NOTICE of Appearance by Paul M. Collins on behalf of Helena Moses Donahue (Collins, Paul) (Entered: 08/08/2008) |
| 08/11/2008 | 313 | ORDER granting 305 306 307 308 Letter Request, Neil Kelleher answer due 8/22/2008; Douglas Kellner answer due 8/22/2008; Evelyn Aquila answer due 8/22/2008; Helena Moses Donahue answer due 8/22/2008. The named defendants have until 8/22/08 to respond to the complaint. The same defendants have until 8/29/08 to respond to the summary judgment motion. The Plaintiff's reply deadline is extended to 9/4/08. Signed by Senior Judge Lawrence E. Kahn on 8/11/08. (ban) (Entered: 08/11/2008) |
| 08/18/2008 | 314 | DECLARATION by Robert L. Schulz in Support of Motion for Summary Judgment. (Attachments: # 1 Exhibit(s) A - NH Primary Book (part 1), # 2 Exhibit(s) A - NH Primary Book (part2), # 3 Exhibit(s) A - NH Primary Book (part3))(ban) (Entered: 08/18/2008) |

| 08/21/2008 | 315 | NOTICE of Appearance by Kimberly A. Galvin on behalf of Evelyn Aquila (Galvin, Kimberly) (Entered: 08/21/2008) |
|---|---|---|
| 08/21/2008 | 316 | NOTICE of Appearance by Kimberly A. Galvin on behalf of Neil Kelleher (Galvin, Kimberly) (Entered: 08/21/2008) |
| 08/21/2008 | 317 | NOTICE of Appearance by Kimberly A. Galvin on behalf of Douglas Kellner (Galvin, Kimberly) (Entered: 08/21/2008) |
| 08/21/2008 | 318 | NOTICE of Appearance by Kimberly A. Galvin on behalf of Helena Moses Donahue (Galvin, Kimberly) (Entered: 08/21/2008) |
| 08/21/2008 | 319 | *Verified* ANSWER to 21 Amended Complaint by Evelyn Aquila.(Galvin, Kimberly) (Entered: 08/21/2008) |
| 08/21/2008 | 320 | *Verified* ANSWER to 21 Amended Complaint by Neil Kelleher.(Galvin, Kimberly) (Entered: 08/21/2008) |
| 08/21/2008 | 321 | *Verified* ANSWER to 21 Amended Complaint by Douglas Kellner.(Galvin, Kimberly) (Entered: 08/21/2008) |
| 08/21/2008 | 322 | *Verified* ANSWER to 21 Amended Complaint by Helena Moses Donahue.(Galvin, Kimberly) (Entered: 08/21/2008) |
| 08/21/2008 | 323 | *verified* ANSWER to 21 Amended Complaint by New York State Board Of Elections.(Galvin, Kimberly) (Entered: 08/21/2008) |
| 08/27/2008 | 324 | RESPONSE in Opposition re 223 MOTION for Summary Judgment filed by New York State Board Of Elections. (Galvin, Kimberly) (Entered: 08/27/2008) |
| 08/27/2008 | 325 | STATEMENT OF MATERIAL FACTS re 223 MOTION for Summary Judgment *Opposition to Plaintiffs Statement of Material Facts* filed by Neil Kelleher, Douglas Kellner, Evelyn Aquila, New York State Board Of Elections, Helena Moses Donahue. (Galvin, Kimberly) (Entered: 08/27/2008) |
| 09/05/2008 | 326 | ORDER granting request to extend time for Plaintiff to reply to Defendant's Answer and Defendant's Opposition to Summary Judgment. Reply due 9/11/08. Signed by Senior Judge Lawrence E. Kahn on 9/5/08. (ban) (Entered: 09/05/2008) |
| 09/12/2008 | 327 | REPLY to Response to Motion re 223 MOTION for Summary Judgment filed by Arthur Berg, John Liggett, Robert L. Schulz. (ban) (Entered: 09/12/2008) |
| 09/22/2008 | 328 | ORDER denying 223 Cross-Motion for Summary Judgment. Signed by Senior Judge Lawrence E. Kahn on 9/22/08. (ban) (Entered: 09/22/2008) |
| 10/20/2008 | 329 | JUDGMENT. IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED in its ENTIRETY as to the following defendants; Commonwealth of Massachusetts, Illinois State Board of Elections, Maryland State Board of Elections, New York State Board Of Elections, North Carolina State Board of Elections, Oklahoma State Election Board, South Carolina State Election Commission, State of Alabama, State of Alaska, State of Arizona, State of Arkansas, State of California, State of Colorado, State of Connecticut, State of |

Delaware, State of Florida, State of Georgia, State of Hawaii, State of Idaho, State of Illinois, State of Indiana, State of Iowa, State of Kansas, State of Kentucky, State of Louisiana, State of Maine, State of Maryland, State of Massachusetts, State of Michigan, State of Minnesota, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of Nevada, State of New Hampshire, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of North Dakota, State of Ohio, State of Oklahoma, State of Oregon, State of Pennsylvania, State of Rhode Island, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of Vermont, State of Virginia, State of Washington, State of West Virginia, State of Wisconsin, State of Wyoming, Virginia State Board of Elections, Wisconsin State Elections Board, A. Ralph Mollis, Albert Porter, Alvin Jaeger, Andrew Jezic, Anne Milgram, Ben Ysursa, Beth Chapman, Betty Ireland, Bill Bradbury, Bobbie Mack, Brad Johnson, Bryan Schneider, Carl Holborn, Charles Thomann, Charles Winfree, Charlie Daniels, Chris Nelson, Cynthia Bensch, David Anstaett, David McManus, Deborah Markowitz, Debra Bowen, Donald Goldberg, Edward Pritchard, Jr, Elaine Manlove, Eric Clark, Genevieve Sims, Gerald B. Hebert, Harold Pyon, Jan Brewer, Jay Dardenne, Jean Cunningham, Jennifer Brunner, Jesse Smart, John Gale, John Hudgens, III, John Keith, John Schober, Jon Savage, Karen Handel, Kirby Brant, Kurt Browning, Larry Leake, Lorraine Shinn, Mark Ritchie, Mary Herrera, Matthew Dunlap, Max Maxfield, Michael Mauro, Mike Coffman, Nancy Rodriques, Pamella Pinson, Patrick Brady, Patrick Hodan, Pedro Cortes, Phil Wilson, Ramon Watkins, Rex M. Quidilla, Riley Darnell, Robert Cordle, Robert Kasieta, Robert Walker, Robert Walters, Robin Carnahan, Ron Thornburgh, Ross Miller, Sam Reed, Sean Parnell, Shane Falk, Susan Bysiewicz, Susan Turpen, Terri Lynn Land, Thomas Prince, Todd Rokita, Tracey Green, Trey Grayson, Wanda Rednour, Whitney Brewster, William Gardner, William McGuffage, William Francis Galvin against Lotus, Amanda Moore, Anita Zibton, Anthony Leonardo, Arthur Berg, Arthur Groveman, Ashley Wade Gary, Bette German Smith, Betty Wies, Beverly Durand, Brent Cole, Sr, Brian Thompson, II, Brian L. Roberts, Carl Jay Zietlow, Carolyn Williams, Cathy Cartier, Charles Cartier, Charles Nadolski, Charles Price, Charles Ranalli, Charles D. Roberts, Charles W. Abel, Charlie Kochenash, Christopher H. Hansen, Christopher J. Maynard, Christopher J.M. Cummins, Clarence Edward Ward, III, Clay Dalton, Corey Michael Graham, Craig F. Holguin, Cynthia L. Jones, Daniel Skapinsky, Dave Ward, David Cole, David Johnson, David Knight, Dianne Gilbert, Donald Williamson, Dorris Ponstingl, Doug Bersaw, Duane F. Andress, Eddie Craig, Edgar Stephan, Edward Helmstetter, Elena Gagliano, Elvis Hanes, Eric Miller, Eugene Paulson, Francine Arnold, Fred Smart, Gary Berner, Gary Conway, Gary L. Gale, Gary W. Giuffre, Gerald B. Hebert, Glenda Middlebrook, Gregory Gorey, Gregory Tekautz, Guy Page Felton, III, Harold Poole, Heather Wilson, Henry Ayre, Ilona Urban Blakeley, James Condit, Jr, James Genzling, James Gragg, Janine L. Dean Winter, Jay Peterson, Jean Mateson, Jean C. Allen, Jennifer L. Waters, Joe R. Slack, Jr, John Farrar, John Hansvick, John Liggett, John Marshall, John J. Felso, Jonathan D. Meadows, Joseph Goodman, Joseph Kasun, Joseph Thompson, Joshua David Brannon, Juanita Cox, Judith Sharpe, Ka'imi Pelekai, Keith Castonguay, Kenneth Cooper,

Kevin Halpin, Lance Crain, Larry K. Burns, Lee Hamel, Lorraine Lunnon, Lynne Baker, Marcus Riego, Marie Castonguay, Mark G. Bushman, Mark J. Yannone, Mary D. Farrell, Matthew Pitagora, Maurice W. Jones, Michael Disalvo, Michael Marsoun, Mychal R. Schillaci, Nova A. Montgomery, Owen Mulligan, Pam Wagner, Pankaj Anand, Pat Foster, Patrick Conway, Paul Dionne, Paul T. Venable, III, Robert Adams, Robert Surprenant, Robert K. Dalton, Robert L. Schulz, Robin A. Bailey, Roger Patrick, Ron Moss, Ronald J. Keller, Rubie O'Dell, Samuel Anthony Ettaro, Shaun A. Knapp, Shawn Wayne Junior Davis, Stanley Jones, Steve Harris, Steven Bachman, Steven M. Beeson, Stuart Kevin Cole, Susan K. Venable, Susan Marie Weber, Susan R. Berge, Ted Arsenault, Thomas Beretta, Todd Metallo, Tom Mayfield, Tony Demott, Troy D. Reha, Walter Augustine, Walter B. Reddy, III, William Hardin, William Hathaway, William Keller, William Ritch, William Sisemore, William Stegmeier, William Clark Delashmutt, Zabrina Sisemore; in accordance with the ORDER of the Honorable Lawrence E. Kahn, US District Judge dated 6/4/08.. (ban) (Entered: 10/20/2008)

| 03/04/2009 | | TEXT NOTICE. A Rule 16 Scheduling Conference will be held on FRIDAY, MARCH 20, 2009 at 9:30 AM with Hon. David R. Homer, U.S. Magistrate Judge, Room 441, James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY. A Case Management Plan shall be e-filed on or before 3/13/2009. Any party wishing to participate by telephone shall telephone Judge Homer's chambers with a contact number to be reached at the time of the conference. Chambers will initiate the conference call. Chambers tel. No. 518-257-1850. [A copy of the text notice sent by regular mail to the remaining plaintiffs in the action -- Robert Schulz, Arthur Berg, John Liggett.] (lah, ) (Entered: 03/04/2009) |
| 03/04/2009 | 330 | Letter Motion from AAG Bruce J. Boivin for State of New York requesting to be relieved as Lead Defendants' Counsel and from the requirement to appear at the March 20, 2009 Rule 16 conference submitted to Judge Homer. (Boivin, Bruce) (Entered: 03/04/2009) |
| 03/05/2009 | 331 | ORDER granting 330 letter request and VACATING 17 Order appointing counsel for defendant State of NY as Lead Defense Counsel. Signed by Magistrate Judge David R. Homer on 3/5/09. (ban) (Entered: 03/05/2009) |
| 03/17/2009 | | TEXT NOTICE. The Rule 16 Scheduling Conference previously set with Magistrate Judge Homer for 3/20/2009 at 9:30 am is RESCHEDULED to 4/30/2009 at 9:30 AM pursuant to the telephone request of plaintiff Schulz. Those parties wishing to appear by telephone are directed to contact chambers with a telephone number to be reached for the conference. The Case Management Plan should be filed with by 4/24/2009. [Text Notice sent by regular mail to pro se plaintiffs] (lah, ) (Entered: 03/17/2009) |
| 04/24/2009 | 332 | CIVIL CASE MANAGEMENT PLAN *Defendants' Proposed Plan* by Douglas Kellner. (Collins, Paul) (Entered: 04/24/2009) |
| 04/29/2009 | 333 | SUGGESTION OF DEATH Upon the Record as to Defendant Kelleher Individually by Douglas Kellner. (Attachments: # 1 Declaration Certificate of Service Notice of Death)(Collins, Paul) (Entered: 04/29/2009) |

| 05/04/2009 | | Minute Entry for proceedings held before Magistrate Judge David R. Homer. A Rule 16Conference was held on 4/30/2009 with Robert Schulz, plaintiff pro se, and Paul Collins for defendants. Pro se plaintiff Liggett was not available for the conference. Pretrial deadlines were established. A scheduling order will be issued. A telephone mid-discovery status conference will be held on 10/1/2009 at 9:00 a.m. (lah, ) (Entered: 05/04/2009) |
|---|---|---|
| 05/04/2009 | | TEXT NOTICE. A Telephone Mid-Discovery Status Conference will be held on OCTOBER 1, 2009 at 9:00 AM with Magistrate Judge David R. Homer. Chambers will initiate the conference call. [copy of text notice sent to John Liggett, pro se, by regular mail] (lah, ) (Entered: 05/04/2009) |
| 05/04/2009 | 334 | UNIFORM PRETRIAL SCHEDULING ORDER: Anticipated length of trial: 14 days. Preferred Trial Location: Albany, NY; Joinder of Parties due by 8/1/2009, Amended Pleadings due by 8/1/2009, Discovery due by 3/1/2010, Motions to be filed by 6/1/2010, Trial Ready Deadline is 7/1/2010, Jury Trial set for 9/20/2010 09:30 AM in Albany before Senior Judge Lawrence E. Kahn. This action has been OPTED OUT of the District's ADR Program. Signed by Magistrate Judge David R. Homer on 5/4/09. (ban) (Entered: 05/04/2009) |
| 05/04/2009 | 335 | AMENDED UNIFORM PRETRIAL SCHEDULING ORDER: Anticipated length of trial: 14 days. Joinder of Parties due by 8/1/2009, Amended Pleadings due by 8/1/2009, Discovery due by 3/1/2010, Motions to be filed by 6/1/2010, Trial Ready Deadline is 7/1/2010, Jury Trial set for 9/20/2010 09:30 AM in Albany before Senior Judge Lawrence E. Kahn, This action has been OPTED OUT of the District's ADR program. Signed by Magistrate Judge David R. Homer on 5/4/09. (ban) (Entered: 05/04/2009) |
| 06/05/2009 | 337 | STIPULATION AND ORDER of Voluntary Discontinuance as to Plaintiff Arthur Berg 336 Letter Request. Signed by Senior Judge Lawrence E. Kahn on 6/5/09. (ban) (Entered: 06/12/2009) |
| 06/11/2009 | 336 | Letter Motion from Paul M. Collins for Arthur Berg requesting the execution of an Stipulation and Order of Voluntary Discontinuance submitted to Judge Kahn. (ban) (Entered: 06/12/2009) |
| 07/13/2009 | 338 | MOTION to Substitute Party filed by John Liggett, Robert L. Schulz. Motions referred to David R. Homer. (ban) (Entered: 07/13/2009) |
| 07/13/2009 | | TEXT NOTICE of Hearing on Motion 338 MOTION to Substitute Party: Response to Motion due by 8/4/2009, Motion Hearing set for 8/20/2009 (ON SUBMIT) in Albany before Magistrate Judge David R. Homer. This motion will be heard on the submission of the papers only, no personal appearances necessary. (ban) (Entered: 07/13/2009) |
| 07/30/2009 | 339 | Cross MOTION for Extension of Time to Amend 323 Answer to Amended Complaint, 322 Answer to Amended Complaint, 321 Answer to Amended Complaint, 319 Answer to Amended Complaint, 320 Answer to Amended Complaint *Submisison of* Motion Hearing set for 8/20/2009 09:30 AM in Albany |

| | | |
|---|---|---|
| | | before Magistrate Judge David R. Homer Response to Motion due by 8/3/2009 filed by Douglas Kellner. (Attachments: # 1 Affidavit Collins Affifavit in Opposition and in Support of Cross-Motion, # 2 Exhibit(s) Exhbit A, # 3 Exhibit(s) Exhibit B, # 4 Exhibit(s) Exhibit C, # 5 Exhibit(s) Exhibit D, # 6 Exhibit(s) Exhibit E, # 7 Exhibit(s) Exhibit F, # 8 Exhibit(s) Exhibit G) Motions referred to David R. Homer. (Collins, Paul) (Entered: 07/30/2009) |
| 07/30/2009 | 340 | Certificate of Service for Cross MOTION for Extension of Time to Amend *Answer* Motion Hearing set for 8/20/2009 09:30 AM in Albany before Magistrate Judge David R. Homer Response to Motion due by 8/3/2009 filed by Douglas Kellner. Motions referred to David R. Homer. (Collins, Paul) Modified on 8/4/2009 (ban). (Entered: 07/30/2009) |
| 08/04/2009 | 341 | PLAINTIFF'S OPPOSITION TO CROSS-MOTION TO AMEND ANSWER re 339 Cross MOTION for Extension of Time to Amend, AND PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO SUBSTITUTE PARTIES re 338 MOTION to Substitute Party filed by John Liggett, Robert L. Schulz. (Attachments: # 1 Cover Letter)(ban) (Entered: 08/04/2009) |
| 09/25/2009 | | TEXT NOTICE. The Telephone Mid-Discovery Status Conference previously set for 10/1/2009 with Magistrate Judge David R. Homer is RESCHEDULED to 10/6/2009 at 11:00 AM. Chambers will initiate the conference call. [copy of text notice sent by regular mail to John Liggett, plaintiff pro se] (lah, ) (Entered: 09/25/2009) |
| 10/08/2009 | | Minute Entry for proceedings held before Magistrate Judge David R. Homer. A Telephone Mid-Discovery Status Conference was held on 10/6/2009 with Robert Schulz and John Liggett, plaintiffs pro se, and Paul Collins, counsel for defendants. The parties reported on discovery conducted to date. Collins stated issues he expected to arise in the future. Any issues that arise will be discussed among the parties for resolution prior to requesting a further conference with the court. [copy of minute entry set by regular mail to Schulz and Liggett] (lah, ) (Entered: 10/08/2009) |
| 10/13/2009 | 342 | REPORT-RECOMMENDATION AND ORDER re 339 Cross MOTION for Extension of Time to Amend and 338 MOTION to Substitute Party. Objections to R&R due by 10/27/2009, Case Review Deadline 11/2/2009. ORDERED that plaintiff's motion to substitute Walsh and Peterson as party-defendants for Kelleher and Donahue 338 is Granted in Part and Denied in Part. ORDERED that defendant's Cross-Motion 339 is GRANTED and defendants shall file and serve their amended answer adding the affirmative defense of qualified immunity on or before 11/1/09. IT IS RECOMMENDED that the action be Terminated as to Kelleher in his individual capacity and that, if this recommendation is adopted, the action be terminated against Kelleher in its entirety.Signed by Magistrate Judge David R. Homer on 10/13/09. (ban) (Entered: 10/13/2009) |
| 10/13/2009 | 343 | *Amended* ANSWER to 21 Amended Complaint by Evelyn Aquila, Helena Moses Donahue, Douglas Kellner, Gregory P. Peterson, and James A. Walsh.(Collins, Paul) Modified on 10/26/2009 (wbl, ). (Entered: 10/13/2009) |

| 11/20/2009 | 344 | DECISION AND ORDER granting in part and denying in part 338 Motion to Substitute Party. ORDERED That plaintiff's Motion to substitute James A. Walsh and Gregory P. Peterson as party-defendants for Defendants Kelleher and Donahue is GRANTED as to the claims against Kelleher and Donahue in their official capacities. IT IS ORDERED that Plaintiff's Motion to substitute James A. Walsh and Gregory P. Peterson as party-defendants for Defendants Kelleher and Donahue is DENIED without prejudice as to the claims against Kelleher and Donahue in their individual capacities; ORDERED that Defendants cross-motion 339 Motion for Extension of Time to Amend is GRANTED, such that defendants amended answer 343 adding the affirmative defense of qualified is proper; ORDERED that the Report and Recommendations 342 is APPROVED and ADOPTED in its ENTIRETY. ORDERED that Plaintiff's action be terminated against the deceased defendant Kelleher in its entirety. Signed by Senior Judge Lawrence E. Kahn on 11/20/09. (ban) (Entered: 11/20/2009) |
|---|---|---|
| 01/14/2010 | 345 | Letter Request filed by State of New York-State Board of Elections requesting discovery conference submitted to Judge David R. Homer. (sg ) (Entered: 01/14/2010) |
| 01/14/2010 | | TEXT NOTICE re 345 Letter Motion from Paul Collins, Esq. requesting discovery conference. A Discovery Conference will be held with Magistrate Judge David R. Homer on FEBRUARY 16, 2010 at 10:00 AM, Room 441, James Foley U.S. Courthouse, 445 Broadway, Albany, New York. [Copy of Text Notice sent by regular mail to plaintiffs pro se Schulz and Liggett] (lah, ) (Entered: 01/14/2010) |
| 02/03/2010 | 346 | MOTION for Discovery filed by Robert L. Schulz. (Attachments: # 1 Memorandum of Law, # 2 Declaration, # 3 Exhibit(s) A-H) Motions referred to David R. Homer. (mgh) (Entered: 02/05/2010) |
| 02/08/2010 | | TEXT ORDER re 346 MOTION for Discovery. Plaintiffs' submission to the court labeled as an order to show cause is being construed by the court as a discovery motion. A Discovery Conference was previously scheduled for 2/16/2010 at 10:00 a.m. regarding defendants' letter request for a discovery conference 345 . Plaintiffs' motion 346 will be discussed at the scheduled 2/16/2010 conference. Signed by Magistrate Judge David R. Homer on 2/8/2010. [copy of text order sent by regular mail to Schulz and Liggett, pro se plaintiffs](lah, ) (Entered: 02/08/2010) |
| 02/16/2010 | 347 | CONFIDENTIALITY ORDER. Signed by Magistrate Judge David R. Homer on 2/16/2010. (sg ) (Entered: 02/16/2010) |
| 02/16/2010 | | Minute Entry for proceedings held before Magistrate Judge David R. Homer. A Discovery Hearing was held on-the-record 2/16/2010 re 345 and 346 with Robert Schulz, plaintiff pro se, and Paul Collins, counsel for defendants. Arguments were heard. A confidentiality order was agreed upon and signed by the court. (lah, ) (Entered: 02/16/2010) |
| 02/17/2010 | 348 | TRANSCRIPT REQUEST by Douglas Kellner for proceedings held on 2-16-2010 before Judge Homer.. (Collins, Paul) (Entered: 02/17/2010) |

| 02/18/2010 | 349 | SCHEDULING ORDER: Discovery due by 7/1/2010. Motions to be filed by 9/1/2010. Trial Ready Deadline is 10/1/2010. Jury Trial set for 1/24/2011 10:00 AM in Albany before Senior Judge Lawrence E. Kahn. Signed by Magistrate Judge David R. Homer on 2/18/10. (tab) Modified on 2/22/2010 (tab). (Entered: 02/19/2010) |
|---|---|---|
| 02/22/2010 | 350 | AMENDED SCHEDULING ORDER: Discovery due by 7/1/2010. Motions to be filed by 9/1/2010. Trial Ready Deadline is 10/1/2010. Jury Trial set for 1/24/2011 10:00 AM in Albany before Senior Judge Lawrence E. Kahn. (Amended for a clerical error in the trial date). Signed by Magistrate Judge David R. Homer on 2/22/09. (tab) (Entered: 02/22/2010) |
| 02/26/2010 | 351 | PLAINTIFFS' OBJECTIONS TO AND APPEAL FROM MAGISTRATE CONFIDENTIALITY ORDER by John Liggett and Robert L. Schulz. (dpk) (Entered: 03/02/2010) |
| 03/09/2010 | 352 | Response by Evelyn Aquila to 351 Appeal of Magistrate Judge Decision to District Court (Attachments: # 1 Declaration)(Collins, Paul) (Entered: 03/09/2010) |
| 03/10/2010 | | Set Deadlines as to 351 APPEAL OF MAGISTRATE JUDGE DECISION to District Court by John Liggett, Robert L. Schulz re 347 Order. Motion Hearing is set for 4/2/2010 at 09:30 AM in Albany before Senior Judge Lawrence E. Kahn. This motion will be considered on the submission of the motion papers, only. No oral arguments will be entertained. (sas) (Entered: 03/10/2010) |
| 03/23/2010 | 353 | REPLY to Objections re 351 APPEAL OF MAGISTRATE JUDGE DECISION to District Court by John Liggett, Robert L. Schulz re 347 Order filed by John Liggett, Robert L. Schulz. (tab) (Entered: 03/24/2010) |
| 03/24/2010 | 354 | Response by Evelyn Aquila to 351 Appeal of Magistrate Judge Decision to District Court (Collins, Paul) (Entered: 03/24/2010) |
| 03/30/2010 | 355 | LETTER BRIEF in support of motion by John Liggett, Robert L. Schulz. (Attachments: # 1 Exhibit(s) part 1, # 2 Exhibit(s) part 2)(tab) (Entered: 03/31/2010) |
| 04/28/2010 | 356 | *April 28, 2010* Letter Motion from Paul M. Collins, Esq. for New York State Board Of Elections requesting Conference with Magistrate Judge for Discovery Issues submitted to Judge Homer. (Collins, Paul) (Entered: 04/28/2010) |
| 04/30/2010 | | TEXT NOTICE re 356 Letter Motion from Paul M. Collins, Esq. for New York State Board Of Elections. A Telephone DISCOVERY CONFERENCE will be held with Magistrate Judge David R. Homer on MAY 13, 2010 at 10:00 AM. The court will initiate the conference call. [copy of text notice sent by regular mail to Robert Schulz and John Liggett] (lah, ) (Entered: 04/30/2010) |
| 05/14/2010 | | Minute Entry for proceedings held before Magistrate Judge David R. Homer. A Discovery Conference was held by telephone on-the-record on 5/13/2010 with plaintiff pro se Robert Schulz and counsel for defendants, Paul Collins. Arguments were heard and rulings made. The pretrial deadlines were extended. A written |

order will be entered. [copy of text notice sent to Robert Schulz and John Liggett by regular mail] (lah, ) (Entered: 05/14/2010)

| 05/14/2010 | 357 | ORDER. Defendant's Request for an order compelling plaintiffs to supplement their expert witness reports to comply with Fed. R. Civ. P. 26(a) is DENIED as the objections raised by defendants appear directed to the admissibility of such expert witness testimony, a matter committed to the discretion of the district court, rather than to discovery issues relating to those reports, a matter committed to the magistrate judge assigned to the case; ORDERED that Plaintiffs' motion for a stay of discovery pending decision on plaintiffs' pending appeal of this Court's confidentiality order is DENIED; ORDERED that upon plaintiffs' identifications of the model and serial numbers of the lever voting machines utilized by plaintiffs Schulz and Liggett, defendants shall provide the requested documents related to those two machines to plaintiffs within thirty days thereafter; ORDERED that defendants make arrangements with the County Board of Elections where the voting machines used by plaintiffs Schulz and Liggett are maintained for an inspection of those machines by plaintiffs and, if such inspections cannot be arranged through the County Board of Elections, to request defendants' counsel to facilitate such an inspection; ORDERED that defendants shall provide and make available for inspection and review documents requested by plaintiffs modified to limit such documents to those which came into existence on or after January 1, 2004; The Uniform Pretrial Scheduling Order is further amended as follows: Discovery due by 12/1/2010, Motions to be filed by 3/1/2011, Trial Ready Deadline is 4/1/2011. The date for commencement of trial is hereby extended to 7/11/11, and the Uniform Pretrial Scheduling Order, as amended, remains in full force and effect in all other respects. 356 Motion is terminated. Signed by Magistrate Judge David R. Homer on 5/14/10. (ban) (Entered: 05/14/2010) |
|---|---|---|
| 06/04/2010 | 358 | ORDERED, that Plaintiffs Motion objecting to and appealing the Confidentiality Order of February 16, 2010 (Dkt. No. 351) is DENIED. Signed by Senior Judge Lawrence E. Kahn on June 4, 2010. (sas) (Entered: 06/04/2010) |
| 07/06/2010 | 359 | NOTICE OF APPEAL as to 358 Order on Appeal of Magistrate Judge Decision to District Court by John Liggett, Robert L. Schulz. Filing fee $ 455, receipt number ALB005924. (ban) (Entered: 07/07/2010) |
| 07/06/2010 | 360 | Letter from Robert Schulz addressed to Judge David R. Homer, dated 7/3/10. (ban) (Entered: 07/07/2010) |
| 07/08/2010 | 361 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 359 Notice of Appeal. (ban) (Entered: 07/08/2010) |
| 08/24/2010 | 362 | Letter Motion from Paul Collins Requesting Conference for Evelyn Aquila requesting Discovery Conference submitted to Judge Homer. (Collins, Paul) (Entered: 08/24/2010) |
| 08/27/2010 | | TEXT NOTICE re 362 Letter Motion from Paul Collins, Esq. requesting conference. A telephone DISCOVERY CONFERENCE will be held on-the-record on SEPTEMBER 14, 2010 at 10:30 AM with Magistrate Judge David R. Homer. |

|  |  | The Court will initiate the conference call. [copy of text notice sent by regular mail to Robert Schulz, pro se and John Liggett, pro se] (lah, ) (Entered: 08/27/2010) |
|---|---|---|
| 08/27/2010 |  | Set/Reset Hearings: On-The-Record Telephone Discovery Conference set for 9/14/2010 at 10:30 AM in Albany before Magistrate Judge David R. Homer. (sg ) (Entered: 08/27/2010) |
| 09/14/2010 |  | Minute Entry for proceedings held re 362 letter motion, before Magistrate Judge David R. Homer. A Discovery Conference was held on-the-record on 9/14/2010 with plaintiff pro se Robert Schulz and counsel for defendants, Paul Collins. The court heard arguments and (1) denied defendants' request for a stay of proceedings; (2) denied plaintiffs' request for certain supplemental responses; and (3) granted plaintiffs' request directing defendants to produce certain historical documents. A written order will be entered. (lah, ) (Entered: 09/14/2010) |
| 09/14/2010 | 363 | ORDER re 362 Discovery Conference granting in part and denying in part plaintiff's requests. Signed by Magistrate Judge David R. Homer on 9/14/10. (tab) (Entered: 09/14/2010) |
| 09/14/2010 | 364 | LETTER AND RESPONSE BRIEF RE: Discovery issues by Robert L. Schulz. (Attachments: # 1 request for documents, # 2 objections)(tab) (Entered: 09/14/2010) |
| 10/27/2010 | 365 | Letter Motion from Robert L. Schulz (plaintiffs) requesting extension of discovery deadline and the scheduling of a discovery conference submitted to Judge David R. Homer. (tab) (Entered: 10/28/2010) |
| 11/03/2010 |  | TEXT ORDER re 365 Letter Motion from Robert L. Schulz requesting extension of discovery deadline. Defendants have no objection. The request is GRANTED. The Discovery Deadline is hereby extended to JUNE 1, 2011. Signed by Magistrate Judge David R. Homer on 11/03/2010. (lah, ) (Entered: 11/03/2010) |
| 11/29/2010 | 366 | TRANSCRIPT of Proceedings: Digitally Recorded Discovery Conference held on February 16, 2010 before Judge David R. Homer, Transcriber: Diane S. Martens, Telephone number: 315-234-8545. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/20/2010. Redacted Transcript Deadline set for 12/30/2010. Release of Transcript Restriction set for 2/28/2011. Notice of Intent to Redact due by 12/6/2010 (dm2, ) (Entered: 11/29/2010) |

| 12/06/2010 | 367 | First MOTION to Dismiss for Lack of Subject Matter Jurisdiction Motion Hearing set for 1/7/2011 09:30 AM in Albany before Senior Judge Lawrence E. Kahn Response to Motion due by 12/21/2010 Reply to Response to Motion due by 12/27/2010. filed by Evelyn Aquila. (Attachments: # 1 Affidavit Paul M. Collins, # 2 Exhibit(s) Collins Declatation "A", # 3 Exhibit(s) Collins Declaration "B", # 4 Exhibit(s) Collins Declaration "C", # 5 Exhibit(s) Collins Declaration "D", # 6 Exhibit(s) Collins Declaration "E", # 7 Exhibit(s) Collins Declaration "F", # 8 Memorandum of Law In Support of Motion, # 9 Appendix Appendix "A" Memorandum of Law, # 10 Appendix Appendix "B" Memorandum of Law) (Collins, Paul) (Entered: 12/06/2010) |
|---|---|---|
| 12/07/2010 | | Set/Reset Scheduling Order Deadlines: Discovery due by 6/1/2011. (sg ) (Entered: 12/07/2010) |
| 12/08/2010 | 368 | AFFIDAVIT in Support re 367 First MOTION to Dismiss for Lack of Subject Matter Jurisdiction *Declartion of Service of Paul M. Collins* filed by Evelyn Aquila. (Collins, Paul) (Entered: 12/08/2010) |
| 12/17/2010 | 369 | LETTER REQUEST and ORDER. Request is GRANTED. The plaintiffs' response deadline will be due on 12/26/10. The defendants' new reply deadline is 1/03/11. Signed by Senior Judge Lawrence E. Kahn on December 17, 2010. (sas) (Entered: 12/17/2010) |
| 12/21/2010 | 370 | LETTER REQUEST & ORDER Setting Hearing on Motion 367 First MOTION to Dismiss for Lack of Subject Matter Jurisdiction: Response to Motion due by 12/28/2010. Reply to Response to Motion due by 1/5/2011. Signed by Senior Judge Lawrence E. Kahn on December 21, 2010. (sas) (Entered: 12/21/2010) |
| 12/21/2010 | 371 | RESPONSE in Support re 367 First MOTION to Dismiss for Lack of Subject Matter Jurisdiction *Request for Oral Argument* filed by Evelyn Aquila. (Collins, Paul) (Entered: 12/21/2010) |
| 12/28/2010 | 373 | **STRICKEN Pursuant to Judge Kahn's 12/30/10 Text Order**RESPONSE in Opposition re 367 First MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by John Liggett, Robert L. Schulz. (Attachments: # 1 Plaintiff's Brief in Opposition to Motion to Dismiss, # 2 Appendix A, # 3 Appendix B, # 4 Certificate of Service)(ban) Modified on 12/30/2010 (ban). (Entered: 12/29/2010) |
| 12/29/2010 | | TEXT ORDER: Defendants' request [Dkt. No. 371] to orally argue their Motion to dismiss is DENIED. The Court may later determine that oral argument could assist it in resolving Defendants' Motion, and schedule arguments at that time. SO ORDERED by Senior Judge Lawrence E. Kahn on 12/29/10. (ban) (Entered: 12/29/2010) |
| 12/29/2010 | 372 | Letter Motion from Robert L. Schulz and John Liggett requesting waiver of page number limitation rule, submitted to Judge Kahn. (ban) (Entered: 12/29/2010) |
| 12/30/2010 | | TEXT ORDER: Plaintiffs' Letter Motion [Dkt. No. 372] seeking waiver of the Local Rules' page number limitation is DENIED. Plaintiffs are granted an extension of time to refile their Response such that it complies with the 25-page |

|  |  | limitation set forth in Local Rule 7.1(a)(1). Plaintiffs shall have until January 5, 2011 to resubmit their Response. The resubmitted Response should include no additional arguments from those contained in their prior filing [Dkt. No. 373]. Plaintiffs' initial Response [Dkt. No. 373] is hereby STRICKEN from the docket. Reply to Response to Motion shall be due January 17, 2011. SO ORDERED by Senior Judge Lawrence E. Kahn on 12/30/2010. (ban) Modified on 12/30/2010 (ban). (Entered: 12/30/2010) |
|---|---|---|
| 12/30/2010 |  | Set/Reset Deadlines as to 367 First MOTION to Dismiss for Lack of Subject Matter Jurisdiction. Response to Motion due by 1/5/2011, Reply to Response to Motion due by 1/17/2011. (ban) (Entered: 12/30/2010) |
| 12/30/2010 |  | CLERK'S CORRECTION OF DOCKET ENTRY re 12/30/10 TEXT Order on Letter Request: The text of Judge Kahn's 12/30/10 Text Order was changed to correct the documents referenced. Document # 373 is the Response to be Stricken, not #372. (ban) (Entered: 12/30/2010) |
| 01/05/2011 | 374 | RESPONSE in Opposition re 367 First MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Robert L. Schulz. (Attachments: # 1 Memorandum of Law, # 2 Appendix A, # 3 Appendix B, # 4 Appendix C through G, # 5 certificate of service)(tab) (Entered: 01/06/2011) |
| 01/12/2011 | 375 | Letter Motion from Paul M.Collins for Evelyn Aquila requesting Rule 6 Enlargement submitted to Judge Kahn. (Collins, Paul) (Entered: 01/12/2011) |
| 01/13/2011 | 376 | ORDER granting 375 Letter Motion from Paul M.Collins for Evelyn Aquila requesting a 1 day extension to file the defendants' reply: Reply to Response to Motion due by 1/18/2011. Signed by Senior Judge Lawrence E. Kahn on January 13, 2011. (sas) (Entered: 01/13/2011) |
| 01/18/2011 | 377 | RESPONSE in Support re 367 First MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Evelyn Aquila. (Attachments: # 1 Affidavit, # 2 Affidavit)(Collins, Paul) (Entered: 01/18/2011) |
| 01/24/2011 | 378 | Letter Motion filed by Plaintiff Robert L. Schulz requesting permission to file the attached Sur-Reply in Opposition to Motion to Dismiss submitted to Judge Lawrence E. Kahn. (mab) (Entered: 01/24/2011) |
| 01/24/2011 | 379 | RESPONSE in Opposition re 378 Letter Motion for Robert L. Schulz requesting permission to file the attached Sur-Reply in Opposition to Motion to Dismiss submitted to Judge Lawrence E. Kahn file by Paul M. Collins. (Attachments: # 1 Declaration of Service). (mab) (Entered: 01/24/2011) |
| 01/24/2011 |  | CLERK'S CORRECTION OF DOCKET ENTRY re 378 Letter Request/Motion and 379 Response in Opposition to Motion. Attorney Pual M. Collins filed 379 opposition prior to the Clerk docketing the 378 request for leave to file by Pro Se Plaintiff Robert L. Schultz. Clerk deleted the opposition and then docketed Mr. Schultz's request. Clerk re-filed the documents in opposition submitted by Attorney Paul M. Collins to reflect his opposition to the appropriate document. (mab) (Entered: 01/24/2011) |

| 01/25/2011 | 380 | ORDER denying 378 Letter Request to file a sur-reply. Signed by Senior Judge Lawrence E. Kahn on January 25, 2011. (sas) (Entered: 01/25/2011) |
|---|---|---|
| 01/28/2011 | 381 | MANDATE of USCA issued on 12/21/10 as to 359 Notice of Interlocutory Appeal filed by John Liggett, Robert L. Schulz. Appeal is Dismissed. (alh, ) (Entered: 01/28/2011) |
| 05/16/2011 | 382 | Letter Motion from Robert Schulz for plaintiffs requesting an extension of the discovery deadline submitted to Judge David R. Homer. (tab) (Entered: 05/16/2011) |
| 05/17/2011 | | TEXT ORDER Re 382 Letter Request of plaintiff pro se Robert Schulz requesting that the discovery deadline be extended to a date five months following the date of the District Court's decision on the pending motion to dismiss. The matter of discovery and the discovery deadline will be considered after decision on the motion pending before the District Court. Signed by Magistrate Judge David R. Homer on 05/17/2011. (lah, ) (Entered: 05/17/2011) |
| 07/07/2011 | 383 | MEMORANDUM-DECISION and ORDERED, that Defendants Motion (Dkt. No. 367) is GRANTED; and it is further ORDERED, that Plaintiffs Amended Complaint (Dkt. No. 21) is DISMISSED with prejudice for lack of subject matter jurisdiction. Signed by Senior Judge Lawrence E. Kahn on July 7, 2011. (sas) (Entered: 07/07/2011) |
| 07/07/2011 | 384 | JUDGMENT in favor of DEFENDANTS and against PLAINTIFFS (tab) (Entered: 07/07/2011) |
| 07/22/2011 | 385 | MOTION for Reconsideration re 383 Order on Motion to Dismiss/Lack of Subject Matter Jurisdiction and 384 Judgment filed by John Liggett, Robert L. Schulz. Motion Hearing set for 9/2/2011 at 9:30 AM in Albany, NY before Senior Judge Lawrence E. Kahn. Response to Motion due by 8/16/2011 (Attachments: # 1 Memorandum of Law in Support of Motion for Reconsideration, # 2 Declaration by Robert L. Schulz in Support of Motion for Reconsideration). (mab) (Entered: 07/22/2011) |
| 08/15/2011 | 386 | AFFIDAVIT in Opposition re 385 MOTION for Reconsideration re 384 Judgment, 383 Order on Motion to Dismiss/Lack of Subject Matter Jurisdiction, MOTION for Reconsideration re 384 Judgment, 383 Order on Motion to Dismiss/Lack of Subject Matter Jurisdiction, *for all remaining Defendants* filed by Evelyn Aquila. (Attachments: # 1 Affidavit Certjificate of Service, # 2 Memorandum of Law)(Collins, Paul) (Entered: 08/15/2011) |
| 08/26/2011 | 387 | RESPONSE in Opposition re 385 MOTION for Reconsideration re 384 Judgment, 383 Order on Motion to Dismiss/Lack of Subject Matter Jurisdiction, MOTION for Reconsideration re 384 Judgment, 383 Order on Motion to Dismiss/Lack of Subject Matter Jurisdiction, *Left of Objection to Plaintiffs' Reply* filed by Evelyn Aquila. (Collins, Paul) (Entered: 08/26/2011) |
| 08/26/2011 | 388 | Letter Motion from Plaintiffs by Robert L. Schulz, requesting permission to file a reply in support of pending Motion for Reconsideration submitted to Judge |

| | | Lawrence E. Kahn. (tab) (Entered: 08/30/2011) |
|---|---|---|
| 08/26/2011 | 389 | ORDER granting 388 Letter Request,. Signed by Senior Judge Lawrence E. Kahn on 8/26/11. (tab) (Entered: 08/30/2011) |
| 10/13/2011 | 390 | DECISION and ORDERED, that Plaintiffs Motion for reconsideration (Dkt. 385) is DENIED. Signed by Senior Judge Lawrence E. Kahn on October 13, 2011. (sas) (Entered: 10/13/2011) |
| 11/10/2011 | 391 | NOTICE OF APPEAL as to 390 Order on Motion for Reconsideration by Robert L. Schulz (Plaintiffs). Filing fee $ 455, receipt number ALB006947. (tab) (Entered: 11/10/2011) |
| 11/10/2011 | 392 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 391 Notice of Appeal (tab) (Entered: 11/10/2011) |
| 11/28/2011 | | TEXT NOTICE FROM THE CLERK: A review of the admission records has confirmed that the bar Number 106463, assigned to James Emory Smith, Jr., in 1:07-CV-943 was inadvertently also assigned to James Emerson Smith, Jr.. Subsequently the wrong James Smith was added to this action. The docket has been modified to correct this error to reflect that James E. Smith, Jr. of the South Carolina Attorney General's Office appeared in this action. (mae) (Entered: 11/28/2011) |
| 01/24/2012 | | USCA Case Number is 11-4894 for 391 Appeal filed by Robert L. Schulz. (cbm ) (Entered: 01/24/2012) |
| 11/20/2012 | 393 | MANDATE of USCA, issued 11/16/12, as to 391 Appeal filed by Robert L. Schulz, affirming judgment of the district court. (cbm ) (Entered: 11/20/2012) |

## PACER Service Center

### Transaction Receipt

| 10/12/2015 23:07:36 | | | |
|---|---|---|---|
| **PACER Login:** | ps1136:2767983:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-00943-LEK-DRH |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

# An Open Letter to Barack Obama:

## Are you a Natural Born Citizen of the U.S.?

## Are you legally eligible to hold the Office of President?

December 1, 2008

Mr. Barack Obama
Barack Obama Transition Office
Kluczynski Federal Building
230 So. Dearborn St.
Chicago, Illinois 60604

Dear Mr. Obama:

Representing thousands of responsible American citizens who have also taken an oath to defend the Constitution of the United States of America, I am duty bound to call on you to remedy an apparent violation of the Constitution.

Compelling evidence supports the claim that you are barred from holding the Office of President by the "natural born citizen" clause of the U.S. Constitution. For instance:

- You have posted on the Internet an unsigned, forged and thoroughly discredited, *computer-generated* birth form created in 2007, a form that lacks vital information found on any original, hand signed Certificate of Live Birth, such as hospital address, signature of attending physician and age of mother.

- Hawaii Dept of Health will not confirm your assertion that you were born in Hawaii.

- Legal affidavits state you were born in Kenya.

- Your grandmother is recorded on tape saying she attended your birth in Kenya.

- U.S. Law in effect in 1961 denied U.S. citizenship to any child born in Kenya if the father was Kenyan and the mother was not yet 19 years of age.

- In 1965, your mother legally relinquished whatever Kenyan or U.S. citizenship she and you had by marrying an Indonesian and becoming a naturalized Indonesian citizen.

You have repeatedly refused to provide evidence of your eligibility when challenged to do so in a number of recent lawsuits. Instead, you have been successful in having judges declare that they are powerless to order you to prove your eligibility to assume the Office of President.

Incredibly, the judge in Hawaii actually said it would be an invasion of your privacy for him to order access to your original birth certificate in order to prove your eligibility to hold the Office of President.

Before you can legitimately exercise any of the powers of the President you must meet all the criteria for eligibility established by the Constitution. You are under a moral, legal, and fiduciary duty to proffer such evidence. Should you assume the office as anyone but a *bona fide* natural born citizen of the United States who has not relinquished that citizenship, you would be inviting a national crisis that would undermine the domestic peace and stability of the Nation. For example:

- You would always be viewed by many Americans as a poseur - a *usurper*.

- As a *usurper*, you would be unable to take the required "Oath or Affirmation" on January 20 without committing the crime of perjury or false swearing, for being ineligible you cannot faithfully execute the Office of the President of the United States.

- You would be entitled to no allegiance, obedience or support from the People.

- The Armed Forces would be under no legal obligation to remain obedient to you.

- No civilian in the Executive Branch would be required to obey any of your proclamations, Executive Orders or directives, as such orders would be legally void.

- Your appointments of Judges to the Supreme Court would be void.

- Congress would not be able to pass any needed legislation because it would not be able to acquire the signature of a *bona fide* President.

- Congress would be unable to remove you, a *usurper*, from the Office of the President on Impeachment, inviting certain political chaos including a potential for armed conflicts within the General Government or among the States and the People to effect the removal of such a *usurper*.

In consideration of the escalating constitutional crisis brought on by the total lack of evidence needed to conclusively establish your eligibility, I am compelled to serve you with this First Amendment Petition for a Redress of this violation of the Constitution.

With all due respect, I ask that you immediately direct the appropriate Hawaiian officials to allow access to the vault copy of your birth certificate by our forensic scientists on Friday, Saturday and Sunday, December 5, 6 and 7, 2008.

In addition, I ask that you deliver the following documentary evidence to the National Press Club in Washington DC by 10 am on December 8, 2008, marked for my attention:

- A certified copy of your original, signed "vault" birth certificate.

- Certified copies of your reissued and sealed birth certificates in the names Barack Hussein Obama, Barry Soetoro, Barry Obama, Barack Dunham and Barry Dunham.

- A certified copy of your Certification of Citizenship.

- A certified copy of your Oath of Allegiance taken upon age of maturity.

- Certified copies of your admission forms for Occidental College, Columbia University and Harvard Law School.

- Certified copies of any legal documents changing your name.

Each member of the Electoral College, who is committed to casting a vote on December 15, 2008, has a constitutional duty to make certain you are a natural-born citizen. As of today, there is no evidence in the public record (nor have you provided any) that defeats the claim that you are barred by law from assuming the Office of President because you fail the Constitution's eligibility requirements.

All state Electors are now on Notice that unless you provide documentary evidence before December 15, that conclusively establishes your eligibility, they cannot cast a vote for you without committing treason to the Constitution.

"*In a government of laws, the existence of the government will be imperiled if it fails to observe the law scrupulously. Our government is the potent, the omnipresent teacher. For good or for ill, it teaches the whole people by its example. Crime is contagious. If the government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy.*" Olmstead v. U.S., 277 U.S. 438

Thank you for your understanding and cooperation in this urgent matter.

Sincerely,

*Robert L. Schulz*

Robert L. Schulz
Chairman



We The People Foundation
For Constitutional Education, Inc.

**www.WeThePeopleFoundation.org**

2458 Ridge Road  Queensbury, NY 12804
info@GiveMeLiberty.org